UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| FENDI ADELE S.R.L., FENDI S.R.L. and FENDI NORTH AMERICA, INC., | Case No. 06-CV-0243 (JES) |
| Plaintiff, | |
| v. | |
| ASHLEY REED TRADING, INC., SCOTT RESSLER AND JAMES RESSLER | |
| Defendants. | |

-----------------------------------------------------------x

| | |
|---|---|
| FENDI ADELE S.R.L., FENDI S.R.L. and FENDI NORTH AMERICA, INC., | Case No. 06 CIV 0244 (LAP) |
| Plaintiffs, | |
| -against- | |
| FILENE'S BASEMENT, INC. and RETAIL VENTURES, INC. | |
| Defendants. | |

-----------------------------------------------------------x

| | |
|---|---|
| FENDI ADELE S.R.L., FENDI S.R.L. and FENDI NORTH AMERICA, INC., | Case No. 06-CV-0245 (RCC) |
| Plaintiff, | |
| v. | |
| BIG M INC. d/b/a ANNIE SEZ | |
| Defendant. | |

-----------------------------------------------------------x

P&H - 469808.1 :7070/133

TO:  Attorneys for: JAMES RESSLER
     Gerard F. Dunne
     Gerard F. Dunne, P.C.
     156 Fifth Avenue
     Suite 1223
     New York, NY 10010

## NOTICE OF TAKING DEPOSITION

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, the deposition upon oral examination of James Ressler on Monday, June 12, 2006, at 10:00 a.m. or at such other time and place as may be agreed to, before a notary public or other person authorized to administer oaths at the offices of Pavia & Harcourt LLP, 600 Madison Avenue, New York, NY 10022

Dated:  New York, New York
        May 18, 2006

PAVIA & HARCOURT LLP

By: _____
    Anthony S. Cannatella (AC 6423)
    Attorneys for Plaintiffs
    600 Madison Avenue, 12th Floor
    New York, New York 10022
    (212) 980-3500

P&H - 469808.1 :7070/133