```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------x
FENDI ADELE S.R.L. et. al.,
                                :
          Plaintiffs,                 MEMORANDUM & ORDER
                                :
       -against-                      06 Civ. 243 (JES)(MHD)
                                :
ASHLEY REED TRADING, INC.
et. al.,                        :
          Defendants.
--------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    Having received defendants' motion to stay discovery on August 25, 2006,

    It is hereby **ORDERED** as follows:

1. Plaintiff is to serve and file its answer to the stay motion by August 30, 2006.

2. Defendants' reply, if any, is to be served and filed by no later than August 31, 2006.

Dated: New York, New York
       August 28, 2006

 

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

1

Copies of the foregoing Order have been mailed today to:

Anthony S. Cannatella, Esq.
Pavia & Harcourt LLP
600 Madison Avenue
New York, NY 10022

Gerard Francis Dunne, Esq.
Law Office of Gerard F. Dunne, P.C.
156 Fifth Avenue, Suite 1223
New York, NY 10010