UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x

FENDI ADELE S.R.L., FENDI S.R.L.          :
and FENDI NORTH AMERICA                               Civil Action No.

                                          :

          Plaintiffs,                         06 CV 0243 (JES)(MHD)

                                          :

          vs.

                                          :          ECF Case

ASHLEY REED TRADING, INC.
SCOTT RESSLER                             :
and JAMES RESSLER

                                          :

          Defendants.

                                          :

-----------------------------------------------------x

_____

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

     Please take notice that the undersigned hereby enters his appearance in the above-captioned

case as counsel for James Ressler.  I certify that I am admitted to practice before this Court.

_____
David I. Schoen (DS-0860)
s/ David I. Schoen
Attorney at Law
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
(334)395-6611
Fax: 917-591-7586
DSchoen@abanet.org