UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
FENDI ADELE S.R.L., FENDI S.R.L., and
FENDI NORTH AMERICA, INC., :

      Plaintiffs, :

  -against- : Case No.:  06-CV-0243 (RMB)

ASHLEY REED TRADING, INC., : ORAL ARGUMENT REQUESTED
SCOTT RESSLER and
JAMES RESSLER, :

      Defendants. :
---------------------------------------- X

**CORRECTED NOTICE OF MOTION FOR SUMMARY JUDGMENT**

    **PLEASE TAKE NOTICE,** that upon Plaintiffs' Corrected Memorandum of Law In Support Of Their Motion for Summary Judgment; Plaintiffs' Corrected Statement Pursuant to Local Civil Rule 56.1; the Declaration of Alberto Fabbri dated February 26, 2009;  the Declaration of James J. Donohue dated February 18, 2009 and the Declaration of Victor Genecin dated February 27, 2009, plaintiffs FENDI ADELE S.R.L., FENDI S.R.L. and FENDI NORTH AMERICA, INC. will move this Court before the Honorable Richard M. Berman, *United States District Judge,* at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment with respect to each cause of action pleaded in the Complaint herein, including all issues of liability on plaintiffs' claims against defendants ASHLEY REED TRADING, INC. SCOTT RESSLER AND JAMES RESSLER, for trademark counterfeiting, false designation of origin and trademark dilution, in violation of the laws of the United States, including willful violations of said laws, and for acts of unfair competition and trademark dilution engaged in by defendants

in violation of the laws of the State of New York, fixing the amount of the monetary recovery to be paid by defendants to plaintiffs, with trebling for defendants' willful conduct, directing that defendants be permanently enjoined, awarding prejudgment interest, costs and attorneys' fees to plaintiffs and dismissing defendants' affirmative defenses.

New York, New York
February 27, 2009

Respectfully submitted,

SQUIRE, SANDERS & DEMPSEY L.L.P.

By _____
    Richard L. Mattiaccio (RM 4764)
    Victor Genecin (VG 9733)
    Steven Skulnik (SS 7821)

    1095 Avenue of the Americas, 31st Floor
    New York, NY  10036
    (212) 872-9800

    *Attorneys for Plaintiffs*
    FENDI ADELE S.r.l., FENDI S.r.l., and
    FENDI NORTH AMERICA, INC.