**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT NEW YORK**

| | |
|---|---|
| FENDI ADELE S.R.L., FENDI S.R.L., AND FENDI NORTH AMERICA, INC.<br><br>Plaintiffs,<br><br>v.<br><br>ASHLEY REED TRADING, INC., SCOTT RESSLER AND JAMES RESSLER<br><br>Defendants. | Case No. 06-CV-0243 |

**DECLARATION OF JAMES J. DONOHUE**

**February 18, 2009**

CONFIDENTIAL
FILED UNDER SEAL