Gerard F. Dunne
Law Offices of Gerard F. Dunne, P.c.
156 Fifth Avenue, Suite 1223
New York, New York 10010
Tel.: 212-645-2410
Attorney for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
FENDI ADELE S.R.L., FENDI S.R.L.
and FENDI NORTH AMERICA

        Plaintiffs,

vs.

ASHLEY REED TRADING, INC.
SCOTT RESSLER
and JAMES RESSLER

        Defendants.
----------------------------------------------------------x

ECF CASE

Civil Action No.

06 CIV 0243 (RMB)

## DECLARATION OF DAVID SCHOEN

I, David Schoen, hereby declare the following to be true and correct to the best of my knowledge and belief; and make the following statements with the knowledge that any false statements willfully made may subject me to criminal charges of perjury under the laws of the United States.

1. I am an attorney having an office at 2800 Zelda Road, Suite 100-6, Montgomery, Alabama 36106 and represent Mr. James Ressler, a Vice President of Ashley Reed Trading, Inc. I have personal knowledge of the facts set forth in this declaration, or fully believe the accuracy of all statements made upon information and belief.

2. I represented James Ressler regarding the Criminal Indictment no. 1:06 CR 103 against James Ressler in the United States District Court for the Northern District of Georgia, Atlanta Division.

1

3.  The indictment charged Mr. Ressler d/b/a Ashley Reed Trading in New York with importing counterfeit Prada-branded handbags.

4.  All substantive charges of counterfeiting against James Ressler in the above referenced criminal proceeding have been dismissed by the prosecution.

New York, New York
April 24, 2009

_____
David Schoen