## Law Offices of
## GERARD F. DUNNE, P.C.

156 FIFTH AVENUE
SUITE 1223
NEW YORK, NEW YORK 10010

TELEPHONE: 212-645-2410                                        FACSIMILE: 212-645-2435

ENDORSED ORDER

Application Granted -
[signature] 5/1/09

3/1/09

May 1, 2009



RECEIVED
MAY 1 - 2009
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE
S.D.N.Y.

VIA FACSIMILE 212-805-7928
Hon. Michael H. Dolinger
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *Fendi et al. v. Ashley Reed, Inc. et al.*, 06 CV 0243 (RMB)
      Our File No: 660-021

Dear Judge Dolinger:

I am counsel for the Defendants in *Fendi et al. v. Ashley Reed, Inc. et al.*, 06 CV 0243 (RMB). Earlier today our office e-filed Defendants' opposition papers to Plaintiffs' summary judgment motion in the above captioned matter. Pursuant to the protective order in this case, some of the exhibits to one of the documents filed, the "Declaration of Joseph A. Dunne," have been e-filed with redactions.

The Clerk of the Court requires a specific order regarding specific documents in order to accept filings under seal. We hereby request the Court's permission to file under seal the un-redacted version of the "Declaration of Joseph A. Dunne" with the Clerk of the Court and that the Court "So Order" this letter for that purpose.

We are grateful for the Court's attention to this matter.

Sincerely yours,

[signature]
Gerard F. Dunne

cc: All counsel (email)