SQUIRE, SANDERS & DEMPSEY L.L.P.

30 Rockefeller Plaza
New York, NY 10112

Office: +1.212.872.9800
Fax: +1.212.872.9815

SQUIRE
SANDERS

LEGAL
COUNSEL
WORLDWIDE

Direct: +1.212.872.9858
rmattiaccio@ssd.com

January 19, 2010

**VIA FACSIMILE**

Hon. Michael H. Dolinger
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1670
New York, NY 10007

Re: *Fendi Adele, s.r.L et al. v. Ashley Reed Trading, Inc., et al.,*
Case No. 06 Civ. 0243 (RMB) (MHD)

Dear Judge Dolinger:

We represent the Fendi plaintiffs in the above-referenced matter.

At Judge Berman's request, on January 15, 2010 we filed a Supplemental Declaration of Victor Genecin in support of plaintiffs' motion for summary judgment (Doc # 111) together with the reports prepared by Messrs. Leonardo Minerva and Massimo Lepri concerning the counterfeit Fendi products at issue in this case. These reports contain matter that is highly confidential to Fendi, and the reports and translations were designated as such when produced to defendants. Accordingly, the reports were filed in redacted form.

The Clerk of the Court requires a specific order regarding specific documents in order to accept filings under seal. We hereby request the Court's permission to file the Supplemental Declaration under seal with un-redacted versions of the above-referenced document and the exhibits attached thereto with the Clerk of the Court and that the Court "So Order" this letter for that purpose.

ENDORSED ORDER

Application granted.

[signature]
1/19/10

125909 1/100743.00005

Hon. Michael H. Dolinger
January 19, 2010
Page 2

SQUIRE, SANDERS & DEMPSEY L.L.P.

       We are grateful for the Court's attention to this matter.

       Respectfully,

       SQUIRE, SANDERS & DEMPSEY L.L.P.

       *Richard L. Mattiaccio*
       Richard L Mattiaccio

cc:    All counsel of record (by electronic mail)