# EXHIBIT A



CI 000860



CI 000861



CI 000862



CI 000863



CI 000864

CI 000865



CI 000866



CI 000867



CI 000868



CI 000869

CI 000870



CI 000671



CI 000872

CI 000873



CI 000874



CI 000875



CI 000876



CI 000877



CI 000878



CI 000879



CI 000880



CI 000881



CI 000882



CI 000833



CI 000884



CI 000885



CI 000886



CI 000887



CI 000888



CI 000889



CI 000890



CI 000891



CI 000892



CI 000893



CI 000894



CI 000895



CI 000896



CI 000897



CI 000898



CI 000899



CI 000900



CI 000901



CI 000902

CI 000903