

CI 000904



CI 000905



CI 000906



CI 000907



CI 000908



CI 000909



CI 000910



CI 000911



CI 000912



CI 000913



CI 000914



CI 000915



CI 000016



CI 000917

CI 000918





CI 000919



CI 000920



CI 000921



CI 000922



CI 000923



CI 000924



CI 000925



CI 000926



CI 000927



CI 000928



CI 000929



CI 000930



CI 000931



CI 000932



CI 000933



CI 000934



CI 000935

CI 000936



CI 000937



CI 000938