

CI 000939



CI 000940



CI 000941



CI 000942



CI 000945





CI 000945



C000946









CI 000948



CI 000949





CI 000950



CI 000951



CI 000952



CI 000953



CI 000954

CI 000955



CI 000956



CI 000957



CI 000958



CI 000959



CI 000960





CI 000962



CI 000963

Case 1:04-cv-02243-GBD-MHD  Document 144-5  Filed 01/29/10  Page 26 of 30

© WWW.FENDI.COM

CL000964

**FENDI**

CL000965

© WWW.FENDI.COM

FENDI

Case 1:04-cv-08243-GRMB-MHD   Document 144-5   Filed 01/23/09   Page 28 of 30

© WWW.FENDI.COM

CL000966

**FENDI**







CI 000967









CI 000968