

CI 000969







CI 000970



CI 000971



CI 000972

CI 000973



CI 000974

CI 000975

CI 000976



CI 000977



CI 000978



CI 000979

CI 000980



CI 000981



CI 000982



CI 000983



CI 000984

CI 000985

CI 000986

CI 000987

CI 000988



CI 000989



CI 000990



CI 000991



CI 000992



CI 000993



CI 000994





CI 000996

CI 000997



CI 000998



CI 000999





CI 0001001



CI 0001002



CI 0001003