

CI 0001088



CI 0001089



CI 0001090



CI 0001091



CI 0001092



CI 0001093



CI 0001094



CI 0001095



CI 0001096



CI 0001097



CI 0001098



CI 0001099



CI 0001100



CI 0001101





CI 0001103



CI 0001104





CI 0001106



CI 0001107



CI 0001108



CI 0001109



CI 0001110



CI 0001111



CI 0001112



CI 0001113



CI 0001114





CI 0001116



CI 0001117



CI 0001118



CI 0001119



CI 0001120



CI 0001121



CI 0001122



CI 0001123



CI 0001124



CI 0001125



CI 0001126



CI 0001127



CI 0001128



CI 0001129

CI 0001130



CI 0001131