# EXHIBIT B

8AP019



CI 0001029

# 8AP066



5 cm.

1,5 cm.

CI 0001030

8BH127



CI 0001031



8BH131

ATTACCHI 1

16

10.5

32

10

27

CI 0001032

8BH132
PICCOLA



CI 0001033

8BH133
GRANDE



13

10.5

26

10

30

CI 0001034

CI 0001035

PASSO 2

14

24

12

32



8BK031

PASSO 1



13

19

14

8

13

CI 0001036



8BK042
MINI

1,5

10

12

21

5



CI 0001038



8BN123
piccola MIX

12

SELLERIA

PASSO 2

21

ZUCCA

27.5

16.5

CI 0001039

8BR001

PASSO 2

17

20

2

30



CI 0001040



8BR003
PICCOLA

PASSO 2

14

13

8

26

CI 0001041



8BR036

MEDIA

FIBBIA
PASSO 2

18

3

22

7

28

TRAMEZZA

CI 0001042



8BR180

PASSO 1 CM

16

12

10

21

CI 0001043







8BR437

passo 1

20

12.5

11.5

25

BR440
PICCOLA



26

15

28

CI 0001047



BR441
MEDIA

35

23

38

CI 0001048