



CI 0001049









CI 0001051





CI 0001053



8BR448



19

28

8

38

CI 0001055



8BR449
PICCOLA

PASSO 2

30

35

15

PASSO 2.5

CI 0001056

8BR454



17

14

8

20



CI 0001058

8BR458
SELLERIA



13

PASSO 2

27

35

15.5

CI 0001059



8BR463

PASSO 2

8BR464



32

16

16.5

CI 0001061

Case 1:06-cv-07083-RMB-HD Document 81-4-9 Filed 08/12/09 Page 14 of 20



8BR465

2.5

29

35.5

40

CI 0001062



8BR466

2.5

19

19

28

CI 0001063

8BR467

1.7

2.5

24

16.5

19.5

FENDI

CI 0001064



8BT075

PASSO 1

50

23

4

22

CI 0001065



8BT079

PICCOLA

PASSO
2

26

18

CI 0001066



8BT080
GRANDE

PASSO
2

40

39

37

CI 0001067

8M0100



CI 0001068