

CI 0001069

P/FOGLI DONNA

8M0113



CI 0001070

8M0114



CI 0001071





7M0008

CI 0001073



7M0012

CI 0001074



7N0037
MEDIA

5.5

17.5

8.5

CI 0001075



CI 0001076





7VA137

PASSO 2



26

18

CI 0001079



CI 0001080



8AP002

CI 0001081

# 8AP005



CI 0001082