# EXHIBIT C

# COLTON
# INTERNATIONAL

October 10, 2003

Nancy Pickus
Burlington Coat Factory
1830 US Route 130
Burlington, NJ 08016

Dear Nancy,

This letter is being written in response to your request for our Company to send Burlington Coat Factory a letter of release for Fendi, and Prada, saying that your company is allowed to have this merchandise and to sell it.

Although we cannot provide you with a release from Fendi and Prada, nor state what you have requested, we can state the following:

1) The Fendi and Prada merchandise contains trademarks, trade dress, trade names, logos, designs, text, graphics or other copyrighted material, and/or patented product feathers ("Proprietary Right") either incorporated or in the Merchandise itself, its packaging and/or any labels or tags are not counterfeits, colourable imitations, or infringements of any trademark, trade dress, copyright, industrial design, and/or utility or design patent, and/or

2) The merchandise was manufactured outside the U.S.A. and complies with all laws of the U.S.A., it's states and other governmental units and/or agencies thereof, including without limitations, all labelling requirements.

3) Seller has the legal right to sell the Merchandise, including sale thereof for resale in the U.S.A., and the purchase and resale of the Merchandise. There are no restrictions of any kind preventing the Seller from selling the Merchandise to Burlington Coat Factory or its subsidiaries or associative companies and/or from Burlington Coat Factory or its subsidiaries or associative companies resale of the Merchandise to its customers or to any company or other entity to which Burlington Coat Factory or its subsidiaries or associative companies may sell the Merchandise.

Sincerely,

Howard Colton
President

6081 No. 3 Road, 6th floor, Richmond, B.C. V6Y 2B2
Tel: 604-713-8611 • Fax: 604-713-8612
VANCOUVER • NEW YORK • LOS ANGELES • ITALY

CONFIDENTIAL                                           CI 0001210