# EXHIBIT D

# FENDI

Abbiamo esaminato la borsa mod. 8BR180 da voi inviataci; con il vostro codice ACC09418879698921.
Da un esame approfondito abbiamo constatato che si tratta di una borsa di nostra produzione e che riscontra i nostri normali standard di qualità.

Distinti Saluti

Direttore di Produzione
LEONARDO MINERVA



DEFENDANT'S
EXHIBIT NO. 565
FOR IDENTIFICATION
DATE: 10/25/07   RPTR

FENDI srl
Via Flaminia, 968
00189 Roma
P. IVA 00900421009

FENDI S.R.L.   SEDE LEGALE         SEDE AMMINISTRATIVA    POLO LOGISTICO              SHOW ROOM              SOCIO UNICO
                                                                                                             C.S. EURO 10.750.000,00 I.V.
               VIA FLAMINIA 968    VIA FLAMINIA 1068      VIA SAN MORESE 55/57        VIA BAROZZI 3/5        P.I. 00900421009
               00189 ROMA          00189 ROMA             50019 SESTO FIORENTINO (FI) 20100 MILANO           C.F. 00466430584
               TELEFONO +39 06 330511  TELEFONO +39 06 334501  TELEFONO +39 055 44131  TELEFONO +39 02 764291 R.E.A. 316816 RM
               FAX +39 06 3337689  FAX +39 06 33450385    FAX +39 055 4413670         FAX +39 02 76000098    M/RM 014006