UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FENDI ADELE S.R.L., FENDI S.R.L., and
FENDI NORTH AMERICA, INC.,

                   Plaintiffs,

     -against-

ASHLEY REED TRADING, INC.,
SCOTT RESSLER, and JAMES RESSLER,

                  Defendants.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/10
```

06 Civ. 243 (RMB) (MHD)

**ADMINISTRATIVE ORDER**

      The Court directs Plaintiffs to file any opposition to Defendants' motion for reconsideration, dated March 2, 2010 [# 120], on or before March 16, 2010.

**SO ORDERED**.

Dated: New York, New York
       March 4, 2010

*/s/ Richard M. Berman*

_____
**Richard M. Berman, U.S.D.J.**