# EXHIBIT 1

**PAVIA & HARCOURT INVOICES**

**Services and Disbursements Rendered from January 6, 2006 through June 30, 2007**

**FENDI v. ASHLEY REED TRADING, INC., SCOTT RESSLER and JAMES RESSLER**

| Date Rendered Thru. | Total Hours | Fees Billed | Disbursements Billed | | |
|---|---|---|---|---|---|
| 2/28/2006 | 24.75 | $5,847.50 | $170.64 | | |
| 3/31/2006 | 11.40 | $3,391.25 | $137.53 | | |
| 4/30/2006 | 20.50 | $5,391.25 | $134.78 | | |
| 5/31/2006 | 5.25 | $1,595.00 | $64.13 | | |
| 6/30/2006 | 15.00 | $5,973.75 | $178.59 | | |
| 7/31/2006 | 12.25 | $3,220.00 | $133.25 | | |
| 8/31/2006 | 120.75 | $31,498.75 | $1,966.05 | | |
| 9/30/2006 | 42.25 | $11,895.00 | $331.13 | | |
| 10/31/2006 | 64.75 | $19,651.25 | $553.88 | | |
| 11/30/2006 | 94.85 | $15,817.00 | $563.03 | | |
| 12/31/2006 | 26.35 | $8,361.25 | $233.28 | | |
| 1/31/2007 | 46.75 | $12,110.00 | $327.00 | | |
| 2/28/2007 | 15.00 | $5,367.50 | $158.44 | | |
| 3/31/2007 | 89.90 | $36,328.75 | $1,087.77 | | |
| 4/30/2007 | 30.80 | $8,450.00 | $534.18 | | |
| 6/30/2007 | 25.15 | $7,927.50 | $198.19 | | |
| **TOTAL:** | **645.70** | **$182,825.75** | **$6,771.87** | | |

## PAVIA & HARCOURT LLP

600 Madison Avenue, New York 10022

(212) 980-5500

Fendi  Adele S.r.l.

**FOR PROFESSIONAL SERVICES**

Re: ASHLEY REED

**ITEMIZED SERVICES BILL**

Thru February 28, 2006

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 01/05/06 | RLM | Confer with Anthony regarding ~~investigation and~~ ~~initiation of a new law suit against~~ Ashley Reed Trading, Inc. | 0.50 Hrs | $225.00 |
| 01/05/06 | ASC | Review of correspondence from G. Dunne | 1.00 Hrs | $355.00 |
| 01/06/06 | ASC | Review of Ashley Reed file and begin prepping complaint. | 1.25 Hrs | $443.75 |
| 01/06/06 | JRP | Online research regarding ~~trademarks and corporate~~ ~~information for~~ Ashley Reed and owners. | 3.00 Hrs | $420.00 |
| 01/09/06 | JRP | Draft complaint. | 3.00 Hrs | $420.00 |
| 01/11/06 | ASC | Prep of complaint and attention ~~to additional~~ research ~~relating to counterfeit goods.~~ | 3.00 Hrs | $1,065.00 |
| 01/11/06 | JRP | Finalize documents for filing. | 3.00 Hrs | $420.00 |
| 01/12/06 | ASC | Finalize complaint | 1.50 Hrs | $532.50 |
| 01/12/06 | JRP | File documents with the Clerk at the SDNY.  Scan and profile documents filed. | 1.50 Hrs | $210.00 |
| 01/13/06 | JRP | Review, organize and create pleading binder. | 1.00 Hrs | $140.00 |
| 01/18/06 | JRP | Electronically file documents with court. | 0.50 Hrs | $70.00 |

Page 1

Payment by Wire:
CITIBANK N.A  153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

# PAVIA & HARCOURT LLP

600 Madison Avenue, New York 10022

(212) 980-3500

Fendi  Adele S.r.l.

Re: ASHLEY REED

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 01/20/06 | ASC | Tel conference with Dunne re disclosure issues and prep of e-mail with Dunne re same. | 0.50 Hrs | $177.50 |
| 01/24/06 | ASC | Pre of letter to Dunne re meeting and stoppage of sales. Meeting with investigators re  | 2.00 Hrs | $710.00 |
| 01/25/06 | RLM | Review correspondence, status | 0.25 Hrs | $112.50 |
| 01/25/06 | JRP | Scan and profile affidavits of service. | 0.50 Hrs | $70.00 |
| 01/27/06 | ASC | meeting with Dunne re purchases from Ashley Reed | 0.75 Hrs | $266.25 |
| 02/09/06 | JRP | Communication with opposing counsel regarding extension of time to respond to complaint.  File Stipulation of Extension with Orders and Judgment clerk. | 1.00 Hrs | $140.00 |
| 02/24/06 | JRP | Obtain copy of So Ordered Stipulation. | 0.50 Hrs | $70.00 |
| | | | TOTAL ITEMIZED SERVICES BILL | $5,847.50 |

## ITEMIZED DISBURSEMENT BILL

Thru February 28, 2006

| | |
|---|---|
| Messenger | $9.50 |
| Misc. Telephone & Reproduction | $146.19 |
| Search and filing fees | $14.95 |
| TOTAL ITEMIZED DISBURSEMENT BILL | $170.64 |

Page 2

Payment by Wire:
CITIBANK N.A. 153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D  # 13-5604022

**PAVIA & HARCOURT LLP**

600 Madison Avenue, New York 10022

(212) 980-3500

Fendi  Adele S.r.l.

**FOR PROFESSIONAL SERVICES**

Re: ASHLEY REED

**ITEMIZED SERVICES BILL**

Thru March 31, 2006

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/02/06 | ASC | E-mail exchange and tel conference with G. Dunne re Ashley Reed's request for additional time to answer. | 0.50 Hrs | $177.50 |
| 03/06/06 | ASC | Enter into stip to extend time to answer and confirm no longer selling goods. | 0.50 Hrs | $177.50 |
| 03/08/06 | JRP | Review, scan and profile stipulation adjourning defendants time to respond to complaint | 0.25 Hrs | $35.00 |
| 03/10/06 | AC | Researched ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬; drafted Plaintiff's first and second request for production of documents. | 1.90 Hrs | $285.00 |
| 03/13/06 | AC | Proofed Plaintiff's first and second discovery requests. | 0.25 Hrs | $37.50 |
| 03/20/06 | ASC | Tel conference with Dunne re answers due and request for consolidation | 0.50 Hrs | $177.50 |
| 03/23/06 | ASC | Prep of letter to Court re consolidation | 1.75 Hrs | $621.25 |
| 03/24/06 | JRP | Review, organize and update pleading binder. | 0.75 Hrs | $105.00 |

Payment by Wire:
CITIBANK N.A. 153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

# PAVIA & HARCOURT LLP

600 Madison Avenue, New York 10022

(212) 980-3500

Fendi  Adele S.r.l.

Re: ASHLEY REED

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/30/06 | ASC | Prep for conference ▮▮▮▮▮▮▮▮▮▮▮ on 3-31. Review of judge's rules and adversary's request to consolidate. | 1.50 Hrs | $532.50 |
| 03/30/06 | ASC | Prep for Conference before Judge Sprizzo and request to consolidate. | 1.50 Hrs | $532.50 |
| 03/31/06 | ASC | Attendance at conference before Judge Sprizzo and negotiation of consolidation of cases for discovery purposes. | 2.00 Hrs | $710.00 |

TOTAL ITEMIZED SERVICES BILL              $3,391.25

**ITEMIZED DISBURSEMENT BILL**

Thru March 31, 2006

| | |
|---|---|
| Messenger | $28.50 |
| Misc. Telephone & Reproduction | $84.78 |
| Express Mail | $24.25 |

TOTAL ITEMIZED DISBURSEMENT BILL              $137.53

Page 2

Payment by Wire:
CITIBANK N.A. 153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

**PAVIA & HARCOURT LLP**

600 Madison Avenue, New York 10022

(212) 980-3500

Fendi  Adele S.r.l.

**FOR PROFESSIONAL SERVICES**

Re: ASHLEY REED

**ITEMIZED SERVICES BILL**

Thru April 30, 2006

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/03/06 | JRP | Draft scheduling order. | 0.25 Hrs | $35.00 |
| 04/07/06 | RLM | Review court file documents regarding ████████ ███████████████████████, confer with Anthony regarding █████ | 1.75 Hrs | $831.25 |
| 04/07/06 | ASC | Received notice of criminal proceedings against James Ressler and research█████ tel conference with ██ ████████████████████████████████, confer with R. Mattiaccio. | 4.25 Hrs | $1,508.75 |
| 04/07/06 | JRP | Review criminal docket sheet against James Ressler. Scan and profile all documents relating to the arrest and indictment of same. | 4.75 Hrs | $665.00 |
| 04/11/06 | ASC | Prep of letter to Judge Sprizzo re consolidating cases for discovery purposes | 1.50 Hrs | $532.50 |
| 04/12/06 | ASC | Prep of Discovery demands #1 | 0.75 Hrs | $266.25 |

Page 1

Payment by Wire:
CITIBANK N.A. 153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

# PAVIA & HARCOURT LLP

600 Madison Avenue, New York 10022

(212) 980-3500

Fendi  Adele S.r.l.

Re: ASHLEY REED

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/12/06 | JRP | Prepare Plaintiffs first request for production of documents.  Review, organize and update pleading binder. | 2.75 Hrs | $385.00 |
| 04/14/06 | JRP | Review, organize and update pleading binder. | 2.00 Hrs | $280.00 |
| 04/18/06 | ASC | Tel conference with ▅▅▅▅▅▅▅▅▅▅▅▅▅ | 1.50 Hrs | $532.50 |
| 04/28/06 | ASC | Draft of discovery #2 damages | 1.00 Hrs | $355.00 |
| | | TOTAL ITEMIZED SERVICES BILL | | $5,391.25 |

## ITEMIZED DISBURSEMENT BILL

Thru April 30, 2006

| | |
|---|---|
| Misc. Telephone & Reproduction | $134.78 |
| TOTAL ITEMIZED DISBURSEMENT BILL | $134.78 |

Page 2

Payment by Wire:
CITIBANK N.A. 153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

**PAVIA & HARCOURT LLP**

600 Madison Avenue, New York 10022

(212) 980-3500

Fendi  Adele S.r.l.

**FOR PROFESSIONAL SERVICES**

Re: ASHLEY REED

**ITEMIZED SERVICES BILL**

Thru May 31, 2006

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/09/06 | ASC | Tel conference and e-mail exchange with ▓▓▓▓▓▓▓ | 1.75 Hrs | $621.25 |
| 05/18/06 | ASC | Prep of deposition requests | 1.00 Hrs | $355.00 |
| 05/18/06 | JRP | Prepare subpoenas for Ashley Reed and the Resslers. Cause same to be served upon counsel and filed in Court.  Prepare and file 2nd Request for production of documents. | 1.25 Hrs | $175.00 |
| 05/31/06 | ASC | Review of Stipulation of Confidentiality and redraft ours | 1.25 Hrs | $443.75 |
| | | TOTAL ITEMIZED SERVICES BILL | | $1,595.00 |

Page 1

Payment by Wire:
CITIBANK N.A. 153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

## PAVIA & HARCOURT LLP

600 Madison Avenue, New York 10022

(212) 980-3500

Fendi  Adele S.r.l.

Re: ASHLEY REED

**ITEMIZED DISBURSEMENT BILL**

Thru May 31, 2006

| | |
|---|---|
| Misc. Telephone & Reproduction | $39.88 |
| Express Mail | $24.25 |
| TOTAL ITEMIZED DISBURSEMENT BILL | $64.13 |
| TOTAL THIS BILL | $1,659.13 |

Page 2

Payment by Wire:
CITIBANK N.A. 153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

# PAVIA & HARCOURT LLP

600 Madison Avenue, New York 10022

(212) 980-3500

Fendi  Adele S.r.l.

## FOR PROFESSIONAL SERVICES

Re: ASHLEY REED

## ITEMIZED SERVICES BILL

Thru June 30, 2006

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/08/06 | RLM | Confer with Anthony regarding ▓▓▓▓▓▓▓▓▓ | 1.50 Hrs | $712.50 |
| 06/08/06 | ASC | Prep for and attendance at meeting with Gerard Dunne and Scott Ressler.  Prep of e-mail to Fabbri re same. | 2.75 Hrs | $976.25 |
| 06/09/06 | RLM | Telephone conferences with Marta Fontanesi regarding ▓▓▓▓▓▓▓▓▓ confer with Anthony regarding next steps | 3.50 Hrs | $1,662.50 |
| 06/09/06 | VG | Intraoffice conference with R. Mattiaccio and A. Cannatella re▓▓▓▓▓▓▓▓▓ | 0.75 Hrs | $266.25 |
| 06/12/06 | RLM | Confer with Anthony regarding report to client regarding ▓▓▓▓▓▓▓▓▓ | 1.00 Hrs | $475.00 |
| 06/12/06 | JRP | Draft subpoena to be served upon Nordstrom Rack. | 0.75 Hrs | $105.00 |
| 06/14/06 | RLM | Review and revise Anthony's report to client regarding ▓▓▓▓▓▓▓▓▓ | 0.75 Hrs | $356.25 |

Page 1

Payment by Wire:
CITIBANK N.A. 153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

# PAVIA & HARCOURT LLP

600 Madison Avenue, New York 10022

(212) 980-3500

Fendi  Adele S.r.l.

Re: ASHLEY REED

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/14/06 | ASC | Prep of report to Fabbri re ▇▇▇▇▇▇▇ | 2.00 Hrs | $710.00 |
| 06/21/06 | ASC | Prep of letter to G. Dunne re settlement, inter-office conference with R. Mattiaccio re ▇▇▇▇ | 2.00 Hrs | $710.00 |
| | | TOTAL ITEMIZED SERVICES BILL | | $5,973.75 |

## ITEMIZED DISBURSEMENT BILL

Thru June 30, 2006

| | |
|---|---|
| Misc. Telephone & Reproduction | $149.34 |
| Express Mail | $24.25 |
| United Lawyers Services | $5.00 |
| TOTAL ITEMIZED DISBURSEMENT BILL | $178.59 |

Page 2

Payment by Wire:
CITIBANK N.A. 153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

# PAVIA & HARCOURT LLP

600 Madison Avenue, New York 10022

(212) 980-3500

Fendi  Adele S.r.l.

**FOR PROFESSIONAL SERVICES**

Re: ASHLEY REED

**ITEMIZED SERVICES BILL**

Thru July 31, 2006

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/05/06 | ASC | Stipulation of confidentiality  and negotiations with Dunne re same. | 1.00 Hrs | $355.00 |
| 07/05/06 | JRP | Discussion with A. Cannatella and G. Dunne regarding discovery dispute. | 0.50 Hrs | $70.00 |
| 07/11/06 | ASC | Prep of e-mail to Dunne re discovery issues | 0.50 Hrs | $177.50 |
| 07/12/06 | ASC | Prep of Letter to dunne re discovery issues | 0.50 Hrs | $177.50 |
| 07/12/06 | JRP | Discussion with A. Cannatella and Gerard Dunne regarding discovery dispute. | 2.00 Hrs | $280.00 |
| 07/14/06 | ASC | Prep of letter ███████████████████████████ | 2.00 Hrs | $710.00 |
| 07/20/06 | JRP | Prepare subpoena for Nordstrom. | 1.00 Hrs | $140.00 |
| 07/26/06 | ASC | tel conference with Judge Sprizzo's Chambers re referral of discovery disputes to magistrate judge and dates.  Tel conference with G. Dunne re same. | 1.00 Hrs | $355.00 |
| 07/26/06 | ASC | prep of another letter to Court regarding referral of matter to magistrate judge. | 2.00 Hrs | $710.00 |

Payment by Wire:
CITIBANK N.A. 153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

# PAVIA & HARCOURT LLP

600 Madison Avenue, New York 10022

(212) 980-3500

Fendi  Adele S.r.l.

Re: ASHLEY REED

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/26/06 | JRP | Prepare subpoena for service upon Saks Fifth Avenue. Review organize and update pleading and correspondence files. | 1.75 Hrs | $245.00 |
| | | TOTAL ITEMIZED SERVICES BILL | | $3,220.00 |

**ITEMIZED DISBURSEMENT BILL**

Thru July 31, 2006

| | |
|---|---|
| Messenger | $28.50 |
| Misc. Telephone & Reproduction | $80.50 |
| Express Mail | $24.25 |
| TOTAL ITEMIZED DISBURSEMENT BILL | $133.25 |

Page 2

Payment by Wire:
CITIBANK N.A. 153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261            .

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

# PAVIA & HARCOURT LLP

600 Madison Avenue, New York 10022

(212) 980-3500

Fendi  Adele S.r.l.

## FOR PROFESSIONAL SERVICES

Re: ASHLEY REED

## ITEMIZED SERVICES BILL

Thru August 31, 2006

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/01/06 | JRP | Communication with G. Dunne and A. Cannatella regarding outstanding discovery issues. | 1.75 Hrs | $245.00 |
| 08/02/06 | RLM | Review new investigators' information regarding ███ ███████ | 0.50 Hrs | $237.50 |
| 08/02/06 | ASC | Tel conf and e-mail exchanges with Dunne re discovery delays. | 1.00 Hrs | $355.00 |
| 08/03/06 | ASC | Prep of meeting with ████ ███ ████ ██ ██ █████ ████. | 0.50 Hrs | $177.50 |
| 08/04/06 | ASC | ███████████████████████████████████████ ██████████████████████████████ ██████████████████████ | (2.50 Hrs) | ($887.50) |
| 08/08/06 | ASC | Tel conference with J. Dolinger's chambers re discovery issues.  Tel conference with G. Dunne's office re same | 1.00 Hrs | $355.00 |
| 08/08/06 | ASC | Tel conference with ███████████████████████ ████ ███████████████ | 1.00 Hrs | $355.00 |

*NOT INCLUDED IN APPLICATION* (handwritten annotation beside 08/04/06 entry)

Page 1

Payment by Wire:
CITIBANK N.A. 153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

# PAVIA & HARCOURT LLP

600 Madison Avenue, New York 10022

(212) 980-3500

Fendi Adele S.r.l.

Re: ASHLEY REED

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/08/06 | JRP | Communication with Judge Dolinger's Chambers regarding discovery dispute with Ashley Reed Defendants. | 0.75 Hrs | $105.00 |
| 08/10/06 | JRP | Draft and serve subpoena upon Saks Off 5th Avenue. Communication with Dunne regarding outstanding discovery concerns. | 1.75 Hrs | $245.00 |
| 08/11/06 | RLM | Review of discovery requests, related issues in connection with discovery conference | 1.25 Hrs | $593.75 |
| 08/11/06 | ASC | E-mail exchange and tel conference with Nordstrom's re subpoena compliance. | 1.25 Hrs | $443.75 |
| 08/14/06 | ASC | Tel conference with Nordstrom's re subpoena compliance issues and more documents to be produced. | 0.75 Hrs | $266.25 |
| 08/15/06 | ASC | prep for and attend Court conference re discovery issues before Judge Dollinger. | 3.00 Hrs | $1,065.00 |
| 08/15/06 | JRP | Review response to subpoena received from Nordstrom Rack. | 2.50 Hrs | $350.00 |
| 08/16/06 | RLM | Review discovery status | 0.25 Hrs | $118.75 |
| 08/16/06 | ASC | Attention to report on Court conference and research question of ████████████████████████ | 1.25 Hrs | $443.75 |
| 08/17/06 | JRP | Review client documents and prepare Fendi's First Document Production, Bates No. FF 1 through FF 2645. | 3.25 Hrs | $455.00 |
| 08/18/06 | ASC | Deal with Ashley Reed production and acquire documents. Tel conference with counsel for Ashley Reed re same. | 1.25 Hrs | $443.75 |

Page 2

Payment by Wire:
CITIBANK N.A. 153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

# PAVIA & HARCOURT LLP

600 Madison Avenue, New York 10022

(212) 980-3500

Fendi  Adele S.r.l.

Re: ASHLEY REED

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/21/06 | RLM | Review Ashley Reed production and discuss same with J. Parilla | 1.75 Hrs | $831.25 |
| 08/21/06 | JRP | Review document production received from Annie Sez, Filene's Basement and Ashley Reed. | 3.75 Hrs | $525.00 |
| 08/22/06 | JRP | Review document production received from Ashley Reed, Annie Sez and Filene's Basement.  Draft memo regarding ████ | 6.50 Hrs | $910.00 |
| 08/23/06 | RLM | Review Ashley Reed production and ████████████ | 2.25 Hrs | $1,068.75 |
| 08/23/06 | JRP | Review and tally invoices for all sales of Fendi Merchandise sold by Ashley Reed to Annie Sez, Neiman Marcus, MJM Shoes, Filene's Basement, Saks Off 5th Avenue, Nordstrom, The Runway and Shoe Pavilion. | 4.25 Hrs | $595.00 |
| 08/24/06 | RLM | Review document production; discuss same with Anthony, J. Parilla | 1.50 Hrs | $712.50 |
| 08/24/06 | ASC | Receipt of Ashley Reed motion to stay discovery and review same.  Inter-office conference re same. | 1.25 Hrs | $443.75 |
| 08/24/06 | JRP | Finalize memo re Ashley Reed ████████████ and prepare and serve subpoenas for Neiman Marcus, Euro Moda and Moda Oggi.  Review Ashley Reed's Motion to Stay Discovery. | 4.75 Hrs | $665.00 |
| 08/24/06 | JAS | Review and analysis of defendants' motion papers seeking stay of discovery for defendants Ashley Reed Trading Co., Scott Ressler and James Ressler | 2.50 Hrs | $587.50 |
| 08/24/06 | JAS | Gathered case law and materials cited in defendants' motion to stay discovery | 1.70 Hrs | $399.50 |

Page 3

Payment by Wire:
CITIBANK N.A. 153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

# PAVIA & HARCOURT LLP

600 Madison Avenue, New York 10022

(212) 980-3500

Fendi  Adele S.r.l.

Re: ASHLEY REED

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/25/06 | RLM | Confer with Anthony regarding review of Ashley Reed ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬ | 0.50 Hrs | $237.50 |
| 08/25/06 | ASC | Review motion papers re stay. | 1.00 Hrs | $355.00 |
| 08/25/06 | JRP | Online research regarding Sak's Off 5th Avenue location in the United States.  Communication with Dunne regarding discovery.  Online research regarding Ressler criminal matter. | 2.75 Hrs | $385.00 |
| 08/25/06 | JAS | Analysis of cases cited by counsel for defendants to support motion to stay discovery | 6.25 Hrs | $1,468.75 |
| 08/26/06 | JAS | Legal research of cases discussing those cited by defendants in motion to stay civil discovery | 3.00 Hrs | $705.00 |
| 08/26/06 | JAS | Legal research of cases cited by those discussed by defendants in motion to stay. | 3.40 Hrs | $799.00 |
| 08/28/06 | RLM | Confer with Anthony regarding ▬▬▬▬▬▬▬ confer with J. Parilla regarding ▬▬▬▬▬▬▬ | 1.25 Hrs | $593.75 |
| 08/28/06 | ASC | Review of motion to stay discovery and read cases cited | 2.50 Hrs | $887.50 |
| 08/28/06 | JAS | Legal research of Second Circuit cases▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬ | 2.00 Hrs | $470.00 |
| 08/28/06 | JAS | Drafted opposition to defendants' motion to stay civil discovery | 5.00 Hrs | $1,175.00 |
| 08/28/06 | JAS | Legal research of cases granting stay of civil discovery ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 1.70 Hrs | $399.50 |
| 08/29/06 | RLM | Revise memorandum of law and Cannatella declaration in opposition to motion for stay | 2.50 Hrs | $1,187.50 |

Payment by Wire:
CITIBANK N.A. 153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

# PAVIA & HARCOURT LLP

600 Madison Avenue, New York 10022

(212) 980-3500

Fendi  Adele S.r.l.

Re: ASHLEY REED

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/29/06 | ASC | Prep of response to motion and my declaration regarding the same. | 5.00 Hrs | $1,775.00 |
| 08/29/06 | JRP | Research and communication with ████████████ | 1.75 Hrs | $245.00 |
| 08/29/06 | JAS | Finalized draft of memorandum of law in support of opposition to defendants' motion for stay of civil discovery | 3.00 Hrs | $705.00 |
| 08/29/06 | JAS | Legal research of law review articles cited in motion to stay civil discovery | 1.90 Hrs | $446.50 |
| 08/29/06 | JAS | Reviewed Judge Sprizzo's individual rules on motion practice | 0.40 Hrs | $94.00 |
| 08/29/06 | JAS | Added additional citations to cases in memorandum of law | 0.60 Hrs | $141.00 |
| 08/29/06 | JAS | Legal research of ████████████████████ | 1.50 Hrs | $352.50 |
| 08/30/06 | RLM | Review and revise memo of law in opposition to stay; confer with Anthony regarding ████ | 1.75 Hrs | $831.25 |
| 08/30/06 | ASC | finalize Response to motion papers and file same. | 4.50 Hrs | $1,597.50 |
| 08/30/06 | JRP | Assist with preparation of and filing of Plaintiff's Response to Ashley Reed's Motion to Stay Discovery. | 3.75 Hrs | $525.00 |
| 08/30/06 | JAS | Shepardized and cite checked cases addressed in memorandum of law in opposition to motion to stay | 1.20 Hrs | $282.00 |
| 08/30/06 | JAS | Reviewed declaration in support of opposition | 0.90 Hrs | $211.50 |
| 08/30/06 | JAS | Reviewed cases cited by defendants ███████████ | 0.80 Hrs | $188.00 |
| 08/30/06 | JAS | Reviewed cases cited by defendants ██████████ | 0.70 Hrs | $164.50 |
| 08/30/06 | JAS | Reviewed Supreme Court cases cited by defendants and legal research of treatment in Second Circuit | 0.70 Hrs | $164.50 |

Page 5

Payment by Wire:
CITIBANK N.A. 153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

# PAVIA & HARCOURT LLP

600 Madison Avenue, New York 10022

(212) 980-3500

Fendi  Adele S.r.l.

Re: ASHLEY REED

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/30/06 | JAS | Legal research on ▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉ motion to stay discovery | 1.40 Hrs | $329.00 |
| 08/31/06 | ASC | Review of Ashley Reed response. | 2.00 Hrs | $710.00 |
| 08/31/06 | ASC | Review of document production ▉▉▉▉▉ of | 2.25 Hrs | $798.75 |
| 08/31/06 | JRP | Review Reply to Ashley Reed's Motion to Stay Discovery. | 1.00 Hrs | $140.00 |
| 08/31/06 | JAS | Reviewed reply and declaration in support | 0.60 Hrs | $141.00 |

TOTAL ITEMIZED SERVICES BILL        ~~$32,386.25~~

$31,498.75

## ITEMIZED DISBURSEMENT BILL

Thru August 31, 2006

| | |
|---|---|
| Messenger | $57.00 |
| Computer research | $1,050.89 |
| Misc. Telephone & Reproduction | $809.66 |
| Express Mail | $48.50 |

TOTAL ITEMIZED DISBURSEMENT BILL        $1,966.05

Page 6

Payment by Wire:
CITIBANK N.A. 153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

**PAVIA & HARCOURT LLP**

600 Madison Avenue, New York 10022

(212) 980-3500

Fendi Adele S.r.l.

**FOR PROFESSIONAL SERVICES**

Re: ASHLEY REED

**ITEMIZED SERVICES BILL**

Thru September 30, 2006

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 09/01/06 | ASC | Tel conference with J. Dunne and correspondence re confidentiality issues | 1.00 Hrs | $355.00 |
| 09/01/06 | JRP | Review and analyze Ashley Reed document production. | 5.00 Hrs | $700.00 |
| 09/05/06 | RLM | Review results of discovery. | 0.50 Hrs | $237.50 |
| 09/05/06 | JRP | Finalize Ashley Reed ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 6.00 Hrs | $840.00 |
| 09/06/06 | RLM | Analyze document production. | 1.25 Hrs | $593.75 |
| 09/06/06 | JRP | Communication with G.Dunne regarding discovery issues. | 0.75 Hrs | $105.00 |
| 09/07/06 | RLM | Review defendant's document production and Nieman response to subpoena; confer with Anthony regarding ▬▬▬▬▬ | 1.75 Hrs | $831.25 |
| 09/07/06 | RLM | Review Alberto's analysis regarding documents produced; outline ▬▬▬▬▬▬▬▬ | 0.75 Hrs | $356.25 |
| 09/08/06 | RLM | Review magistrate's decision denying stay of discovery; send report to clients | 1.75 Hrs | $831.25 |
| 09/08/06 | RLM | Analyze document production | 1.25 Hrs | $593.75 |

Page 1

Payment by Wire:
CITIBANK N.A. 153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

## PAVIA & HARCOURT LLP

600 Madison Avenue, New York 10022

(212) 980-3500

Fendi  Adele S.r.l.

Re: ASHLEY REED

| <u>Date</u> | <u>Atty</u> | <u>Description</u> | <u>Time</u> | <u>Value</u> |
|---|---|---|---|---|
| 09/08/06 | JRP | Review, scan and profile  Memorandum and Order regarding motion to stay discovery. | 1.25 Hrs | $175.00 |
| 09/11/06 | RLM | Review document production, sales breakdown by ███████████ | 0.75 Hrs | $356.25 |
| 09/11/06 | RLM | Review document production; confer with Anthony regarding ███████ | 1.50 Hrs | $712.50 |
| 09/11/06 | JRP | Draft memorandum regarding Ashley Reed's ████████ ██████  Review document production received from Nordstrom Rack. | 5.00 Hrs | $700.00 |
| 09/12/06 | RLM | Review documents for damages analysis | 1.75 Hrs | $831.25 |
| 09/12/06 | JRP | Review Burlington's new production. | 4.25 Hrs | $595.00 |
| 09/13/06 | RLM | Review document production for sales information and settlement analysis | 1.50 Hrs | $712.50 |
| 09/14/06 | RLM | Review document production for damages | 1.25 Hrs | $593.75 |
| 09/18/06 | ASC | E-mail exchange with J. dunne re scheduling and timing of depositions | 1.00 Hrs | $355.00 |
| 09/21/06 | ASC | Prep Minerva and Lepri re depositions. | 2.00 Hrs | $710.00 |
| 09/26/06 | ASC | review of notes of meeting and ██████████ | 1.00 Hrs | $355.00 |
| 09/29/06 | ASC | Attention to scheduling of requested conference | 1.00 Hrs | $355.00 |

TOTAL ITEMIZED SERVICES BILL   $11,895.00

Page 2

Payment by Wire:
CITIBANK N.A. 153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

# PAVIA & HARCOURT LLP

600 Madison Avenue, New York 10022

(212) 980-3500

Fendi  Adele S.r.l.

Re: ASHLEY REED

**ITEMIZED DISBURSEMENT BILL**

Thru September 30, 2006

| | |
|---|---|
| Messenger | $9.50 |
| Misc. Telephone & Reproduction | $297.38 |
| Express Mail | $24.25 |
| TOTAL ITEMIZED DISBURSEMENT BILL | $331.13 |
| TOTAL THIS BILL | $12,226.13 |

Page 3

Payment by Wire:
CITIBANK N.A. 153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

**PAVIA & HARCOURT LLP**

600 Madison Avenue, New York 10022

(212) 980-3500

Fendi  Adele S.r.l.

**FOR PROFESSIONAL SERVICES**

Re: ASHLEY REED

**ITEMIZED SERVICES BILL**

Thru October 31, 2006

| <u>Date</u> | <u>Atty</u> | <u>Description</u> | <u>Time</u> | <u>Value</u> |
|------|------|-------------|------|-------|
| 10/01/06 | ASC | Prep of responses to discovery. | 1.00 Hrs | $355.00 |
| 10/03/06 | ASC | Attention to proposed conference before Judge Sprizzo and extension of discovery deadlines. | 2.00 Hrs | $710.00 |
| 10/04/06 | RLM | Confer with Anthony regarding status of ██████████ ████████████ review draft ████████ analysis | 1.50 Hrs | $712.50 |
| 10/04/06 | ASC | ██████████████████████████████ | 1.25 Hrs | $443.75 |
| 10/04/06 | ASC | Review of distribution and manufacturing presentations and produce them for discovery | 1.50 Hrs | $532.50 |
| 10/11/06 | ASC | Conference with the Court and prep for he same. | 3.00 Hrs | $1,065.00 |
| 10/11/06 | ASC | Prep for and attendance at discovery conference before Judge Dolinger. | 1.00 Hrs | $355.00 |
| 10/12/06 | ASC | Prep for deposition of Scott Ressler.  review of documents re same | 3.00 Hrs | $1,065.00 |
| 10/12/06 | JRP | Assist with preparation of deposition of Scott Ressler. Gather and copy and organize exhibits. | 8.00 Hrs | $1,120.00 |

*Not Included in Application* (handwritten annotation)

Page 1

Payment by Wire:
CITIBANK N.A. 153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

# PAVIA & HARCOURT LLP

600 Madison Avenue, New York 10022

(212) 980-3500

Fendi  Adele S.r.l.

Re: ASHLEY REED

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/13/06 | ASC | Review of Documents and prep for deposition of Scott Ressler | 3.00 Hrs | $1,065.00 |
| 10/15/06 | ASC | prep for Deposition of Scott Ressler | 3.50 Hrs | $1,242.50 |
| 10/16/06 | RLM | Conferences with Anthony regarding Ressler deposition | 1.75 Hrs | $831.25 |
| 10/16/06 | ASC | Take deposition of Scott Ressler | 7.00 Hrs | $2,485.00 |
| 10/17/06 | RLM | Conferences with Anthony regarding results of Ressler deposition | 1.50 Hrs | $712.50 |
| 10/17/06 | JRP | Review rough transcript of Scott Ressler October 16 2006.  Communication with court reporter and A.Cannatella regarding ███ Communication with G.Dunne regarding production of additional documents. | 2.00 Hrs | $280.00 |
| 10/19/06 | RLM | Conferences with Anthony regarding ███ | 0.75 Hrs | $356.25 |
| 10/19/06 | JRP | Review and update defendants document production. | 0.50 Hrs | $70.00 |
| 10/20/06 | ASC | Take the deposition of Scott Ressler, Day 2.  Prep for the same. | 7.50 Hrs | $2,662.50 |
| 10/20/06 | JRP | Scan and profile deposition exhibits 1-19 for the deposition of Scott Ressler. | 2.75 Hrs | $385.00 |
| 10/23/06 | JRP | Scan and profile deposition exhibits 20-50 for the deposition of Scott Ressler. | 4.00 Hrs | $560.00 |
| 10/24/06 | ASC | Tel conference with counsel for various defendants and third party defendants  regarding motion to consolidate. | 2.00 Hrs | $710.00 |
| 10/25/06 | RLM | Review discovery results | 0.75 Hrs | $356.25 |
| 10/25/06 | JRP | Communication with Penny Zahler of Gerard Dunne's office regarding ongoing deposition scheduling and discovery production. | 1.25 Hrs | $175.00 |

*Not Included in Application* (handwritten annotation beside 10/24/06 entry)

Page 2

Payment by Wire:
CITIBANK N.A. 153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

# PAVIA & HARCOURT LLP

600 Madison Avenue, New York 10022

(212) 980-3500

Fendi Adele S.r.l.

Re: ASHLEY REED

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/30/06 | ASC | prep for deposition of Aimee Fink sales person for Ashley Reed | 2.00 Hrs | $710.00 |
| 10/30/06 | JRP | Obtain copy of transcript from court reporters office for appearance before judge Dolinger. | 0.50 Hrs | $70.00 |
| 10/31/06 | ASC | Take the deposition of Aimee Fink, salesperson from Ashley Reed | 5.00 Hrs | $1,775.00 |

TOTAL ITEMIZED SERVICES BILL ~~$20,805.00~~

$19,651.25

**ITEMIZED DISBURSEMENT BILL**

Thru October 31, 2006

| | |
|---|---|
| Messenger | $9.50 |
| Misc. Telephone & Reproduction | $520.13 |
| Express Mail | $24.25 |

TOTAL ITEMIZED DISBURSEMENT BILL   $553.88

Page 3

Payment by Wire:
CITIBANK N.A. 153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

**PAVIA & HARCOURT LLP**

600 Madison Avenue, New York 10022

(212) 980-3500

Fendi  Adele S.r.l.

**FOR PROFESSIONAL SERVICES**

Re: ASHLEY REED

**ITEMIZED SERVICES BILL**

Thru November 30, 2006

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 11/01/06 | ASC | E-mail exchange with L. Minerva re scheduling of depositions and tel conference with G. Dunne re same. | 0.50 Hrs | $177.50 |
| 11/01/06 | ASC | Tel Conference with G. Dunne re documents from Ashley Reed Shipping and e-mail to confirm same. | 0.50 Hrs | $177.50 |
| 11/01/06 | JRP | Review organize and update pleading binder.  Draft and serve notice of depositions for Annie Sez officers and lawyers. | 2.25 Hrs | $315.00 |
| 11/01/06 | MR | Reviewed Scott Ressler Deposition complaint and created ███████████████ | 6.50 Hrs | $845.00 |
| 11/02/06 | ASC | E-mail exchange with L. Minerva re scheduling. | 0.25 Hrs | $88.75 |
| 11/02/06 | MR | Worked on Scott Ressler Deposition Requests and acknowledgements memo. Court appearance | 7.00 Hrs | $910.00 |
| 11/03/06 | MR | Scott Ressler deposition ████requests and acknowledgements.  Began Mary Beth Buckley deposition████████ | 8.00 Hrs | $1,040.00 |

Page 1

Payment by Wire:

CITIBANK N.A. 153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33

Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

**PAVIA & HARCOURT LLP**

600 Madison Avenue, New York 10022

(212) 980-3500

Fendi  Adele S.r.l.

Re: ASHLEY REED

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 11/06/06 | JRP | Review deposition transcript of Scott Ressler with Miguel Rodriguez. | 0.50 Hrs | $70.00 |
| 11/06/06 | MR | Finished Mary Beth Buckley transcript▬▬ Court appearance. | 6.50 Hrs | $845.00 |
| 11/07/06 | ASC | Tel conferences with C. Zentner re reference of 6 cases to M.J. Dolinger.  Prep of letter re same with copy of Transcript of hearing before Sand. | 0.25 Hrs | $88.75 |
| 11/08/06 | ASC | Attention to dates for conference before M. J. Dolinger. | 0.50 Hrs | $177.50 |
| 11/09/06 | MR | Preparation of excel spreadsheet.  Looking over Ashley Reed files. | 3.50 Hrs | $455.00 |
| 11/10/06 | MR | Preparation of Excel Spreadsheet.  Looking over Ashley Reed files. | 3.25 Hrs | $422.50 |
| 11/13/06 | MR | Reading Ashley Reed transcript. Preparation of Ashley Reed deposition▬▬▬▬▬▬ | 6.75 Hrs | $877.50 |
| 11/14/06 | ASC | E-mail exchange with L. Minerva re cancel proposed deposition dates because of consolidation | 0.75 Hrs | $266.25 |
| 11/15/06 | RLM | Telephone call with Marta; review discovery issues and ▬▬▬▬▬▬confer with Anthony regarding▬▬ | 1.25 Hrs | $593.75 |
| 11/15/06 | ASC | Prep of Chart of all cases to submit to M.J. Dolinger to advise of status of matter. | 0.50 Hrs | $177.50 |
| 11/15/06 | MR | Creating Ahley Reed deposition spreadsheet. | 6.00 Hrs | $780.00 |
| 11/16/06 | ASC | Revise chart and prep letter to Dolinger re same | 0.50 Hrs | $177.50 |
| 11/16/06 | MR | Finished Ashley Reed deposition spreadsheet. | 5.75 Hrs | $747.50 |
| 11/17/06 | MR | Researching Ashley Reed documents for spreadsheet preparation. | 2.00 Hrs | $260.00 |

Page 2

Payment by Wire:
CITIBANK N.A. 153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

## PAVIA & HARCOURT LLP

600 Madison Avenue, New York 10022

(212) 980-3500

Fendi  Adele S.r.l.

Re: ASHLEY REED

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 11/20/06 | ASC | .Review of Letters from all counsel re consolidation. | 0.25 Hrs | $88.75 |
| 11/22/06 | RLM | Review discovery status in preparation for conference with magistrate judge | 0.75 Hrs | $356.25 |
| 11/24/06 | ASC | E-mail request re various cases need for deposition dates. | 0.50 Hrs | $177.50 |
| 11/27/06 | RLM | Prepare for conference with magistrate | 0.25 Hrs | $118.75 |
| 11/27/06 | ASC | Prep for conference with M.J. Dolinger re consolidation and coordination. | 0.50 Hrs | $177.50 |
| 11/27/06 | MR | Creating spreadsheet regarding ▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓ | 7.50 Hrs | $975.00 |
| 11/28/06 | RLM | Conference with magistrate | 0.70 Hrs | $332.50 |
| 11/28/06 | ASC | Prep for and attendance at Court conference re consolidation. | 0.50 Hrs | $177.50 |
| 11/28/06 | VG | Preparation, travel to United States District Court, and attendance at consolidated discovery conference before Dolinger, M.J. resulting in preliminary scheduling of discovery and setting of January 15, 2007 for further conference, and return to office. | 0.70 Hrs | $248.50 |
| 11/28/06 | MR | Continuing spreadsheet regarding the total cost and total retail of Fendi items sold at Saks, Neimans, Nordstrom. | 7.75 Hrs | $1,007.50 |
| 11/29/06 | RLM | Review recent filings; confer with Victor regarding next steps ▓▓▓▓▓▓▓▓▓▓▓ | 1.50 Hrs | $712.50 |
| 11/29/06 | ASC | Pre of stipulation and order of confidentiality as required by the Court, forward same to Court with cover letter | 0.50 Hrs | $177.50 |

Page 3

Payment by Wire:
CITIBANK N.A. 153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

## PAVIA & HARCOURT LLP

600 Madison Avenue, New York 10022

(212) 980-3500

Fendi  Adele S.r.l.

Re: ASHLEY REED

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 11/29/06 | VG | Intraoffice conference with R. Mattiaccio re█████████ ████████████████ | 0.70 Hrs | $248.50 |
| 11/29/06 | MR | Completing Fendi Spreadsheet. | 9.00 Hrs | $1,170.00 |
| 11/30/06 | RLM | Confer with Anthony and Victor regarding ████████ ████████████████████ | 0.75 Hrs | $356.25 |
| | | TOTAL ITEMIZED SERVICES BILL | | $15,817.00 |

## ITEMIZED DISBURSEMENT BILL

Thru November 30, 2006

| | |
|---|---|
| Messenger | $9.50 |
| Computer research | $133.85 |
| Misc. Telephone & Reproduction | $395.43 |
| Express Mail | $24.25 |
| TOTAL ITEMIZED DISBURSEMENT BILL | $563.03 |

Page 4

Payment by Wire:
CITIBANK N.A. 153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

**PAVIA & HARCOURT LLP**

600 Madison Avenue, New York 10022

(212) 980-3500


Fendi  Adele S.r.l.

**FOR PROFESSIONAL SERVICES**

Re: ASHLEY REED

**ITEMIZED SERVICES BILL**

Thru December 31, 2006

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/05/06 | RLM | Team meeting regarding ███████████ review e-mail traffic with counsel | 0.50 Hrs | $237.50 |
| 12/05/06 | ASC | Prep of letter to M.J. Dolinger re stip of confidentiality and tel conference with opposing counsel re status and position on same. | 0.50 Hrs | $177.50 |
| 12/06/06 | RLM | Review proposed pleading amendment; confer with Anthony regarding discovery strategy | 0.75 Hrs | $356.25 |
| 12/07/06 | ASC | Attention to discovery issues. | 2.75 Hrs | $976.25 |
| 12/07/06 | MR | Updating Pleading Binder. | 1.50 Hrs | $195.00 |
| 12/08/06 | RLM | Review document discovery, court filings | 0.50 Hrs | $237.50 |
| 12/08/06 | ASC | Combine document production and resend documents; review of the same. | 0.75 Hrs | $266.25 |
| 12/11/06 | RLM | Review e-mail from opposing counsel and confer with Anthony regarding ███████████ | 1.50 Hrs | $712.50 |

Page 1

Payment by Wire:
CITIBANK N.A. 153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

# PAVIA & HARCOURT LLP

600 Madison Avenue, New York 10022

(212) 980-3500

Fendi  Adele S.r.l.

Re: ASHLEY REED

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 12/11/06 | ASC | Respond to Court's request for info re Order of Confidentiality. | 1.00 Hrs | $355.00 |
| 12/11/06 | MR | Updating Pleading Folder. Creating Profiled Folder. | 1.50 Hrs | $195.00 |
| 12/12/06 | ASC | tel conference with Dunne re discovery issues | 1.00 Hrs | $355.00 |
| 12/12/06 | ASC | Forward confidentiality acknowledgement to Alberto and Marta for execution. | 0.75 Hrs | $266.25 |
| 12/13/06 | RLM | Review document discovery ███████ | 1.10 Hrs | $522.50 |
| 12/14/06 | RLM | Confer with Anthony regarding ████████████ | 0.75 Hrs | $356.25 |
| 12/19/06 | RLM | Review sales data and outline ████████████ confer with Joe regarding ██████ | 2.25 Hrs | $1,068.75 |
| 12/19/06 | MR | Revising Ashley Reed production to exclude "attorney eyes only" docs. | 2.00 Hrs | $260.00 |
| 12/20/06 | RLM | Review of additional sales information | 1.25 Hrs | $593.75 |
| 12/20/06 | MR | Completed revising Ashley Reed docs and burned them on to CD. | 4.00 Hrs | $520.00 |
| 12/22/06 | ASC | review of documents sent to Marta and Alberto.  Forward same and review of e-mail from Joe re same. | 2.00 Hrs | $710.00 |

TOTAL ITEMIZED SERVICES BILL         $8,361.25

Page 2

Payment by Wire:
CITIBANK N.A. 153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

## PAVIA & HARCOURT LLP

600 Madison Avenue, New York 10022

(212) 980-3500

Fendi  Adele S.r.l.

Re: ASHLEY REED

**ITEMIZED DISBURSEMENT BILL**

Thru December 31, 2006

| | |
|---|---|
| Misc. Telephone & Reproduction | $209.03 |
| Express Mail | $24.25 |
| TOTAL ITEMIZED DISBURSEMENT BILL | $233.28 |
| TOTAL THIS BILL | $8,594.53 |

Page 3

Payment by Wire:
CITIBANK N.A. 153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

## PAVIA & HARCOURT LLP

600 Madison Avenue, New York 10022

(212) 980-3500

Fendi  Adele S.r.l.

**FOR PROFESSIONAL SERVICES**

Re: ASHLEY REED

**ITEMIZED SERVICES BILL**

Thru January 31, 2007

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 01/02/07 | ASC | Review of production documents.  Authorizations re review of documents for supplemental discovery.  Review of defendants p&l's. | 1.00 Hrs | $390.00 |
| 01/02/07 | JRP | Review and analyze Ashley Reed's document production. Revise and update ██████████ | 2.25 Hrs | $337.50 |
| 01/03/07 | RLM | Review and discuss internally ███████████████ | 0.50 Hrs | $250.00 |
| 01/04/07 | ASC | Review of █████████████████████ with RLM. | 0.50 Hrs | $195.00 |
| 01/17/07 | RLM | Preparation for and attendance at status conference; preparation of report regarding ████████ | 0.75 Hrs | $375.00 |
| 01/17/07 | ASC | Status conference before J. Dolinger - attendance and prep for same. | 1.00 Hrs | $390.00 |
| 01/19/07 | RLM | Review discovery responses | 1.75 Hrs | $875.00 |
| 01/23/07 | RLM | Review discovery status, outline next steps for team | 0.25 Hrs | $125.00 |

Page 1

Payment by Wire:
CITIBANK N.A. 153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

## PAVIA & HARCOURT LLP

600 Madison Avenue, New York 10022

(212) 980-3500

Fendi  Adele S.r.l.

Re: ASHLEY REED

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 01/25/07 | ASC | Review of Supplemental production of documents. | 1.00 Hrs | $390.00 |
| 01/25/07 | ASC | review of Supplemental production of documents. | 1.00 Hrs | $390.00 |
| 01/26/07 | ASC | Review of production of supplemental documents and vet same. | 0.75 Hrs | $292.50 |
| 01/26/07 | ASC | Review of production of supplemental documents and vet same. | 1.50 Hrs | $585.00 |
| 01/26/07 | MR | Updating court papers. | 0.50 Hrs | $65.00 |
| 01/29/07 | ASC | Attention to production of documents and review of documents and prep of privilege log. | 2.00 Hrs | $780.00 |
| 01/29/07 | ASC | Attention to production of documents and review of documents and prep of privilege log. | 2.00 Hrs | $780.00 |
| 01/29/07 | JRP | Review and prepare document production in consolidated matter.  Draft privilege log for same. | 11.00 Hrs | $1,650.00 |
| 01/29/07 | MR | Updating court papers. | 0.50 Hrs | $65.00 |
| 01/30/07 | ASC | Prep of privilege log | 2.00 Hrs | $780.00 |
| 01/30/07 | MR | Fendi Consolidated Actions doc production | 2.00 Hrs | $260.00 |
| 01/31/07 | ASC | Prep of documents for production and review of same. | 1.50 Hrs | $585.00 |
| 01/31/07 | ASC | Prep of documents for production and review of same. Last day to produce. | 2.50 Hrs | $975.00 |
| 01/31/07 | JRP | Review documents, finalize documents for production. Serve same upon all parties via federal express. | 10.50 Hrs | $1,575.00 |

TOTAL ITEMIZED SERVICES BILL          $12,110.00

Page 2

Payment by Wire:
CITIBANK N.A. 153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

## PAVIA & HARCOURT LLP
### 600 Madison Avenue, New York 10022
### (212) 980-3500

Fendi  Adele S.r.l.

Re: ASHLEY REED

**ITEMIZED DISBURSEMENT BILL**

Thru January 31, 2007

| | |
|---|---|
| Misc. Telephone & Reproduction | $302.75 |
| Express Mail | $24.25 |
| TOTAL ITEMIZED DISBURSEMENT BILL | $327.00 |
| TOTAL THIS BILL | $12,437.00 |

Page 3

Payment by Wire:
CITIBANK N.A. 153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

**PAVIA & HARCOURT LLP**

600 Madison Avenue, New York 10022

(212) 980-3500

Fendi Adele S.r.l.

**FOR PROFESSIONAL SERVICES**

Re: ASHLEY REED

**ITEMIZED SERVICES BILL**

Thru February 28, 2007

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/08/07 | ASC | Prep of notices of inspection | 1.00 Hrs | $390.00 |
| 02/12/07 | RLM | Review and comment on inspection notice; develop a preliminary protocol; outline inspection procedures; discuss ▓▓▓ with Anthony | 0.50 Hrs | $250.00 |
| 02/14/07 | ASC | Tel conference with Dunne re discovery issues including Ashley Reed Shipping and meet and confer with ▓▓▓ ▓▓▓▓▓ | 0.50 Hrs | $195.00 |
| 02/14/07 | JRP | Telephone Communication with counsel for Saks regarding subpoena served in August 2006. Email follow-up to same with copy of subpoena. | 1.50 Hrs | $225.00 |
| 02/15/07 | ASC | meeting with expert | 0.25 Hrs | $97.50 |
| 02/15/07 | ASC | Prep of Ashley Reed Shipping Subpoena | 2.75 Hrs | $1,072.50 |
| 02/16/07 | RLM | Review and finalize inspection notice; send e-mail with ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ CRA International; confer by telephone ▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ prepare and send e-mails to Alberto and Marta regarding ▓▓▓▓; confer with Anthony regarding ▓▓▓▓▓ confer with | 1.25 Hrs | $625.00 |

Page 1

Payment by Wire:
CITIBANK N.A. 153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

# PAVIA & HARCOURT LLP

600 Madison Avenue, New York 10022

(212) 980-3500

Fendi  Adele S.r.l.

Re: ASHLEY REED

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | Joe regarding ███████████████████████ ████ | | |
| 02/16/07 | ASC | Tel conference with expert re ███████████████ | 0.25 Hrs | $97.50 |
| 02/16/07 | JRP | Research regarding Ashley Reed Shipping Inc. in ███████ Draft subpoena for entity and cause to be served. | 2.00 Hrs | $300.00 |
| 02/19/07 | ASC | Tel conference with Leonardo re ██████████████ ████████████████ | 0.75 Hrs | $292.50 |
| 02/20/07 | RLM | Prepare information for damages experts | 0.75 Hrs | $375.00 |
| 02/27/07 | RLM | Review and revision of Anthony's letter to the magistrate regarding defendants' failure to cooperate in discovery | 0.50 Hrs | $250.00 |
| 02/27/07 | ASC | Prep of letter to M.J. Dolinger re inspection requests and production deficiencies. | 1.50 Hrs | $585.00 |
| 02/28/07 | RLM | Preparation of e-mails to Alberto Fabbri regarding ██████ ████████████████████████████████ | 0.25 Hrs | $125.00 |
| 02/28/07 | ASC | Review of defendants' production, prep of analysis of production | 1.25 Hrs | $487.50 |
| | | **TOTAL ITEMIZED SERVICES BILL** | | **$5,367.50** |

Page 2

Payment by Wire:
CITIBANK N.A. 153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

# PAVIA & HARCOURT LLP

600 Madison Avenue, New York 10022

(212) 980-3500

Fendi  Adele S.r.l.

Re: ASHLEY REED

**ITEMIZED DISBURSEMENT BILL**

Thru February 28, 2007

| | |
|---|---|
| Misc. Telephone & Reproduction | $134.19 |
| Express Mail | $24.25 |
| TOTAL ITEMIZED DISBURSEMENT BILL | $158.44 |
| TOTAL THIS BILL | $5,525.94 |

Page 3

Payment by Wire:
CITIBANK N.A. 153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

## PAVIA & HARCOURT LLP

600 Madison Avenue, New York 10022

(212) 980-3500


Fendi  Adele S.r.l.


**FOR PROFESSIONAL SERVICES**


Re: ASHLEY REED

**ITEMIZED SERVICES BILL**

Thru March 31, 2007

| <u>Date</u> | <u>Atty</u> | <u>Description</u> | <u>Time</u> | <u>Value</u> |
|------|------|-------------|------|-------|
| 03/02/07 | VG | Further review of Ressler deposition. | 2.30 Hrs | $862.50 |
| 03/05/07 | JRP | Receive and review defendants second set of interrogatories and document request and first request to admit.  Draft response to same. | 2.25 Hrs | $337.50 |
| 03/06/07 | RLM | Review letter from Dunne regarding open discovery requests; review and revise Anthony's response; prepare for status conference | 2.75 Hrs | $1,375.00 |
| 03/06/07 | ASC | Prep for Court Conference on 3/7 | 1.00 Hrs | $390.00 |
| 03/06/07 | ASC | Prep of letter to Dunne re discovery | 2.00 Hrs | $780.00 |
| 03/06/07 | VG | Preparation for conference before Dolinger, MJ. | 0.30 Hrs | $112.50 |
| 03/07/07 | RLM | Preparation for and attendance at status conference; prepare post-conference ████████████ prepare motion to compel compliance with our document requests related to other brands for price elasticity analysis; confer with Jeff Stec regarding ██████ | 1.50 Hrs | $750.00 |

Page 1

Payment by Wire:
CITIBANK N.A. 153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

# PAVIA & HARCOURT LLP

600 Madison Avenue, New York 10022

(212) 980-3500

Fendi  Adele S.r.l.

Re: ASHLEY REED

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/07/07 | ASC | Prep for and attendance at Court conference and inter-office meeting with R. Mattiaccio and V. Genecin re ▅▅▅▅▅ | 1.00 Hrs | $390.00 |
| 03/07/07 | VG | Travel to U.S. District Court for discovery conference before Dolinger, M.J. and return to office; meeting with R. Mattiaccio and A. Cannatella re ▅▅▅▅▅▅ | 0.50 Hrs | $187.50 |
| 03/08/07 | VG | Initial review of R. Mattiaccio's draft of letter-motion to compel defendants to produce documents demanded in connection with calculation of damages ▅▅▅▅ ▅▅▅▅▅▅▅▅ with R, Mattiaccio and A. Cannatella. | 0.40 Hrs | $150.00 |
| 03/09/07 | RLM | Review of document production for follow up | 1.25 Hrs | $625.00 |
| 03/09/07 | ASC | Attention to Ashley Reed trading subpoena compliance and supply confidentiality stip | 1.00 Hrs | $390.00 |
| 03/09/07 | VG | Further review of letter-motion to compel production of damages discovery. | 0.30 Hrs | $112.50 |
| 03/12/07 | RLM | Revision of letter regarding need for discovery of sales of other brands; review Fendi document production | 1.75 Hrs | $875.00 |
| 03/12/07 | ASC | Prep of letter to Court re damage documents request | 0.25 Hrs | $97.50 |
| 03/12/07 | VG | Final revisions to letter-motion. | 0.25 Hrs | $93.75 |
| 03/13/07 | RLM | Review of defendant's document requests and prepare list of additional items to be produced by Fendi; confer with Anthony and Victor regarding ▅▅▅ telephone call with A. Fabbri | 1.75 Hrs | $875.00 |

Page 2

Payment by Wire:
CITIBANK N.A. 153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

## PAVIA & HARCOURT LLP

600 Madison Avenue, New York 10022

(212) 980-3500

Fendi  Adele S.r.l.

Re: ASHLEY REED

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/13/07 | ASC | Review of Production of documents and prep of requests ▇▇▇ re additional documents | 1.00 Hrs | $390.00 |
| 03/13/07 | VG | Review of Fendi document production with R. Mattiaccio and A. Cannatella to ensure compliance with discovery requirements; conference call with A. Fabbri; initial preparation of ▇▇▇ | 1.20 Hrs | $450.00 |
| 03/14/07 | RLM | Review document production to prepare follow-up demands; outline next steps in discovery; confer with Anthony and Victor regarding ▇▇▇ | 2.00 Hrs | $1,000.00 |
| 03/14/07 | ASC | Review of productions and prep of request for additional documents needed ▇▇▇ | 1.00 Hrs | $390.00 |
| 03/15/07 | RLM | Review document production | 1.25 Hrs | $625.00 |
| 03/15/07 | ASC | Review of defendant's production and organize additional demands. | 0.75 Hrs | $292.50 |
| 03/16/07 | RLM | Conference with Victor regarding ▇▇▇ | 0.50 Hrs | $250.00 |
| 03/16/07 | VG | Counterfeiting cases management conference. | 0.20 Hrs | $75.00 |
| 03/16/07 | JAS | Reviewed defendant's document production | 3.50 Hrs | $875.00 |
| 03/19/07 | RLM | Preparation of further document production | 2.50 Hrs | $1,250.00 |
| 03/19/07 | ASC | Attention to production of documents. | 1.00 Hrs | $390.00 |
| 03/19/07 | JAS | Reviewed and indexed latest document production from Ashley Reed | 2.90 Hrs | $725.00 |
| 03/20/07 | RLM | Preparation of further document production | 2.25 Hrs | $1,125.00 |
| 03/20/07 | SPS | Review and discuss discovery materials | 2.25 Hrs | $922.50 |
| 03/20/07 | ASC | Review of Zucca and Zucchino analysis inter-office conference with R. Mattiaccio. | 0.50 Hrs | $195.00 |

Page 3

Payment by Wire:
CITIBANK N.A. 153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

# PAVIA & HARCOURT LLP

600 Madison Avenue, New York 10022

(212) 980-3500

Fendi Adele S.r.l.

Re: ASHLEY REED

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/20/07 | VG | Receipt and review of opposition of counsel to letter-motion to compel production of damages evidence and initial drafting of reply letter to Dolinger, MJ. | 0.50 Hrs | $187.50 |
| 03/21/07 | RLM | Prepare information for experts | 0.50 Hrs | $250.00 |
| 03/21/07 | ASC | Review of revised ███████████████████████ | 0.25 Hrs | $97.50 |
| 03/21/07 | VG | Further drafting of reply letter concerning letter motion to compel. | 0.60 Hrs | $225.00 |
| 03/21/07 | JAS | Reviewed Ashley Reed document production and prepared index | 4.50 Hrs | $1,125.00 |
| 03/23/07 | RLM | Review draft responses to notice to admit and related discovery requests | 0.50 Hrs | $250.00 |
| 03/23/07 | ASC | Attention to request for privilege log from Ashley Reed. Follow-up by Parilla | 0.50 Hrs | $195.00 |
| 03/23/07 | ASC | Review of subpoenas issued. | 1.00 Hrs | $390.00 |
| 03/26/07 | RLM | Review Ashley Reed requests for admissions, document requests and interrogatories; confer with team to ██████ ██████████ prepare and send e-mail to Alberto regarding ████████████████████████████████ review and comment on e-mail to L. Minerva regarding ███████████████ | 3.00 Hrs | $1,500.00 |
| 03/26/07 | SPS | Work on Responses to Ashley Reed Requests for Admissions | 3.00 Hrs | $1,230.00 |
| 03/26/07 | ASC | Review of request for admissions with R. Mattiaccio and S. Skulnik and prep of questions for ███████ | 3.00 Hrs | $1,170.00 |
| 03/26/07 | VG | Review of Ressler deposition and intraoffice conference with R. Mattiaccio, S. Skulnik and A. Cannatella re ███████████████████ | 3.00 Hrs | $1,125.00 |

Page 4

Payment by Wire:
CITIBANK N.A. 153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

# PAVIA & HARCOURT LLP
### 600 Madison Avenue, New York 10022
### (212) 980-3500

Fendi Adele S.r.l.

Re: ASHLEY REED

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/27/07 | RLM | Telephone call with A. Fabbri regarding ███████ ███████████ review Alberto's ████████ ████████ confer with Steve regarding █████ of | 3.25 Hrs | $1,625.00 |
| 03/27/07 | RLM | Review of defendants' discovery responses | 0.75 Hrs | $375.00 |
| 03/27/07 | SPS | Revise Response to Admissions. | 1.50 Hrs | $615.00 |
| 03/27/07 | ASC | Tel conference and e-mail exchange with G. Dunne re confidential attorney eyes only documents that need to be disclosed to properly answer the the admission requests.  Review of responses to admissions, Inter-office conference with R. Mattiaccio and S. Skulnik. Tel conference wit L.  Minerva re ██████████ | 3.50 Hrs | $1,365.00 |
| 03/27/07 | VG | Further review of Ressler deposition. | 1.10 Hrs | $412.50 |
| 03/28/07 | RLM | Review status of responses to our discovery requests; confer with Victor regarding ███████████o | 1.75 Hrs | $875.00 |
| 03/28/07 | SPS | Incorporate client comments into admission responses. | 1.00 Hrs | $410.00 |
| 03/28/07 | SPS | Work on document and interrogatory responses. | 1.00 Hrs | $410.00 |
| 03/29/07 | RLM | Further review and revision of responses to requests for admissions | 1.75 Hrs | $875.00 |
| 03/29/07 | ASC | Attention to creating a protocol for the inspection of bags. Inter-office conference with R, Mattiaccio.  Review of documents from Fabbri re █████████ Tel conference with Stec. | 0.50 Hrs | $195.00 |
| 03/30/07 | RLM | Finalize and serve responses to discovery requests; review of defendant's document production for completeness | 2.50 Hrs | $1,250.00 |
| 03/30/07 | RLM | Finalized responses to requests for admissions, interrogatories, document requests | 1.50 Hrs | $750.00 |

Page 5

Payment by Wire:
CITIBANK N.A. 153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

# PAVIA & HARCOURT LLP

600 Madison Avenue, New York 10022

(212) 980-3500

Fendi Adele S.r.l.

Re: ASHLEY REED

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/30/07 | SPS | Finalize discovery responses | 1.00 Hrs | $410.00 |
| 03/30/07 | ASC | Review of Ashley Reed discovery responses and inter-office conference re | 1.25 Hrs | $487.50 |
| 03/30/07 | ASC | Review of L. Minerva's | 0.50 Hrs | $195.00 |
| 03/30/07 | VG | Attention to revisions to responses to Notice to Admit. | 2.10 Hrs | $787.50 |
| 03/30/07 | JRP | Prepare discovery responses for filing. | 1.25 Hrs | $187.50 |
| | | **TOTAL ITEMIZED SERVICES BILL** | | $36,328.75 |

## ITEMIZED DISBURSEMENT BILL

Thru March 31, 2007

| | |
|---|---|
| Computer research | $155.30 |
| Misc. Telephone & Reproduction | $908.22 |
| Express Mail | $24.25 |
| **TOTAL ITEMIZED DISBURSEMENT BILL** | $1,087.77 |

Page 6

Payment by Wire:
CITIBANK N.A. 153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

# PAVIA & HARCOURT LLP

600 Madison Avenue, New York 10022

(212) 980-3500

Fendi  Adele S.r.l.

## FOR PROFESSIONAL SERVICES

Re: ASHLEY REED

## ITEMIZED SERVICES BILL

Thru April 30, 2007

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/02/07 | MR | Work on indexing Ashley Reed documents for privilege log. | 5.00 Hrs | $650.00 |
| 04/03/07 | MR | Work on Ashley Reed document index | 3.00 Hrs | $390.00 |
| 04/04/07 | RLM | Review and revise letter to Dunn regarding failure to comply with our outstanding document requests; confer with Victor regarding finalizing same | 1.75 Hrs | $875.00 |
| 04/05/07 | ASC | Review of documents to be produced | 1.00 Hrs | $390.00 |
| 04/05/07 | VG | Counterfeiting cases management conference with RLM, SS, ASC. | 0.20 Hrs | $75.00 |
| 04/05/07 | JRP | Review and copy onto CD-Ram all deposition transcripts in Ashley Reed and Annie Sez matters along with exhibits. | 2.25 Hrs | $337.50 |
| 04/10/07 | MR | Work on Ashley Reed document index | 3.00 Hrs | $390.00 |
| 04/16/07 | RLM | Preparation for depositions | 0.50 Hrs | $250.00 |
| 04/17/07 | RLM | Prepare and send letter regarding depositions of Fendi witnesses. | 0.25 Hrs | $125.00 |

Page 1

Payment by Wire:
CITIBANK N.A. 153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

# PAVIA & HARCOURT LLP

600 Madison Avenue, New York 10022

(212) 980-3500

Fendi  Adele S.r.l.

Re: ASHLEY REED

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/17/07 | VG | Revisions to letter advising counsel of dates for depositions of Fendi's executives; preparation and transmittal of letters to counsel re scheduling of defense witnesses; preparation and attention to transmittal of letter to Dolinger, M.J. renewing Fendi's motion to compel production of defendants' documents relating to damages needed by its expert. | 0.40 Hrs | $150.00 |
| 04/18/07 | RLM | Schedule client depositions, prepare notice to defendants' counsel regarding same | 0.25 Hrs | $125.00 |
| 04/18/07 | JRP | Assist with preparation of letter motion to Judge Dolinger re: damages issue. | 3.25 Hrs | $487.50 |
| 04/20/07 | ASC | Attention to discovery issues and production of documents as well as responses from defendants. | 0.75 Hrs | $292.50 |
| 04/20/07 | ASC | Attention to Bandinelli issue with respect to production of Minerva. | 1.00 Hrs | $390.00 |
| 04/23/07 | RLM | E-mail to clients regarding███████████████████ telephone call with LM regarding██████████ | 0.75 Hrs | $375.00 |
| 04/24/07 | RLM | Preparation for Fendi depositions | 0.25 Hrs | $125.00 |
| 04/24/07 | ASC | Attention to discovery issues work with J Parilla re same. Inter-office conference with R. Mattiaccio and V. Genecin re██████████████ Inter-office conference with S. Skulnik re█████████ | 1.00 Hrs | $390.00 |
| 04/25/07 | RLM | Preparation of letter to court regarding need for a discovery conference, status of discovery | 1.75 Hrs | $875.00 |
| 04/25/07 | VG | Preparation of letter to Dolinger, MJ requesting conference to compel defendants to produce documents/schedule depositions. | 0.50 Hrs | $187.50 |
| 04/26/07 | VG | Review, further revision, and attention to transmittal of letter to Dolinger, MJ requesting conference to compel defendants to produce documents/schedule depositions. | 0.30 Hrs | $112.50 |

Page 2

Payment by Wire:
CITIBANK N.A. 153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

# PAVIA & HARCOURT LLP

600 Madison Avenue, New York 10022

(212) 980-3500

Fendi  Adele S.r.l.

| 04/27/07 | RLM | Telephone conferences and e-mails with counsel for defendants to schedule discovery conference; telephone conference with magistrate's chambers to schedule same for May 2, 2007;  telephone conference with counsel for defendants Dunne regarding discovery disputes, scheduling, merits; prepare note to file regarding███ | 1.50 Hrs | $750.00 |
|---|---|---|---|---|
| 04/27/07 | ASC | Inter-office meeting re███████ | 0.50 Hrs | $195.00 |
| 04/27/07 | JRP | Communication with Ashley Reed regarding discovery matters. | 0.75 Hrs | $112.50 |
| 04/30/07 | RLM | Exchange e-mails with counsel for defendants regarding confirmation of dates and offering location for depositions; prepare and send ████████to clients; confer with Victor to prepare for████████; confer with Steve to follow up with ████ ████ | 0.50 Hrs | $250.00 |
| 04/30/07 | VG | Preparation for discovery conference scheduled for May 2, 2007 before  Dolinger, MJ. | 0.40 Hrs | $150.00 |

TOTAL ITEMIZED SERVICES BILL     $8,450.00

## ITEMIZED DISBURSEMENT BILL

Thru April 30, 2007

| | |
|---|---|
| Computer research | $298.68 |
| Misc. Telephone & Reproduction | $211.25 |
| Express Mail | $24.25 |

TOTAL ITEMIZED DISBURSEMENT BILL     $534.18

Page 3

Payment by Wire:
CITIBANK N.A. 153 East 53rd Street, NY, NY 10043 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

# PAVIA & HARCOURT LLP

600 Madison Avenue, New York 10022

(212) 980-3500

Fendi  Adele S.r.l.

## FOR PROFESSIONAL SERVICES

Re: ASHLEY REED

## ITEMIZED SERVICES BILL

Thru June 30, 2007

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/05/07 | VG | Receipt and review of letter from counsel and of Indemnification Agreement with Ashley Reed. | 0.30 Hrs | $112.50 |
| 06/07/07 | VG | Attention to issuance of subpoena to Ashley Reed's factor. | 0.20 Hrs | $75.00 |
| 06/10/07 | SPS | Correspondence re subpoena to Ashley Reed factor | 0.50 Hrs | $205.00 |
| 06/12/07 | ASC | Inter-office conference re ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ | 2.00 Hrs | $780.00 |
| 06/13/07 | ASC | Work on interrogatory responses with S. Skulnik | 2.25 Hrs | $877.50 |
| 06/13/07 | VG | Review and revision of Fendi's Responses and Objections to Ashley Reed's Interrogatories. | 2.10 Hrs | $787.50 |
| 06/14/07 | SPS | Work on contention interrogatories | 2.00 Hrs | $820.00 |
| 06/14/07 | VG | Further revisions to Fendi's Responses and Objections to Ashley Reed's Interrogatories. | 1.30 Hrs | $487.50 |
| 06/14/07 | JRP | Review information received from client for incorporation into Plaintiffs Amended Response to Ashley Reed Defendants Second Set of Interrogatories. | 5.25 Hrs | $787.50 |

Page 1

Payment by Wire:
CITIBANK N.A. 666 Fifth Avenue N.Y., N.Y. 10103 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022

# PAVIA & HARCOURT LLP

600 Madison Avenue, New York 10022

(212) 980-3500

Fendi  Adele S.r.l.

Re: ASHLEY REED

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/15/07 | RLM | Preparation for deposition defense (Bandinelli) | 0.50 Hrs | $250.00 |
| 06/15/07 | JRP | Revise and serve Plaintiffs Amended Response to Ashley Reed Defendants Second Set of Interrogatories. | 3.75 Hrs | $562.50 |
| 06/20/07 | RLM | Prepare for Bandinelli deposition | 1.25 Hrs | $625.00 |
| 06/21/07 | RLM | Preparation for Bandinelli deposition | 1.50 Hrs | $750.00 |
| 06/21/07 | ASC | Assist with the preparation for the Bandinelli deposition | 0.50 Hrs | $195.00 |
| 06/22/07 | RLM | Defend Bandinelli deposition | 1.00 Hrs | $500.00 |
| 06/22/07 | JRP | Update Ashley Reed document production file. | 0.75 Hrs | $112.50 |
| | | TOTAL ITEMIZED SERVICES BILL | | $7,927.50 |

**ITEMIZED DISBURSEMENT BILL**

Thru June 30, 2007

| | |
|---|---|
| Misc. Telephone & Reproduction | $198.19 |
| TOTAL ITEMIZED DISBURSEMENT BILL | $198.19 |

Page 2

Payment by Wire:
CITIBANK N.A. 666 Fifth Avenue N.Y., N.Y. 10103 ABA #021000089 - SWIFT CODE: CITIUS33
Credit PAVIA & HARCOURT LLP - Account #37504261

Payment due within 10 days of receipt - All sums are stated in U.S. Dollars - Federal I.D. # 13-5604022