# EXHIBIT 2

**Prebill Number: 3532932**
100743 - Fendi Adele S.r.L.
00005 - Ashley Reed

Single Matter Memorandum
Through 28Feb10

Billing Atty:        Mattiaccio, Richard L. - (18023)
Responsible Atty:    Mattiaccio, Richard L. - (18023)

Signature: _____

Date: _____

**Client Name:** Fendi Adele S.r.L.
**Matter Name:** Ashley Reed

**Bill Address**
via Flaminia, 968
Rome 00189
IT

**Client Number:** 100743
**Matter Number:** 00005

## LEGAL SERVICES

| ID No. | DATE | NAME | HOURS | STANDARD FEES ($) | BILLED FEES ($) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 17529729 | 04Sep07 | V. Genecin | 2.30 | 977.50 | 747.50 | | | | Preparation of requests for admission. |
| 17459367 | 05Sep07 | R. L. Mattiaccio | 2.50 | 1,500.00 | 1,250.00 | | | | Review and revise requests for admissions |
| 17529727 | 05Sep07 | V. Genecin | 4.80 | 2,040.00 | 1,560.00 | | | | Final preparation of Requests for Admissions and attention to arrangements for service of same. |
| 17529724 | 06Sep07 | V. Genecin | 0.70 | 297.50 | 227.50 | | | | Preparation and global review of discovery strategy. |
| 17512944 | 06Sep07 | M. Rodriguez | 1.00 | 130.00 | 130.00 | | | | Search ▓▓▓ |
| 17443333 | 10Sep07 | S. Skulnik | 0.75 | 356.25 | 307.50 | | | | Follow up regarding ▓▓▓ and discuss same with VG. |
| 17512939 | 10Sep07 | M. Rodriguez | 1.50 | 195.00 | 195.00 | | | | Looking through the Ashley Reed document production for documents reflecting ▓▓▓ for V. Genecin. |
| 17529726 | 11Sep07 | V. Genecin | 1.20 | 510.00 | 390.00 | | | | Review of documents ▓▓▓ produced by this defendant. |
| 17529725 | 14Sep07 | V. Genecin | 2.20 | 935.00 | 715.00 | | | | Preparation and transmittal of letter to counsel re deficiencies in response to subpoena of Rosenthal & Rosenthal. |
| 17529728 | 18Sep07 | V. Genecin | 2.20 | 935.00 | 715.00 | | | | Review of Ashley Reed documents ▓▓▓ together with A. Fabbri's report re same and preparation of list of follow-up questions; selection of documents as exhibits. |

**Prebill Number:** 3532932
100743 - Fendi Adele S.r.L.
00005 - Ashley Reed

Single Matter Memorandum
Through 28Feb10

**Billing Atty:** Mattiaccio, Richard L. - (18023)
**Responsible Atty:** Mattiaccio, Richard L. - (18023)

## LEGAL SERVICES

| ID NO. | DATE | NAME | HOURS | STANDARD FEES ($) | TASK | PHASE | BILLED FEES ($) | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 17466815 | 18Sep07 | S. Skulnik | 0.50 | 237.50 | | | 205.00 | | Review with Genecin documents |
| 17529723 | 19Sep07 | V. Genecin | 2.30 | 977.50 | | | 747.50 | | Completion of review of and of letter to A. Fabbri re same; preparation and transmittal of letter to G. Dunne re EYES ONLY designation of "Fendi" documents. |
| 17529721 | 20Sep07 | V. Genecin | 1.60 | 680.00 | | | 520.00 | | Preparation and transmittal of letter to defense counsel demanding removal of "ATTORNEYS' EYES ONLY" designation from documents on Fendi letterheads produced by defendant |
| 17477428 | 24Sep07 | S. Skulnik | 0.50 | 237.50 | | | 205.00 | | Discuss with Genecin and Mattiaccio |
| 17510985 | 25Sep07 | R. L. Mattiaccio | 2.00 | 1,200.00 | | | 1,000.00 | | Review Fendi documents to prepare supplemental document production; work on analysis of |
| 17529720 | 26Sep07 | V. Genecin | 0.30 | 127.50 | | | 97.50 | | Receipt and review of letter from defense counsel withdrawing EYES ONLY designation of documents ostensibly from Fendi. |
| 17529719 | 28Sep07 | V. Genecin | 3.10 | 1,317.50 | | | 1,007.50 | | Final preparation and attention to transmittal of letter re deficiencies in defendant's document production; receipt and review of letter from defense counsel concerning compliance with subpoena to Rosenthal & Rosenthal (defendant's factor) ; preparation for conference before Dolinger, M.J. scheduled for October 1, 2007 at 2 pm. |
| 17562464 | 01Oct07 | R. L. Mattiaccio | 1.25 | 750.00 | | | 625.00 | | Prepare for and attend status conference with Magistrate Judge Dolinger; prepare e-mail report to clients; plan with V. Genecin, S. Skulnik |
| 17621192 | 01Oct07 | V. Genecin | 1.40 | 595.00 | | | 455.00 | | Receipt and review of correspondence from counsel re Rosenthal & Rosenthal subpoena; final preparation, travel to U. S. District Court, Southern District of New York and representation of client at discovery status hearing before Dolinger, MJ, resulting in extension of deadlines and permission to file motions to compel. |
| 17517315 | 01Oct07 | S. Skulnik | 0.50 | 237.50 | | | 205.00 | | Court appearance and discuss same. |
| 17621181 | 02Oct07 | V. Genecin | 3.90 | 1,657.50 | | | 1,267.50 | | Preparation and transmittal of request to A. Fabbri for further information concerning |

**Prebill Number:** 3532932
100743 - Fendi Adele S.r.L.
00005 - Ashley Reed

Single Matter Memorandum
Through 28Feb10

**Billing Atty:** Mattiaccio, Richard L. - (18023)
**Responsible Atty:** Mattiaccio, Richard L. - (18023)

## LEGAL SERVICES

| ID NO. | DATE | NAME | HOURS | STANDARD FEES ($) | BILLED FEES ($) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 17621190 | 10Oct07 | V. Genecin | 0.80 | 340.00 | 260.00 | | | | Attention to review of ▓ |
| 17621187 | 11Oct07 | V. Genecin | 1.70 | 722.50 | 552.50 | | | | Preparation and circulation of memorandum re ▓ and preparation for L. Minerva deposition. |
| 17560033 | 11Oct07 | S. Skulnik | 0.50 | 237.50 | 205.00 | | | | Review and discuss ▓ with Genecin; review memo regarding deficiencies ▓ |
| 17621184 | 12Oct07 | V. Genecin | 0.10 | 42.50 | 32.50 | | | | Telephone conference with R. Mattiaccio and M. Savarda re ▓ |
| 17563565 | 12Oct07 | S. Skulnik | 0.75 | 356.25 | 307.50 | | | | Work on project to set up ▓ |
| 17563957 | 12Oct07 | S. Skulnik | 0.25 | 118.75 | 102.50 | | | | Review and discuss ▓ |
| 17570989 | 16Oct07 | S. Skulnik | 0.40 | 190.00 | 164.00 | | | | Follow up with Parilla and Goldstein re ▓ |
| 17621182 | 17Oct07 | V. Genecin | 0.50 | 212.50 | 162.50 | | | | Preparation for L. Minerva deposition. |
| 17621183 | 18Oct07 | V. Genecin | 1.30 | 552.50 | 422.50 | | | | Preparation for L. Minerva deposition. |
| 17581182 | 18Oct07 | M. Savarda | 7.80 | 1,677.00 | 1,677.00 | | | | Review / analyze Ashley Reed Trading document production for absences, discrepancies and other issues to be included in motion to compel. |
| 17621185 | 19Oct07 | V. Genecin | 0.90 | 382.50 | 292.50 | | | | Further preparation for Minerva deposition; review of ▓ |
| 17581183 | 19Oct07 | M. Savarda | 7.50 | 1,612.50 | 1,612.50 | | | | Review / analyze Ashley Reed Trading document production for absences, discrepancies and other issues to be included in motion to compel. |
| 17621191 | 22Oct07 | V. Genecin | 0.60 | 255.00 | 195.00 | | | | Preparation with L. Minerva for deposition. |
| 17598769 | 22Oct07 | M. Savarda | 5.70 | 1,225.50 | 1,225.50 | | | | Review / analyze Ashley Reed Trading document production for absences, discrepancies and other issues to be included in motion to compel. |
| 17637629 | 22Oct07 | A. T. Goth | 0.20 | 37.00 | 37.00 | | | A110 | Images & OCR reorganized to match new document boundaries established in log files. |
| 17637630 | 22Oct07 | A. T. Goth | 0.25 | 46.25 | 46.25 | | | A110 | Export and modification of previous document logs created in Word to match new, consistent numbering sequence. |
| 17621189 | 23Oct07 | V. Genecin | 0.40 | 170.00 | 130.00 | | | | Preparation of L. Minerva. |
| 17598773 | 23Oct07 | M. Savarda | 5.30 | 1,139.50 | 1,139.50 | | | | Conference with Victor Genecin regarding ▓ review / analyze Ashley Reed Trading |

**Prebill Number:** 3532932  
100743 - Fendi Adele S.r.L.  
00005 - Ashley Reed  

Single Matter Memorandum  
Through 28Feb10  

**Billing Atty:** Mattiaccio, Richard L. - (18023)  
**Responsible Atty:** Mattiaccio, Richard L. - (18023)  

## LEGAL SERVICES

| ID No. | Date | Name | Hours | Standard Fees ($) | Billed Fees ($) | Phase | Task | Activity | Description |
|---|---|---|---|---|---|---|---|---|---|
| 17594760 | 24Oct07 | R. L. Mattiaccio | 2.00 | 1,200.00 | 1,000.00 | | | | document production for absences, discrepancies and other issues to be included in motion to compel. |
| 17621188 | 24Oct07 | V. Genecin | 1.50 | 637.50 | 487.50 | | | | Defend Minerva at deposition questioning by Ashley Reed counsel |
| 17590219 | 24Oct07 | S. Skulnik | 0.25 | 118.75 | 102.50 | | | | Assistance with defense of Minerva deposition. |
| 17598770 | 24Oct07 | M. Savarda | 3.60 | 774.00 | 774.00 | | | | Discuss [redacted] Review / analyze Ashley Reed Trading document production for absences, discrepancies and other issues to be included in motion to compel. |
| 17621186 | 25Oct07 | V. Genecin | 0.90 | 382.50 | 292.50 | | | | Assistance with defense of Minerva deposition |
| 17598771 | 25Oct07 | M. Savarda | 8.90 | 1,913.50 | 1,913.50 | | | | Review / analyze Ashley Reed Trading document production for absences, discrepancies and other issues to be included in motion to compel; continue detailed index preparation. |
| 17598772 | 26Oct07 | M. Savarda | 7.90 | 1,698.50 | 1,698.50 | | | | Review / analyze Ashley Reed Trading document production for absences, discrepancies and other issues to be included in motion to compel; preparation detailed document index. |
| 17619144 | 29Oct07 | M. Savarda | 5.90 | 1,268.50 | 1,268.50 | | | | Review / Analyze Ashley Reed Trading Documents with preparation of detailed index of same. |
| 17621193 | 30Oct07 | V. Genecin | 2.30 | 977.50 | 747.50 | | | | Motions re deficiencies in document production. |
| 17619145 | 30Oct07 | M. Savarda | 6.80 | 1,462.00 | 1,462.00 | | | | Review / Analyze Ashley Reed Trading Documents with preparation of detailed index of same. |
| 17632428 | 31Oct07 | R. L. Mattiaccio | 2.00 | 1,200.00 | 1,000.00 | | | | Review Dunne letter to Magistrate Judge Dolinger; confer with V. Genecin regarding [redacted] send report to A. Fabbri, regarding [redacted] |
| 17634703 | 31Oct07 | V. Genecin | 2.00 | 850.00 | 650.00 | | | | Preparation of motion to compel production of documents. |
| 17630820 | 31Oct07 | S. Skulnik | 0.25 | 118.75 | 102.50 | | | | Follow up on coding documents in concordance. |
| 17635638 | 31Oct07 | M. Savarda | 7.00 | 1,505.00 | 1,505.00 | | | | Review / Analyze Ashley Reed Trading Documents with preparation of detailed index of same. |
| 17758409 | 01Nov07 | V. Genecin | 1.80 | 765.00 | 585.00 | | | | Final preparation of motion to compel. |
| 17672581 | 01Nov07 | M. Savarda | 7.90 | 1,698.50 | 1,698.50 | | | | Review / analyze Ashley Reed Trading documents produced and preparation detailed index of same. |

**Prebill Number:** 3532932  
100743 - Fendi Adele S.r.L.  
00005 - Ashley Reed

Single Matter Memorandum  
Through 28Feb10

**Billing Atty:** Mattiaccio, Richard L. - (18023)  
**Responsible Atty:** Mattiaccio, Richard L. - (18023)

## LEGAL SERVICES

| ID NO. | DATE | NAME | HOURS | STANDARD FEES ($) | BILLED FEES ($) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 17758410 | 02Nov07 | V. Genecin | 0.90 | 382.50 | 292.50 | | | | Study of letter from counsel to Dolinger, M.J. and meeting with R. Mattiaccio re |
| 17672580 | 02Nov07 | M. Savarda | 6.90 | 1,483.50 | 1,483.50 | | | | Review / analyze Ashley Reed Trading documents produced and preparation detailed index of same. |
| 17672579 | 05Nov07 | M. Savarda | 7.60 | 1,634.00 | 1,634.00 | | | | Review / analyze Ashley Reed Trading documents produced and preparation detailed index of same. |
| 17672582 | 06Nov07 | M. Savarda | 4.90 | 1,053.50 | 1,053.50 | | | | Review / analyze Ashley Reed Trading documents produced and preparation detailed index of same. |
| 17672583 | 07Nov07 | M. Savarda | 8.20 | 1,763.00 | 1,763.00 | | | | Review / analyze Ashley Reed Trading documents produced and preparation detailed index of same. |
| 17758404 | 08Nov07 | V. Genecin | 0.50 | 212.50 | 162.50 | | | | Final preparation and transmittal of letter to counsel responding to his letter to the Court concerning discovery issues. |
| 17668795 | 08Nov07 | S. Skulnik | 1.00 | 475.00 | 410.00 | | | | Review and discuss |
| 17672584 | 08Nov07 | M. Savarda | 7.50 | 1,612.50 | 1,612.50 | | | | Review / analyze Ashley Reed Trading documents produced and preparation detailed index of same. |
| 17673447 | 09Nov07 | S. Skulnik | 1.00 | 475.00 | 410.00 | | | | Discussions with Genecin regarding |
| 17672578 | 09Nov07 | M. Savarda | 1.70 | 365.50 | 365.50 | | | | Review / analyze Ashley Reed Trading documents produced and preparation detailed index of same. |
| 17690340 | 12Nov07 | M. Savarda | 5.50 | 1,182.50 | 1,182.50 | | | | Review / analyze Ashley Reed Trading documents produced and preparation detailed index of same. |
| 17679043 | 13Nov07 | R. L. Mattiaccio | 0.50 | 300.00 | 250.00 | | | | Preparation for discovery conference; confer with V. Genecin |
| 17679044 | 13Nov07 | R. L. Mattiaccio | 3.00 | 1,800.00 | 1,500.00 | | | | Review and analyze |
| 17683847 | 13Nov07 | S. Skulnik | 0.25 | 118.75 | 102.50 | | | | Discuss with Genecin. |
| 17690342 | 13Nov07 | M. Savarda | 7.20 | 1,548.00 | 1,548.00 | | | | Review / analyze Ashley Reed Trading documents produced and preparation detailed index of same. |
| 17702885 | 14Nov07 | R. L. Mattiaccio | 1.50 | 900.00 | 750.00 | | | | Review prepare for discovery conference |
| 17688930 | 14Nov07 | S. Skulnik | 1.00 | 475.00 | 410.00 | | | | Work on |
| 17690343 | 14Nov07 | M. Savarda | 6.20 | 1,333.00 | 1,333.00 | | | | Review / analyze Ashley Reed Trading documents produced and preparation detailed index of same. |
| 17702884 | 15Nov07 | R. L. Mattiaccio | 0.75 | 450.00 | 375.00 | | | | Review and preparation for conference with Magistrate Dolinger |

**Prebill Number:** 3532932  
100743 - Fendi Adele S.r.L.  
00005 - Ashley Reed

Single Matter Memorandum  
Through 28Feb10

**Billing Atty:** Mattiaccio, Richard L. - (18023)  
**Responsible Atty:** Mattiaccio, Richard L. - (18023)

## LEGAL SERVICES

| ID No. | Date | Name | Hours | Standard Fees ($) | Billed Fees ($) | Phase | Task | Activity | Description |
|---|---|---|---|---|---|---|---|---|---|
| 17758407 | 15Nov07 | V. Genecin | 1.70 | 722.50 | 552.50 | | | | Preparation for conference before Dolinger, M.J. scheduled for November 16, 2007; preparation of revisions and final version of plaintiffs' demand for disclosure of defendants' insurance coverage; review of ▮ |
| 17694808 | 15Nov07 | S. Skulnik | 1.00 | 475.00 | 410.00 | | | | Preparation for conference before Judge Dolinger on November 16, 2007; Plaintiffs' Demand for Insurance Policies |
| 17690341 | 15Nov07 | M. Savarda | 5.10 | 1,096.50 | 1,096.50 | | | | Review / analyze Ashley Reed Trading documents produced and preparation detailed index of same. |
| 17758408 | 16Nov07 | V. Genecin | 1.60 | 680.00 | 520.00 | | | | Final preparation, travel to U.S. District Court, Southern District of New York, and representation of client at conference before Dolinger, M.J. resulting in directions: 1) to defendants to have their accounting and IT executives meet with J. Donohue of CRA; and, 2) extension of fact discovery to January 31, 2008; telephone conference with R. Mattiaccio re court appearance; return to office and meeting with S. Skulnik re ▮ initial preparation of report to client. |
| 17694807 | 16Nov07 | S. Skulnik | 0.75 | 356.25 | 307.50 | | | | Travel to/from and attend discovery conference. |
| 17758413 | 20Nov07 | V. Genecin | 0.80 | 340.00 | 260.00 | | | | Exchange of e-mails with counsel concerning Fendi's most recent document production; attention to ▮ for J Donohue. |
| 17701327 | 20Nov07 | J. R. Parilla | 0.50 | 87.50 | 75.00 | | | | Discussion with V Genecin re: ▮ |
| 17723546 | 26Nov07 | R. L. Mattiaccio | 3.00 | 1,800.00 | 1,500.00 | | | | Review ▮ |
| 17758411 | 26Nov07 | V. Genecin | 0.40 | 170.00 | 130.00 | | | | Preparation of letter of advice to J Donohue ▮ |
| 17711638 | 26Nov07 | S. Skulnik | 0.50 | 237.50 | 205.00 | | | | Work on letter to Donohue. |
| 17758406 | 29Nov07 | V. Genecin | 1.70 | 722.50 | 552.50 | | | | Review of ▮ and preparation of A. Cannatella deposition. |
| 17758412 | 30Nov07 | V. Genecin | 0.80 | 340.00 | 260.00 | | | | Further review of ▮ and preparation of A. Cannatella deposition. |

3/17/2010 4:53:28 PM                                     For Internal Use Only                                     Page 6

**Prebill Number:** 3532932
100743 - Fendi Adele S.r.L.
00005 - Ashley Reed

Single Matter Memorandum
Through 28Feb10

**Billing Atty:** Mattiaccio, Richard L. - (18023)
**Responsible Atty:** Mattiaccio, Richard L. - (18023)

## LEGAL SERVICES

| ID No. | Date | Name | Hours | Standard Fees ($) | Billed Fees ($) | Phase | Task | Activity | Description |
|---|---|---|---|---|---|---|---|---|---|
| 17775738 | 03Dec07 | R. L. Mattiaccio | 1.50 | 900.00 | 750.00 | | | | Review ▮ |
| 17821782 | 03Dec07 | V. Genecin | 1.50 | 637.50 | 487.50 | | | | Attention to arrangements for J. Donohue to meet with Ashley Reed; review of ▮ |
| 17768280 | 03Dec07 | S. Skulnik | 1.50 | 712.50 | 615.00 | | | | Review ▮ |
| 17775735 | 05Dec07 | R. L. Mattiaccio | 2.00 | 1,200.00 | 1,000.00 | | | | Preparation for Cannatella deposition |
| 17821781 | 05Dec07 | V. Genecin | 1.20 | 510.00 | 390.00 | | | | Preparation for A. Cannatella deposition. |
| 17775737 | 06Dec07 | R. L. Mattiaccio | 1.50 | 900.00 | 750.00 | | | | Preparation for Cannatella deposition with A. Cannatella, V. Genecin |
| 17821783 | 06Dec07 | V. Genecin | 1.80 | 765.00 | 585.00 | | | | Document review and meeting with A. Cannatella to prepare for deposition. |
| 17775736 | 07Dec07 | R. L. Mattiaccio | 0.75 | 450.00 | 375.00 | | | | Prepare for A. Cannatella deposition; confer with V. Genecin regarding same |
| 17821779 | 09Dec07 | V. Genecin | 0.40 | 170.00 | 130.00 | | | | Review of ▮ to prepare A. Cannatella deposition and telephone conference with same. |
| 17786018 | 10Dec07 | R. L. Mattiaccio | 2.00 | 1,200.00 | 1,000.00 | | | | Attend A. Cannatella deposition |
| 17821780 | 10Dec07 | V. Genecin | 1.80 | 765.00 | 585.00 | | | | Final preparation and defense of A. Cannatella at deposition. |
| 17806684 | 14Dec07 | R. L. Mattiaccio | 1.25 | 750.00 | 625.00 | | | | Analyze missing information to prepare for Donohue meeting with Ressler to obtain financial data |
| 17821778 | 14Dec07 | V. Genecin | 0.80 | 340.00 | 260.00 | | | | Telephone conference with J. Donohue to prep his visit to Ashley Reed; and telephone conference with same for his post-meeting report. |
| 17796028 | 14Dec07 | S. Skulnik | 0.50 | 237.50 | 205.00 | | | | Review Alberto Fabbri email re ▮ |
| 17823778 | 19Dec07 | R. L. Mattiaccio | 1.00 | 600.00 | 500.00 | | | | Review ▮ |
| 17823777 | 20Dec07 | R. L. Mattiaccio | 1.50 | 900.00 | 750.00 | | | | Review ▮ |
| 17821784 | 26Dec07 | V. Genecin | 1.20 | 510.00 | 390.00 | | | | Study of Minerva deposition transcript. |
| 17837765 | 26Dec07 | S. Skulnik | 0.25 | 118.75 | 102.50 | | | | Review ▮ |

Prebill Number: 3532932
100743 - Fendi Adele S.r.L.
00005 - Ashley Reed

Single Matter Memorandum
Through 28Feb10

Billing Atty:     Mattiaccio, Richard L. - (18023)
Responsible Atty: Mattiaccio, Richard L. - (18023)

## LEGAL SERVICES

| ID No. | Date | Name | Hours | Standard Fees ($) | Billed Fees ($) | Task | Phase | Activity | Description |
|---|---|---|---|---|---|---|---|---|---|
| 17994605 | 07Jan08 | R. L. Mattiaccio | 1.50 | 967.50 | 750.00 | | | | Preparation for depositions. |
| 17940130 | 07Jan08 | V. Genecin | 1.20 | 582.00 | 390.00 | | | | review for continued Cannatella deposition. |
| 17873465 | 09Jan08 | S. Skulnik | 0.25 | 131.25 | 102.50 | | | | Meet with Jim Donohue to discuss progress |
| 17892572 | 10Jan08 | R. L. Mattiaccio | 2.00 | 1,290.00 | 1,000.00 | | | | Prepare for and attend continued deposition of A. Cannatella |
| 17892575 | 11Jan08 | R. L. Mattiaccio | 2.00 | 1,290.00 | 1,000.00 | | | | Preparation for Minerva deposition to preserve testimony for trial |
| 17940131 | 11Jan08 | V. Genecin | 0.80 | 388.00 | 260.00 | | | | Review and revision of revised log of privileged documents withheld from discovery. |
| 17892573 | 14Jan08 | R. L. Mattiaccio | 1.00 | 645.00 | 500.00 | | | | Preparation for Minerva deposition to preserve testimony |
| 17940145 | 14Jan08 | V. Genecin | 1.10 | 533.50 | 357.50 | | | | Intraoffice conference with R. Mattiaccio re [redacted] legal research and initial preparation of letter to court; supervision of project to assemble all necessary exhibits. |
| 17892574 | 15Jan08 | R. L. Mattiaccio | 0.25 | 161.25 | 125.00 | | | | Revise notice to counsel regarding new Minerva deposition |
| 17940146 | 15Jan08 | V. Genecin | 1.30 | 630.50 | 422.50 | | | | Preparation and transmittal to counsel of e-mail advising of our desire to take deposition of L. Minerva to preserve testimony for trial: further preparation of letter to Dolinger, MJ requesting leave to take Minerva deposition; attention to document production issues. |
| 17892593 | 15Jan08 | S. Skulnik | 0.25 | 131.25 | 102.50 | | | | Revise notice to counsel regarding new Minerva deposition |
| 17892576 | 16Jan08 | R. L. Mattiaccio | 1.50 | 967.50 | 750.00 | | | | Prepare for Minerva deposition revise correspondence with court and counsel regarding same; telephone conference with Minerva regarding same |
| 17940136 | 16Jan08 | V. Genecin | 1.40 | 679.00 | 455.00 | | | | Receipt and review of response from counsel re proposal to depose L. Minerva and insertion of remarks re same into letter to court; final preparation and attention to transmittal and service of letter to court requesting leave to depose L. Minerva. |
| 17940143 | 17Jan08 | V. Genecin | 1.40 | 679.00 | 455.00 | | | | Intraoffice conference with J. Parilla and M. Gonzalez re exhibit preparation project; preparation for Minerva deposition. |
| 17902530 | 18Jan08 | R. L. Mattiaccio | 1.50 | 967.50 | 750.00 | | | | Preparation for Minerva testimony |

3/17/2010 4:53:28 PM                                      For Internal Use Only                                      Page 8

**Prebill Number:** 3532932  
100743 - Fendi Adele S.r.L.  
00005 - Ashley Reed

Single Matter Memorandum  
Through 28Feb10

**Billing Atty:** Mattiaccio, Richard L. - (18023)  
**Responsible Atty:** Mattiaccio, Richard L. - (18023)

## LEGAL SERVICES

| ID No. | Date | Name | Hours | Standard Fees ($) | Billed Fees ($) | Phase | Task | Activity | Description |
|---|---|---|---|---|---|---|---|---|---|
| 17940133 | 18Jan08 | V. Genecin | 1.40 | 679.00 | 455.00 | | | | Preparation for trial deposition of L. Minerva. |
| 17905554 | 18Jan08 | S. Skulnik | 0.50 | 262.50 | 205.00 | | | | Discuss ▇ with Mattiaccio and Genecin |
| 17940134 | 19Jan08 | V. Genecin | 0.50 | 242.50 | 162.50 | | | | Preparation for trial deposition of L. Minerva. |
| 17940132 | 21Jan08 | V. Genecin | 1.40 | 679.00 | 455.00 | | | | Preparation for trial deposition of L. Minerva, including receipt and review of letter from counsel for Ashley Reed to Dolinger, M.J. objecting to same and initial preparation of Fendi's reply. |
| 17905555 | 21Jan08 | S. Skulnik | 1.00 | 525.00 | 410.00 | | | | Review and comment on ▇ |
| 17902529 | 22Jan08 | R. L. Mattiaccio | 2.50 | 1,612.50 | 1,250.00 | | | | Prepare reply to objections to Minerva deposition; prepare for Minerva deposition |
| 17940140 | 22Jan08 | V. Genecin | 3.80 | 1,843.00 | 1,235.00 | | | | Further preparation of letter to Dolinger, MJ replying to objections of counsel to L. Minerva deposition and in further support of Fendi's application; further preparation for L. Minerva preservation deposition. |
| 17905556 | 22Jan08 | S. Skulnik | 1.00 | 525.00 | 410.00 | | | | Review and comment on ▇ |
| 17940137 | 23Jan08 | V. Genecin | 2.70 | 1,309.50 | 877.50 | | | | Final preparation and attention to transmittal of reply letter to Dolinger, MJ in further support of application to take preservation deposition; further preparation for L. Minerva preservation deposition. |
| 17911586 | 24Jan08 | R. L. Mattiaccio | 1.50 | 967.50 | 750.00 | | | | Meet with translator Rosanna Giammanco to go over translations of Minerva/Lepri reports; telephone call with Lepri and ▇ |
| 17940139 | 24Jan08 | V. Genecin | 1.40 | 679.00 | 455.00 | | | | Further preparation for L. Minerva preservation deposition. |
| 17940138 | 25Jan08 | V. Genecin | 0.80 | 388.00 | 260.00 | | | | Further preparation for preservation deposition; receipt and review of Order granting our application to take preservation deposition of L. Minerva; attention to notice of same to all counsel. |
| 17940144 | 26Jan08 | V. Genecin | 0.70 | 339.50 | 227.50 | | | | Preparation for Leonardo Minerva deposition. |
| 17940147 | 28Jan08 | V. Genecin | 1.20 | 582.00 | 390.00 | | | | Further preparation of Minerva deposition. |
| 17966315 | 28Jan08 | J. R. Parilla | 2.00 | 390.00 | 300.00 | | | | Review Ashley Reed document production. Draft memo regarding ▇ |
| 17940142 | 29Jan08 | V. Genecin | 1.40 | 679.00 | 455.00 | | | | Preparation for Minerva deposition; initial preparation of |

**Prebill Number:** 3532932
100743 - Fendi Adele S.r.L.
00005 - Ashley Reed

Single Matter Memorandum
Through 28Feb10

Billing Atty:       Mattiaccio, Richard L. - (18023)
Responsible Atty:   Mattiaccio, Richard L. - (18023)

## LEGAL SERVICES

| ID No. | Date | Name | Hours | Standard Fees ($) | Billed Fees ($) | Task | Phase | Activity | Description |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | letter to Dolinger, MJ re extension of discovery. |
| 17940065 | 30Jan08 | R. L. Mattiaccio | 0.75 | 483.75 | 375.00 | | | | Review and revise letter to court regarding discovery status; confer with V. Genecin regarding same |
| 17940135 | 30Jan08 | V. Genecin | 1.20 | 582.00 | 390.00 | | | | Final review and attention to transmittal of letter to Dolinger, MJ re extension of discovery; preparation for deposition of L. Minerva. |
| 17940066 | 31Jan08 | R. L. Mattiaccio | 1.50 | 967.50 | 750.00 | | | | Review of ▮ prepare for Minerva deposition |
| 17940141 | 31Jan08 | V. Genecin | 0.80 | 388.00 | 260.00 | | | | Preparation for Minerva deposition; exchange of e-mails with counsel re discovery conference and preparation and transmittal of letter to court re scheduling of same. |
| 18055713 | 01Feb08 | V. Genecin | 1.10 | 533.50 | 357.50 | | | | Attention to scheduling of discovery conference; further preparation of Minerva deposition. |
| 18055712 | 02Feb08 | V. Genecin | 0.50 | 242.50 | 162.50 | | | | Further preparation for Minerva deposition. |
| 17987579 | 04Feb08 | R. L. Mattiaccio | 0.75 | 483.75 | 375.00 | | | | Preparation for Minerva testimony |
| 18055717 | 04Feb08 | V. Genecin | 0.60 | 291.00 | 195.00 | | | | Preparation for Minerva deposition. |
| 18055704 | 05Feb08 | V. Genecin | 0.70 | 339.50 | 227.50 | | | | Preparation for Minerva deposition. |
| 17987580 | 06Feb08 | R. L. Mattiaccio | 1.50 | 967.50 | 750.00 | | | | Prepare for Minerva testimony |
| 18055714 | 06Feb08 | V. Genecin | 2.20 | 1,067.00 | 715.00 | | | | Preparation for L. Minerva preservation deposition, including ▮ |
| 17987581 | 07Feb08 | R. L. Mattiaccio | 1.50 | 967.50 | 750.00 | | | | Prepare for Minerva deposition |
| 18055716 | 07Feb08 | V. Genecin | 1.90 | 921.50 | 617.50 | | | | Preparation for Minerva deposition, including ▮ and meeting with R. Mattiaccio; preparation for discovery conference before Dolinger, MJ scheduled for February 8, 2008. |
| 18055710 | 08Feb08 | V. Genecin | 2.50 | 1,212.50 | 812.50 | | | | Further preparation for Minerva deposition; final preparation for court appearance;travel to U.S. Courthouse, Southern District of New York, and representation of client at discovery conference before Dolinger, M.J. resulting in extension of discovery deadlines, and setting of deadlines for parties to write to the court concerning M. Fontanesi deposition, other issues; return to office and preparation and transmittal of report ▮ |

**Prebill Number:** 3532932
100743 - Fendi Adele S.r.L.
00005 - Ashley Reed

Single Matter Memorandum
Through 28Feb10

**Billing Atty:** Mattiaccio, Richard L. - (18023)
**Responsible Atty:** Mattiaccio, Richard L. - (18023)

## LEGAL SERVICES

| ID NO. | DATE | NAME | HOURS | STANDARD FEES ($) | BILLED FEES ($) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 17985594 | 08Feb08 | S. Skulnik | 0.50 | 262.50 | 205.00 | | | | Court Appearance |
| 17985188 | 08Feb08 | J. P. Rodgers | 0.20 | 83.00 | 83.00 | | | | Teleconference with V. Genecin regarding ▓▓▓ |
| 18055705 | 10Feb08 | V. Genecin | 0.90 | 436.50 | 292.50 | | | | Preparation for Minerva deposition. |
| 17989949 | 11Feb08 | R. L. Mattiaccio | 2.50 | 1,612.50 | 1,250.00 | | | | Meet with L. Minerva ▓▓▓ |
| 18055715 | 11Feb08 | V. Genecin | 2.30 | 1,115.50 | 747.50 | | | | Meeting with R. Mattiaccio re ▓▓▓ and preparation meeting with L. Minerva. |
| 18015341 | 11Feb08 | M. Rodriguez | 1.90 | 285.00 | 247.00 | | | | Deposition preparation of Leonardo Minerva. |
| 17989948 | 12Feb08 | R. L. Mattiaccio | 1.50 | 967.50 | 750.00 | | | | Preparation of Leonardo Minerva for deposition. |
| 18055711 | 12Feb08 | V. Genecin | 3.30 | 1,600.50 | 1,072.50 | | | | Preparation with L. Minerva; receipt and review of letter from counsel to Dolinger, MJ seeking deposition of M. Fontanesi; supervision of research re ▓▓▓ begin drafting memorandum of law memorializing research to date; review present draft of memorandum and forward to V. Genecin. |
| 18019569 | 12Feb08 | J. P. Rodgers | 0.60 | 249.00 | 249.00 | | | | Review correspondence from opposing counsel regarding deposition; develop researching ▓▓▓ begin drafting ▓▓▓ preparation and transmittal of e-mail with guidance for additional research; final preparation and direct examination of Leonardo Minerva in preservation deposition. |
| 18015342 | 12Feb08 | M. Rodriguez | 2.05 | 307.50 | 266.50 | | | | Depo prep. of L. Minerva. |
| 18012882 | 13Feb08 | R. L. Mattiaccio | 1.50 | 967.50 | 750.00 | | | | Attend L. Minerva deposition. |
| 18055707 | 13Feb08 | V. Genecin | 2.50 | 1,212.50 | 812.50 | | | | Review of case law and memorandum provided by J. Rodgers re ▓▓▓ |
| 18019568 | 13Feb08 | J. P. Rodgers | 0.70 | 290.50 | 290.50 | | | | Attention to researching ▓▓▓ begin drafting letter to Judge Dollinger regarding deposition of Ms. Fontanesi; review of ▓▓▓; review letters from defendants' counsel regarding deposition. |
| 18015343 | 13Feb08 | M. Rodriguez | 1.90 | 285.00 | 247.00 | | | | Assisting with Deposition of Leonardo Minerva (i.e., exhibits, documents and handbags). |

**Prebill Number:** 3532932
100743 - Fendi Adele S.r.L.
00005 - Ashley Reed

Single Matter Memorandum
Through 28Feb10

**Billing Atty:** Mattiaccio, Richard L. - (18023)
**Responsible Atty:** Mattiaccio, Richard L. - (18023)

## LEGAL SERVICES

| ID No. | Date | Name | Hours | Standard Fees ($) | Billed Fees ($) | Task | Phase | Activity | Description |
|---|---|---|---|---|---|---|---|---|---|
| 18012884 | 14Feb08 | R. L. Mattiaccio | 1.50 | 967.50 | 750.00 | | | | Attend L. Minerva deposition. |
| 18055708 | 14Feb08 | V. Genecin | 2.00 | 970.00 | 650.00 | | | | Preparation and completion of direct examination of L. Minerva; defense of witness during cross examination. |
| 18007929 | 14Feb08 | S. Skulnik | 0.50 | 262.50 | 205.00 | | | | Preparation of request to adjourn Fendi's time to respond on the M Fontanesi testimony issue. |
| 18019946 | 14Feb08 | J. P. Rodgers | 0.80 | 332.00 | 332.00 | | | | Continue drafting letter to Magistrate Judge Dollinger regarding deposition of Ms. Fontanesi; continue reviewing cases; review present draft of letter and revise as necessary; circulate. |
| 18015344 | 14Feb08 | M. Rodriguez | 1.60 | 240.00 | 208.00 | | | | Assisting with Deposition of Leonardo Minerva (i.e., exhibits, documents and handbags). |
| 18012885 | 15Feb08 | R. L. Mattiaccio | 1.50 | 967.50 | 750.00 | | | | Attend L. Minerva deposition; prepare report to M. Burke; prepare opposition to Fontanesi deposition in New York. |
| 18055709 | 15Feb08 | V. Genecin | 0.80 | 388.00 | 260.00 | | | | Completion of L. Minerva deposition: defense of witness during cross examination. |
| 18014566 | 15Feb08 | S. Skulnik | 1.00 | 525.00 | 410.00 | | | | Work on issues relating to Fontanesi deposition |
| 18019945 | 15Feb08 | J. P. Rodgers | 0.15 | 62.25 | 62.25 | | | | Review ▆▆▆ circulate with comment to V. Genecin. |
| 18012883 | 18Feb08 | R. L. Mattiaccio | 1.50 | 967.50 | 750.00 | | | | Telephone conference with M. Fontanes▆ ▆▆▆ begin preparation of Fontanesi declaration |
| 18014568 | 18Feb08 | S. Skulnik | 1.00 | 525.00 | 410.00 | | | | Work on letter to the Court re Fontanesi. |
| 18030456 | 18Feb08 | J. P. Rodgers | 0.30 | 124.50 | 124.50 | | | | Research issues of ▆▆▆ correspond with S. Skulnik regarding same. |
| 18012886 | 19Feb08 | R. L. Mattiaccio | 1.25 | 806.25 | 625.00 | | | | Review faxes from M. Fontanesi; ▆▆▆ and send same to Fontanesi, Fabbri for review; revise letter to Judge Dolinger |
| 18014567 | 19Feb08 | S. Skulnik | 1.00 | 525.00 | 410.00 | | | | Review faxes from M. Fontanesi; review and revise ▆▆▆ revise letter to Judge Dolinger |
| 18031596 | 19Feb08 | J. P. Rodgers | 0.40 | 166.00 | 166.00 | | | | Review draft letter regarding Fontanessi deposition; suggest revisions; review of select case law therein. |
| 18030371 | 20Feb08 | R. L. Mattiaccio | 1.50 | 967.50 | 750.00 | | | | Telephone call with M. Fontanesi regarding ▆▆▆ revise ▆▆▆ and letter to the court |

**Prebill Number:** 3532932
100743 - Fendi Adele S.r.L.
00005 - Ashley Reed

Single Matter Memorandum
Through 28Feb10

**Billing Atty:** Mattiaccio, Richard L. - (18023)
**Responsible Atty:** Mattiaccio, Richard L. - (18023)

## LEGAL SERVICES

| ID No. | Date | Name | Hours | Standard Fees ($) | Billed Fees ($) | Task | Activity | Description |
|---|---|---|---|---|---|---|---|---|
| 18024697 | 20Feb08 | S. Skulnik | 1.00 | 525.00 | 410.00 | | | intraoffice conference with R Mattiaccio regarding ▮▮▮ York; revise ▮▮▮ and letter to the court |
| 18024698 | 21Feb08 | S. Skulnik | 1.00 | 525.00 | 410.00 | | | Follow up with letter and ▮▮▮ |
| 18033130 | 22Feb08 | S. Skulnik | 1.00 | 525.00 | 410.00 | | | Finalize letter re Fontanesi |
| 18055706 | 27Feb08 | V. Genecin | 0.40 | 194.00 | 130.00 | | | Preparation and transmittal of e-mail to counsel for ARTI re deposition of J. Ressler and telephone conference re same with P. Zahler of G. Dunne's office. |
| 18167799 | 03Mar08 | V. Genecin | 0.60 | 291.00 | 195.00 | | | Review of defendants supplemental discovery requests and initial preparation of responses to same. |
| 18167804 | 07Mar08 | V. Genecin | 1.40 | 679.00 | 455.00 | | | Further review of Third sets of discovery requests and preparation and transmittal of letter response to same. |
| 18142904 | 12Mar08 | R. L. Mattiaccio | 1.00 | 645.00 | 500.00 | | | Interview Cristiana Torre |
| 18167801 | 12Mar08 | V. Genecin | 0.80 | 388.00 | 260.00 | | | Meeting with C. Torre. |
| 18104001 | 12Mar08 | J. R. Parilla | 0.50 | 97.50 | 75.00 | | | Review plaintiffs response to defendants First set of interrogatories. |
| 18142905 | 13Mar08 | R. L. Mattiaccio | 1.00 | 645.00 | 500.00 | | | Review ▮▮▮ |
| 18167800 | 13Mar08 | V. Genecin | 0.60 | 291.00 | 195.00 | | | Meeting with C. Torre. |
| 18167806 | 18Mar08 | V. Genecin | 0.40 | 194.00 | 130.00 | | | Telephone conferences with J. Donohue and R. DeFelice concerning their visit to ARTI today, and data retrieved therefrom. |
| 18142903 | 19Mar08 | R. L. Mattiaccio | 1.00 | 645.00 | 500.00 | | | Review decision regarding M. Fontanesi deposition; e-mails to clients regarding ▮▮▮ e-mail exchanges with opposing counsel regarding same |
| 18142902 | 24Mar08 | R. L. Mattiaccio | 0.75 | 483.75 | 375.00 | | | Review ▮▮▮ for letter to magistrate |
| 18167805 | 24Mar08 | V. Genecin | 0.50 | 242.50 | 162.50 | | | Preparation and attention to service of Amended Response to Interrogatories. |
| 18167797 | 25Mar08 | V. Genecin | 2.60 | 1,261.00 | 845.00 | | | Initial preparation of letter to counsel re remaining deficiencies in discovery; initial preparation of letter to Magistrate Judge Dolinger re extension of discovery; preparation and circulation of e-mail to all counsel re same. |
| 18148301 | 26Mar08 | R. L. Mattiaccio | 0.50 | 322.50 | 250.00 | | | Preparation of letter to magistrate |

**Prebill Number:** 3532932
100743 - Fendi Adele S.r.L.
00005 - Ashley Reed

Single Matter Memorandum
Through 28Feb10

**Billing Atty:** Mattiaccio, Richard L. - (18023)
**Responsible Atty:** Mattiaccio, Richard L. - (18023)

## LEGAL SERVICES

| ID No. | Date | Name | Hours | Standard Fees ($) | Phase | Task | Activity | Billed Fees ($) | Description |
|---|---|---|---|---|---|---|---|---|---|
| 18167798 | 26Mar08 | V. Genecin | 2.80 | 1,358.00 | | | | 910.00 | Final preparation and attention to transmittal of letter to Magistrate Judge Dolinger re need for discovery extension with list of deficiencies |
| 18167749 | 27Mar08 | R. L. Mattiaccio | 0.75 | 483.75 | | | | 375.00 | Preparation for discovery conference |
| 18167796 | 27Mar08 | V. Genecin | 1.10 | 533.50 | | | | 357.50 | Attention to scheduling of conference per request of Magistrate Judge Dolinger's chambers and preparation for same (scheduled for Friday, March 28, 2008 at 1030 am.; attention to scheduling of M. Fontanesi deposition. |
| 18163247 | 27Mar08 | S. Skulnik | 0.75 | 393.75 | | | | 307.50 | Preparation for discovery conference; |
| 18167750 | 28Mar08 | R. L. Mattiaccio | 0.25 | 161.25 | | | | 125.00 | Confer with V. Genecin, S. Skulnik regarding ▮▮▮ prepare and send report to A. Fabbri ▮▮▮ and to M. Fontanesi regarding ▮▮▮ |
| 18167795 | 28Mar08 | V. Genecin | 1.70 | 824.50 | | | | 552.50 | Final preparation, travel to U. S. Courthouse, Southern District of New York, and representation of client at conference before Dolinger, MJ resulting in orders to defendants to produce documents and extension of discovery; return to office and meet with R. Mattiaccio and S. Skulnik ▮▮▮ |
| 18163246 | 28Mar08 | S. Skulnik | 1.50 | 787.50 | | | | 615.00 | Attend discovery conference and review issues regarding ▮▮▮ |
| 18181430 | 31Mar08 | R. L. Mattiaccio | 0.50 | 322.50 | | | | 250.00 | E-mail to A. Bana requesting ▮▮▮ |
| 18183895 | 31Mar08 | M. Rodriguez | 1.25 | 187.50 | | | | 162.50 | Review client documents for ▮▮▮ |
| 18202390 | 02Apr08 | R. L. Mattiaccio | 1.00 | 645.00 | | | | 500.00 | Revise letter to court regarding discovery, confidentiality ▮▮▮ |
| 18202389 | 04Apr08 | R. L. Mattiaccio | 1.50 | 967.50 | | | | 750.00 | Review ▮▮▮ |
| 18313932 | 15Apr08 | V. Genecin | 0.60 | 291.00 | | | | 195.00 | Attention to research re ▮▮▮ supervision of paralegal assignments. |
| 18234254 | 15Apr08 | J.R. Parilla | 0.75 | 146.25 | | | | 112.50 | Review Scott Ressler deposition transcript for ▮▮▮ |
| 18313933 | 16Apr08 | V. Genecin | 0.30 | 145.50 | | | | 97.50 | Attention to research re ▮▮▮ |

**Prebill Number:** 3532932
100743 - Fendi Adele S.r.L.
00005 - Ashley Reed

Single Matter Memorandum
Through 28Feb10

**Billing Atty:** Mattiaccio, Richard L. - (18023)
**Responsible Atty:** Mattiaccio, Richard L. - (18023)

## LEGAL SERVICES

| ID NO. | DATE | NAME | HOURS | STANDARD FEES ($) | BILLED FEES ($) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 18313934 | 16Apr08 | V. Genecin | 0.60 | 291.00 | 195.00 | | | | Preparation and attention to transmittal of responses and objections to defendant's interrogatories. |
| 18234253 | 16Apr08 | J.R. Parilla | 2.00 | 390.00 | 300.00 | | | | Review document production with VGenecin for ▇▇▇ Assist with preparation and service of response to defendants third set of interrogatories. |
| 18258662 | 21Apr08 | R.L. Mattiaccio | 1.75 | 1,128.75 | 875.00 | | | | Preparation for M. Fontanesi deposition including review ▇▇▇ |
| 18258665 | 22Apr08 | R.L. Mattiaccio | 1.25 | 806.25 | 625.00 | | | | Preparation for M. Fontanesi deposition including ▇▇▇ |
| 18258663 | 23Apr08 | R.L. Mattiaccio | 0.50 | 322.50 | 250.00 | | | | Preparation for C. Torre deposition |
| 18258664 | 23Apr08 | R.L. Mattiaccio | 1.00 | 645.00 | 500.00 | | | | Review e-mails from M. Fontanesi; prepare for M. Fontanesi deposition; review V. Genecin letter regarding ▇▇▇ |
| 18258666 | 24Apr08 | R.L. Mattiaccio | 1.00 | 645.00 | 500.00 | | | | Preparation for M. Fontanesi deposition |
| 18250969 | 24Apr08 | V. Genecin | 1.60 | 776.00 | 520.00 | | | | Review of ▇▇▇ |
| 18258667 | 25Apr08 | R.L. Mattiaccio | 1.25 | 806.25 | 625.00 | | | | Preparation for M. Fontanesi deposition in Rome |
| 18313928 | 25Apr08 | V. Genecin | 1.40 | 679.00 | 455.00 | | | | Preparation for Fontanesi deposition. |
| 18313935 | 26Apr08 | V. Genecin | 0.40 | 194.00 | 130.00 | | | | Document review for M. Fontanesi deposition. |
| 18313936 | 27Apr08 | V. Genecin | 0.70 | 339.50 | 227.50 | | | | Document review for M. Fontanesi deposition. |
| 18289048 | 29Apr08 | R.L. Mattiaccio | 1.75 | 1,128.75 | 875.00 | | | | Prepare for Fontanesi deposition in Rome |
| 18313937 | 29Apr08 | V. Genecin | 1.60 | 776.00 | 520.00 | | | | Preparation for M. Fontanesi deposition, including meeting with R. Mattiaccio re same. |
| 18289049 | 30Apr08 | R.L. Mattiaccio | 1.75 | 1,128.75 | 875.00 | | | | Review new interrogatory and document request re: Corradelli; e-mail to clients ▇▇▇ |
| 18289050 | 30Apr08 | R.L. Mattiaccio | 1.50 | 967.50 | 750.00 | | | | Preparation for M. Fontanesi deposition |
| 18313931 | 30Apr08 | V. Genecin | 2.00 | 970.00 | 650.00 | | | | Exchange of correspondence with D. Schoen, Esq. re deposition of J. Ressler and timing of motion for protective order; preparation for M. Fontanesi deposition. |
| 18283988 | 30Apr08 | J.R. Parilla | 1.75 | 341.25 | 262.50 | | | | Review Ashley Reed document production for ▇▇▇ |

**Prebill Number:** 3532932  
100743 - Fendi Adele S.r.L.  
00005 - Ashley Reed

Single Matter Memorandum  
Through 28Feb10

**Billing Atty:** Mattiaccio, Richard L. - (18023)  
**Responsible Atty:** Mattiaccio, Richard L. - (18023)

## LEGAL SERVICES

| ID No. | Date | Name | Hours | Standard Fees ($) | Billed Fees ($) | Phase | Task | Activity | Description |
|---|---|---|---|---|---|---|---|---|---|
| 18313929 | 01May08 | V. Genecin | 0.30 | 145.50 | 97.50 | | | | Telephone conference with J. Donohue and R. DeFellice re ▓ |
| 18407390 | 01May08 | V. Genecin | 1.40 | 679.00 | 455.00 | | | | Preparation for M. Fontanesi deposition. |
| 18329220 | 02May08 | R. L. Mattiaccio | 1.75 | 1,128.75 | 875.00 | | | | Prepare for Fontanesi deposition |
| 18407391 | 02May08 | V. Genecin | 1.30 | 630.50 | 422.50 | | | | Preparation for M. Fontanesi deposition. |
| 18329221 | 05May08 | R. L. Mattiaccio | 2.00 | 1,290.00 | 1,000.00 | | | | Travel to Rome for Fontanesi deposition: review defendant designated exhibits |
| 18407392 | 05May08 | V. Genecin | 1.20 | 582.00 | 390.00 | | | | Attention to ▓ |
| 18410872 | 05May08 | M. Rodriguez | 5.35 | 802.50 | 695.50 | | | | Reviewing Alberto Fabbri's responses concerning the ▓ |
| 18329224 | 06May08 | R. L. Mattiaccio | 2.00 | 1,290.00 | 1,000.00 | | | | Preparation for M. Fontanesi deposition including meeting with witness in Rome |
| 18407388 | 06May08 | V. Genecin | 1.10 | 533.50 | 357.50 | | | | Exchange of e-mails with R. Mattiaccio re ▓ further attention to issue of ▓ |
| 18329225 | 07May08 | R. L. Mattiaccio | 2.00 | 1,290.00 | 1,000.00 | | | | Preparation for M. Fontanesi deposition including meeting with witness in Rome |
| 18407385 | 07May08 | V. Genecin | 0.20 | 97.00 | 65.00 | | | | Telephone conference with R. Mattiaccio re ▓ |
| 18324994 | 07May08 | S. Skulnik | 0.50 | 262.50 | 205.00 | | | | Receipt and examination of Schoen Letter to Court requesting conference |
| 18329222 | 08May08 | R. L. Mattiaccio | 2.00 | 1,290.00 | 1,000.00 | | | | Preparation for and attendance at M. Fontanesi deposition |
| 18407387 | 08May08 | V. Genecin | 2.30 | 1,115.50 | 747.50 | | | | Travel to offices of counsel for BCF and representation of client at deposition of M. Fontanesi; receipt and review of letter from D. Schoen to Dolinger, MJ seeking postponement of deposition of J. Ressler and initial preparation of response to same; preparation and transmittal of e-mail to A. Fabbri re ▓ |
| 18329223 | 09May08 | R. L. Mattiaccio | 2.00 | 1,290.00 | 1,000.00 | | | | Travel following M. Fontanesi deposition in Rome |