**Prebill Number:** 3532932
100743 - Fendi Adele S.r.L.
00005 - Ashley Reed

Single Matter Memorandum
Through 28Feb10

Billing Atty:       Mattiaccio, Richard L. - (18023)
Responsible Atty:   Mattiaccio, Richard L. - (18023)

## LEGAL SERVICES

| ID NO. | DATE | NAME | HOURS | STANDARD FEES ($) | TASK | PHASE | BILLED FEES ($) | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 18407384 | 09May08 | V. Genecin | 1.40 | 679.00 | | | 455.00 | | Preparation of response to letter of counsel re postponement of deposition, and telephone conference with J. Rodgers re ■■■ |
| 18357986 | 09May08 | J. P. Rodgers | 4.00 | 1,660.00 | | | 1,660.00 | | Teleconference with V. Genecin regarding ■■■; additional teleconference with V. Genecin regarding ■■■; begin research on ■■■ |
| 18407383 | 10May08 | V. Genecin | 1.30 | 630.50 | | | 422.50 | | Preparation of response to letter from counsel to Dolinger, MJ seeking postponement of J. Ressler deposition. |
| 18357987 | 10May08 | J. P. Rodgers | 1.00 | 415.00 | | | 415.00 | | Continue researching issues relating to ■■■ |
| 18396779 | 11May08 | J. P. Rodgers | 4.50 | 1,867.50 | | | 1,867.50 | | Attention to drafting letter brief opposing application to further postpone the deposition of Ressler; review 2006 brief filed by Ressler requesting a stay and also review the court's Memorandum and Order; develop argument ■■■; also develop argument that ■■■ |
| 18334304 | 12May08 | R. L. Mattiaccio | 1.00 | 645.00 | | | 500.00 | | Preparation for C. Torre deposition; meet with C. Torre, V. Genecin regarding same; arrange for standby interpreter |
| 18334305 | 12May08 | R. L. Mattiaccio | 1.50 | 967.50 | | | 750.00 | | Review letter to court regarding Ressler deposition; discuss with V. Genecin |
| 18407382 | 12May08 | V. Genecin | 3.60 | 1,746.00 | | | 1,170.00 | | Preparation of letter to court responding to letter of counsel seeking postponement of J. Ressler deposition; meeting with C. Torre to prepare deposition. |
| 18346715 | 12May08 | S. Skulnik | 1.00 | 525.00 | | | 410.00 | | Work on letter re Ressler deposition |
| 18396778 | 12May08 | J. P. Rodgers | 4.50 | 1,867.50 | | | 1,867.50 | | Continued attention to letter in response to application to stay deposition of J. Ressler; teleconference with V. Genecin regarding ■■■; research case law regarding ■■■; develop paragraph in letter regarding ■■■; incorporate additional case law into the letter; review c■■■; additional teleconference with V. Genecin ■■■ |

**Prebill Number:** 3532932
100743 - Fendi Adele S.r.L.
00005 - Ashley Reed

Single Matter Memorandum
Through 28Feb10

**Billing Atty:** Mattiaccio, Richard L. - (18023)
**Responsible Atty:** Mattiaccio, Richard L. - (18023)

## LEGAL SERVICES

| ID No. | Date | Name | Hours | Standard Fees ($) | Billed Fees ($) | Task | Activity | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | regarding ▉▉▉▉ review ▉▉▉ also review ▉▉▉ |
| 18372349 | 12May08 | J. R. Parilla | 1.00 | 195.00 | 150.00 | | | Assist with preparation and delivery of letter to Judge Dolinger re: responding to defense counsel's application to postpone the J. Ressler deposition |
| 18354683 | 13May08 | R. L. Mattiaccio | 1.00 | 645.00 | 500.00 | | | Meeting with C. Torre, V. Genecin regarding ▉▉▉ |
| 18407381 | 13May08 | V. Genecin | 3.10 | 1,503.50 | 1,007.50 | | | Preparation for C. Torre deposition and meeting with Ms. Torre; receipt and initial review of reply letter of counsel to Dolinger, MJ in support of his application to postpone the Ressler deposition. |
| 18354682 | 14May08 | R. L. Mattiaccio | 1.50 | 967.50 | 750.00 | | | Review outstanding discovery requests for status report to magistrate |
| 18354686 | 14May08 | R. L. Mattiaccio | 0.50 | 322.50 | 250.00 | | | Attend Torre deposition and post-deposition meeting with C. Torre, V. Genecin |
| 18407386 | 14May08 | V. Genecin | 4.30 | 2,085.50 | 1,397.50 | | | Final preparation and representation of client in deposition of C. Torre; review of letter from counsel to Dolinger, MJ, replying to our opposition to his application for postponement of J. Ressler deposition and discussion of ▉▉▉ same with J. Rodgers; receipt and review of legal research from same; receipt and review of Order of Dolinger, MJ denying defendant's application for postponement of deposition; preparation and transmittal of e-mail to counsel requesting dates for deposition; telephone conference with J. Rodgers to discuss ▉▉▉ further preparation of letter to Dolinger, MJ re status of compliance with discovery. |
| 18347981 | 14May08 | S. Skulnik | 1.00 | 525.00 | 410.00 | | | Work on letter to Dolinger re defendants' compliance with discovery |
| 18361439 | 14May08 | J. P. Rodgers | 1.75 | 726.25 | 726.25 | | | Review response letter from Ressler's counsel regarding deposition pending criminal trial in Georgia; review ▉▉▉ provide comments to V. Genecin; teleconference with V. Genecin regarding ▉▉▉ begin preliminary research of |

**Prebill Number:** 3532932
100743 - Fendi Adele S.r.L.
00005 - Ashley Reed

Single Matter Memorandum
Through 28Feb10

**Billing Atty:** Mattiaccio, Richard L. - (18023)
**Responsible Atty:** Mattiaccio, Richard L. - (18023)

## LEGAL SERVICES

| ID No. | Date | Name | Hours | Standard Fees ($) | Billed Fees ($) | Task | Phase | Activity | Description |
|---|---|---|---|---|---|---|---|---|---|
| 18354685 | 15May08 | R. L. Mattiaccio | 0.50 | 322.50 | 250.00 | | | | Confer with V. Genecin regarding discovery letter; review and comment on same |
| 18407389 | 15May08 | V. Genecin | 2.70 | 1,309.50 | 877.50 | | | | Final preparation and attention to transmittal of letter to Dolinger, MJ re status of discovery; preparation for Ressler deposition |
| 18351903 | 15May08 | S. Skulnik | 0.50 | 262.50 | 205.00 | | | | Confer with V. Genecin regarding ▮ |
| 18361441 | 15May08 | J. P. Rodgers | 1.50 | 622.50 | 622.50 | | | | Continue researching ▮ into a memorandum of law to V. Genecin. |
| 18354684 | 16May08 | R. L. Mattiaccio | 1.25 | 806.25 | 625.00 | | | | Review ▮ provided by Italian counsel |
| 18407396 | 16May08 | V. Genecin | 3.10 | 1,503.50 | 1,007.50 | | | | Attention to arrangements for scheduling of conference before Dolinger, MJ.; receipt and review of application for reconsideration by counsel for J. Ressler; receipt and review of Endorsed Order by Dolinger, MJ denying application; further preparation for James Ressler deposition. |
| 18361440 | 18May08 | J. P. Rodgers | 2.50 | 1,037.50 | 1,037.50 | | | | Continue researching ▮ also begin researching ▮ |
| 18396781 | 19May08 | J. P. Rodgers | 1.50 | 622.50 | 622.50 | | | | Continue drafting memorandum for V. Genecin regarding ▮ also research ▮ update V. Genecin. |
| 18396780 | 20May08 | J. P. Rodgers | 3.00 | 1,245.00 | 1,245.00 | | | | Revise memorandum on ▮ review ▮ |
| 18403044 | 21May08 | J. P. Rodgers | 6.50 | 2,697.50 | 2,697.50 | | | | Continued attention to memorandum regarding ▮ compile ▮ and forward to V. Genecin; review endorsed Order from Judge Dollinger regarding Ressler's counsel's motion for reconsideration; review ▮ begin |

**Prebill Number:** 3532932
100743 - Fendi Adele S.r.L.
00005 - Ashley Reed

Single Matter Memorandum
Through 28Feb10

**Billing Atty:** Mattiaccio, Richard L. - (18023)
**Responsible Atty:** Mattiaccio, Richard L. - (18023)

### LEGAL SERVICES

| ID No. | Date | Name | Hours | Standard Fees ($) | Phase | Task | Activity | Billed Fees ($) | Description |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | reviewing ▓▓▓ |
| 18407393 | 22May08 | V. Genecin | 4.40 | 2,134.00 | | | | 1,430.00 | Preparation for Ressler deposition. |
| 18400790 | 22May08 | J. P. Rodgers | 4.00 | 1,660.00 | | | | 1,660.00 | Attention to/continuing to review ▓▓▓ |
| 18380675 | 23May08 | R. L. Mattiaccio | 0.50 | 322.50 | | | | 250.00 | Review M. Fontanesi deposition transcript |
| 18407397 | 23May08 | V. Genecin | 4.40 | 2,134.00 | | | | 1,430.00 | Preparation and representation of client at conference before Dolinger, MJ resulting in extension of discovery; preparation for J. Ressler deposition. |
| 18400792 | 23May08 | J. P. Rodgers | 1.50 | 622.50 | | | | 622.50 | Begin reviewing ▓▓▓ and preparing questions for J. Ressler's deposition. |
| 18400791 | 25May08 | J. P. Rodgers | 2.00 | 830.00 | | | | 830.00 | Continue reviewing ▓▓▓ in preparation for deposition of J. Ressler. |
| 18407395 | 26May08 | V. Genecin | 1.80 | 873.00 | | | | 585.00 | Preparation for J. Ressler deposition. |
| 18400793 | 26May08 | J. P. Rodgers | 3.50 | 1,452.50 | | | | 1,452.50 | Review remainder of ▓▓▓ and draft questions for deposition of J. Ressler. |
| 18407394 | 27May08 | V. Genecin | 4.40 | 2,134.00 | | | | 1,430.00 | Preparation for J. Ressler deposition; receipt and review of further application to Dolinger, MJ by counsel for Ressler and receipt and review of Endorsed Order denying same; telephone conference with J.Donohue and R. DeFelice. |
| 18400789 | 27May08 | J. P. Rodgers | 5.75 | 2,386.25 | | | | 2,386.25 | Continued attention to J. Ressler deposition outline; attention to ▓▓▓ teleconference with V. Genecin regarding ▓▓▓ |
| 18394182 | 27May08 | J. R. Parilla | 2.00 | 390.00 | | | | 300.00 | Review Loehmann's document production and send to S.Buergel of Paul Weiss all references to Ashley Reed for authorization to produce. |
| 18407399 | 28May08 | V. Genecin | 7.10 | 3,443.50 | | | | 2,307.50 | Receipt and review of Objections filed by counsel for J. Ressler; preparation for James Ressler deposition. |
| 18417229 | 28May08 | J. P. Rodgers | 2.50 | 1,037.50 | | | | 1,037.50 | Teleconference with V. Genecin regarding ▓▓▓; revise accordingly; incorporate ▓▓▓ |

**Prebill Number:** 3532932
100743 - Fendi Adele S.r.L.
00005 - Ashley Reed

Single Matter Memorandum
Through 28Feb10

**Billing Atty:** Mattiaccio, Richard L. - (18023)
**Responsible Atty:** Mattiaccio, Richard L. - (18023)

## LEGAL SERVICES

| ID No. | Date | Name | Hours | Standard Fees ($) | Task Phase | Billed Fees ($) | Activity | Description |
|---|---|---|---|---|---|---|---|---|
| 18394183 | 28May08 | J. R. Parilla | 3.00 | 585.00 | | 450.00 | | Finalize subpoenas duces tecum and ad testificandum for Saks Inc. Attempt to serve same upon Sunny Park, In House counsel. |
| 18416222 | 29May08 | R. L. Mattiaccio | 0.50 | 322.50 | | 250.00 | | Confer with V. Genecin before and after James Ressler deposition regarding same; briefly attend part of deposition |
| 18407398 | 29May08 | V. Genecin | 8.60 | 4,171.00 | | 2,795.00 | | Final preparation and taking of deposition of James Ressler. |
| 18417230 | 29May08 | J. P. Rodgers | 0.50 | 207.50 | | 207.50 | | Begin reviewing Ressler's objections to Magistrate's Order that the deposition should go forward. |
| 18416214 | 29May08 | J. R. Parilla | 4.50 | 877.50 | | 675.00 | | Assist with preparation of deposition of James Ressler. Serve subpoena upon Sunny Park Saks Incorporated, in House counsel. |
| 18404565 | 29May08 | M. Rodriguez | 2.25 | 337.50 | | 292.50 | | Locating and making copies of exhibits for use in the Scott Ressler deposition |
| 18416223 | 30May08 | R. L. Mattiaccio | 1.00 | 645.00 | | 500.00 | | Review M. Fontanesi errata sheet |
| 18416233 | 30May08 | V. Genecin | 1.90 | 921.50 | | 617.50 | | Telephone conferences with A. Fabbri and M. Fontanesi re ▇▇▇ preparation and attention to arrangements for service of Responses and Objections ▇▇▇ intraoffice conference with R. Mattiaccio re ▇▇▇; attention to review of proposed Scheduling Order. |
| 18416213 | 30May08 | J. R. Parilla | 1.25 | 243.75 | | 187.50 | | Prepare and serve Notice of issuance of subpoenas for Saks Incorporated upon all counsel of record. Scan and profile deposition exhibits for James Ressler. |
| 18416216 | 30May08 | M. Rodriguez | 5.35 | 802.50 | | 695.50 | | Sending A. Fabbri ▇▇▇ Working on ▇▇▇ Updating Fendi Calendar dates with J. Parilla on Outlook calendar. |
| 18440942 | 02Jun08 | R. L. Mattiaccio | 1.00 | 645.00 | | 500.00 | | Review M. Fontanesi's corrections to transcript; prepare errata sheet in proper format |
| 18440943 | 02Jun08 | R. L. Mattiaccio | 0.25 | 161.25 | | 125.00 | | Telephone conference with J. Donohue ▇▇▇ |

**Prebill Number: 3532932**
100743 - Fendi Adele S.r.L.
00005 - Ashley Reed

Single Matter Memorandum
Through 28Feb10

Billing Atty:      Mattiaccio, Richard L. - (18023)
Responsible Atty:  Mattiaccio, Richard L. - (18023)

## LEGAL SERVICES

| ID No. | Date | Name | Hours | Standard Fees ($) | Task Phase | Billed Fees ($) | Activity | Description |
|---|---|---|---|---|---|---|---|---|
| 18526881 | 02Jun08 | V. Genecin | 1.40 | 679.00 | | 455.00 | | Receipt and review of letter from counsel for James Ressler re protective order; receipt and review of Judge Dolinger's endorsed order; review of ▓ |
| 18440941 | 03Jun08 | R. L. Mattiaccio | 1.00 | 645.00 | | 500.00 | | Prepare e-mail to M. Fontanesi regarding ▓ |
| 18526880 | 03Jun08 | V. Genecin | 1.60 | 776.00 | | 520.00 | | Receipt and review of e-mail from A. Fabbri re ▓ |
| 18440944 | 04Jun08 | R. L. Mattiaccio | 0.75 | 483.75 | | 375.00 | | Prepare ▓ o clients; follow up on subpoena to Saks |
| 18526882 | 04Jun08 | V. Genecin | 1.30 | 630.50 | | 422.50 | | Exchange of e-mails with counsel re deposition of Scott Ressler; and further exchanges to provide to counsel the electronic files provided by S. Ressler to J. Donohue; further exchange re counsel's refusal to produce S. Ressler. |
| 18440946 | 05Jun08 | R. L. Mattiaccio | 2.50 | 1,612.50 | | 1,250.00 | | Preparation for Saks discovery; confer with V. Genecin, J. Donohue regarding same; send e-mail to in-house counsel for Saks regarding G. Dunne objections to Saks subpoena |
| 18526883 | 05Jun08 | V. Genecin | 3.10 | 1,503.50 | | 1,007.50 | | Receipt and review of letter to Dolinger, MJ by counsel for ARTI protesting our subpoena to SAKS; preparation of letter to counsel for SAKS re same; further exchange of e-mails with counsel re deposition of S. Ressler. |
| 18437129 | 05Jun08 | J. R. Parilla | 1.50 | 292.50 | | 225.00 | | Review deposition transcript of James Ressler. Prepare letter to D. Schoen for his clients review of transcript. Upload transcript to real-legal binder. Review recent production received from Ashley Reed. Update document index and files. |
| 18440945 | 06Jun08 | R. L. Mattiaccio | 1.50 | 967.50 | | 750.00 | | Preparation for Saks discovery |
| 18526884 | 06Jun08 | V. Genecin | 3.30 | 1,600.50 | | 1,072.50 | | Receipt and review of e-mails from in-house counsel for Saks; telephone conference with C. Carbone, Esq., outside counsel for Saks, preparation and transmittal of letter to Dolinger, MJ re objections of counsel for ARTI and receipt and review of endorsed order rejecting those objections. |
| 18526890 | 10Jun08 | V. Genecin | 0.60 | 291.00 | | 195.00 | | Receipt and study of ▓ |
| 18486812 | 12Jun08 | R. L. Mattiaccio | 0.50 | 322.50 | | 250.00 | | Telephone conference with J. Donohue, V. Genecin |

Prebill Number: 3532932
100743 - Fendi Adele S.r.L.
00005 - Ashley Reed

Single Matter Memorandum
Through 28Feb10

Billing Atty:         Mattiaccio, Richard L. - (18023)
Responsible Atty:     Mattiaccio, Richard L. - (18023)

## LEGAL SERVICES

| ID No. | Date | Name | Hours | Standard Fees ($) | Billed Fees ($) | Phase | Task | Activity | Description |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | regarding ▬ |
| 18455170 | 12Jun08 | J. R. Parilla | 0.75 | 146.25 | 112.50 | | | | Draft and serve acknowledgment of confidentiality order for Christian Carbone (Attorney for Saks). |
| 18526878 | 13Jun08 | V. Genecin | 0.60 | 291.00 | 195.00 | | | | Initial preparation of letter to Dolinger, MJ reporting on status of discovery. |
| 18486810 | 16Jun08 | R. L. Mattiaccio | 1.00 | 645.00 | 500.00 | | | | Review C. Torre deposition transcript; prepare draft errata sheet and send same to witness with instructions; revise discovery status report letter to Magistrate Judge |
| 18526877 | 16Jun08 | V. Genecin | 0.60 | 291.00 | 195.00 | | | | Final preparation and attention to transmittal of letter to Dolinger, MJ reporting on remaining discovery needed. |
| 18486811 | 17Jun08 | R. L. Mattiaccio | 1.00 | 645.00 | 500.00 | | | | Review ▬ to respond to A. Reed request for additional documents |
| 18526874 | 17Jun08 | V. Genecin | 2.60 | 1,261.00 | 845.00 | | | | Receipt and review of letter from counsel to Dolinger, MJ responding to ours of June 16, 2008; supervision of document searches; and preparation of response to letter. |
| 18486808 | 18Jun08 | R. L. Mattiaccio | 1.50 | 967.50 | 750.00 | | | | Review of ▬ to supplement document production in redacted form; instruct J. Parilla regarding completion of project |
| 18526885 | 18Jun08 | V. Genecin | 3.20 | 1,552.00 | 1,040.00 | | | | Review of S. Ressler deposition; further preparation of letter to Dolinger, MJ and attention to document searches for same. |
| 18467844 | 18Jun08 | J. R. Parilla | 6.80 | 1,326.00 | 1,020.00 | | | | Review ▬ in response to Ashley Reed 6/17/08 letter to Judge Dolinger. |
| 18486809 | 19Jun08 | R. L. Mattiaccio | 1.25 | 806.25 | 625.00 | | | | Revise letter to magistrate judge regarding discovery; work on supplemental document production |
| 18526875 | 19Jun08 | V. Genecin | 2.40 | 1,164.00 | 780.00 | | | | Further preparation of letter to Dolinger, MJ; review of |
| 18478619 | 19Jun08 | S. Skulnik | 0.25 | 131.25 | 102.50 | | | | Review and comment on Letter to Dolinger replying to counsel's answers to our letter of 6/16/08 |
| 18471204 | 19Jun08 | J. R. Parilla | 6.12 | 1,193.40 | 918.00 | | | | Review ▬ in response to Ashley Reed 6/17/08 letter to Judge Dolinger. Prepare document production |
| 18526876 | 20Jun08 | V. Genecin | 2.50 | 1,212.50 | 812.50 | | | | Further review of Italian documents; final revision and attention to transmittal of letter to Dolinger, MJ replying to |

3/17/2010 4:53:28 PM                                   For Internal Use Only                                   Page 23

**Prebill Number:** 3532932
100743 - Fendi Adele S.r.L.
00005 - Ashley Reed

Single Matter Memorandum
Through 28Feb10

**Billing Atty:** Mattiaccio, Richard L. - (18023)
**Responsible Atty:** Mattiaccio, Richard L. - (18023)

### LEGAL SERVICES

| ID No. | Date | Name | Hours | Standard Fees ($) | Billed Fees ($) | Task | Activity | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | responses of defendants to our letter of June 16, 2008; receipt and review of further letter from counsel to the Court; receipt and review of Endorsed Order directing S. Ressler to be deposed and directing Fendi to produce documents. |
| 18502956 | 20Jun08 | S. Skulnik | 0.25 | 131.25 | 102.50 | | | Further work on Letter to Dolinger replying to counsel's answers to our letter of 6/16/08 |
| 18526888 | 22Jun08 | V. Genecin | 0.70 | 339.50 | 227.50 | | | Preparation for deposition of Michael Walcoff of Saks Off Fifth. (1/2 of time to ARTI; 1/2 to Anticounterfeiting). |
| 18526891 | 23Jun08 | V. Genecin | 1.90 | 921.50 | 617.50 | | | Preparation for deposition of Michael Walcoff of Saks Off Fifth. (1/2 of time to ARTI; 1/2 to Anticounterfeiting); attention to arrangements for S. Ressler deposition. |
| 18478615 | 23Jun08 | J. R. Parilla | 5.70 | 1,111.50 | 855.00 | | | Review Saks document production and assist with preparation for deposition. |
| 18486807 | 24Jun08 | R. L. Mattiaccio | 0.75 | 483.75 | 375.00 | | | Prepare for Saks deposition; confer with V. Genecin regarding same |
| 18526893 | 24Jun08 | V. Genecin | 2.10 | 1,018.50 | 682.50 | | | Preparation for deposition of Michael Walcoff of Saks Off Fifth. (1/2 of time to ARTI; 1/2 to Anticounterfeiting). |
| 18483974 | 24Jun08 | J. R. Parilla | 2.50 | 487.50 | 375.00 | | | Review Saks document production and assist with preparation for deposition. |
| 18526892 | 25Jun08 | V. Genecin | 4.70 | 2,279.50 | 1,527.50 | | | Final preparation and taking of deposition of Michael Walcoff of Saks Off Fifth. (1/2 of time to ARTI; 1/2 to Anticounterfeiting); preparation for S. Ressler deposition. |
| 18486782 | 25Jun08 | J. R. Parilla | 1.00 | 195.00 | 150.00 | | | Assist with |
| 18528808 | 25Jun08 | M. Rodriguez | 1.25 | 187.50 | 162.50 | | | Making multiple copies of documents for V. Genecin for use during the Deposition of Michael Walcoff, Saks Incorporated |
| 18526825 | 26Jun08 | R. L. Mattiaccio | 1.50 | 967.50 | 750.00 | | | Final review of Italian documents for production |
| 18526886 | 26Jun08 | V. Genecin | 4.90 | 2,376.50 | 1,592.50 | | | Meeting with R. Mattiaccio and J. Parilla re preparation for S. Ressler deposition. |
| 18507990 | 26Jun08 | J. R. Parilla | 1.00 | 195.00 | 150.00 | | | Meet with R. Mattiaccio and V. Genecin to discuss |
| 18528807 | 26Jun08 | M. Rodriguez | 1.00 | 150.00 | 130.00 | | | Creating the Notice of Video Deposition of Scott Ressler. Sending notice to all counsel via email. Arranging for a court reporter to be present and reserving a room for the deposition |

Page 24

Prebill Number: 3532932
100743 - Fendi Adele S.r.L.
00005 - Ashley Reed

Single Matter Memorandum
Through 28Feb10

Billing Atty:       Mattiaccio, Richard L. - (18023)
Responsible Atty:   Mattiaccio, Richard L. - (18023)

## LEGAL SERVICES

| ID NO. | DATE | NAME | HOURS | STANDARD FEES ($) | BILLED FEES ($) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 18526894 | 27Jun08 | V. Genecin | 1.70 | 824.50 | 552.50 | | | | Preparation for S. Ressler deposition. |
| 18507989 | 27Jun08 | J.R. Parilla | 5.50 | 1,072.50 | 825.00 | | | | Review and finalize supplemental document production. Review deposition exhibits for most recent depositions and prepare CD for all counsel with copies of same. |
| 18526887 | 29Jun08 | V. Genecin | 2.70 | 1,309.50 | 877.50 | | | | Preparation for S. Ressler deposition. |
| 18526826 | 30Jun08 | R. L. Mattiaccio | 0.75 | 483.75 | 375.00 | | | | Confer with V. Genecin regarding ▮▮▮ |
| 18526889 | 30Jun08 | V. Genecin | 3.70 | 1,794.50 | 1,202.50 | | | | Preparation for S. Ressler deposition. |
| 18513870 | 30Jun08 | J.R. Parilla | 0.75 | 146.25 | 112.50 | | | | Assist with preparation of continued deposition of Scott Ressler. |
| 18517448 | 30Jun08 | M. Rodriguez | 3.25 | 487.50 | 422.50 | | | | Prep for the deposition of Scott Ressler with V. Genecin. |
| 18557855 | 01Jul08 | R. L. Mattiaccio | 5.00 | 3,225.00 | 2,500.00 | | | | Attend Scott Ressler deposition; post-deposition conference with V. Genecin regarding ▮▮▮ |
| 18629967 | 01Jul08 | V. Genecin | 7.20 | 3,492.00 | 2,340.00 | | | | Final preparation and taking of deposition of S. Ressler. |
| 18522714 | 01Jul08 | J.R. Parilla | 1.10 | 214.50 | 165.00 | | | | Assist with preparation of Deposition of Scott Ressler. |
| 18646508 | 01Jul08 | M. Rodriguez | 1.00 | 150.00 | 130.00 | | | | Assist with the deposition of Scott Ressler. |
| 18646510 | 02Jul08 | M. Rodriguez | 1.00 | 150.00 | 130.00 | | | | Searching ▮▮▮ Assignment done for R. Mattiaccio. |
| 18629968 | 03Jul08 | V. Genecin | 2.00 | 970.00 | 650.00 | | | | Legal research and conference with J. Rodgers re ▮▮▮ |
| 18557854 | 07Jul08 | R. L. Mattiaccio | 0.25 | 161.25 | 125.00 | | | | Confer with V. Genecin ▮▮▮ |
| 18629964 | 07Jul08 | V. Genecin | 1.10 | 533.50 | 357.50 | | | | Telephone conference with office of A. Cannatella; efforts to reach B. Lendener and telephone conference with same; preparation and attention to transmittal of letter to counsel per Order of Dolinger MJ providing address of B. Lendener. |
| 18629966 | 09Jul08 | V. Genecin | 1.40 | 679.00 | 455.00 | | | | Research and study of case law ▮▮▮ |
| 18629965 | 10Jul08 | V. Genecin | 0.30 | 145.50 | 97.50 | | | | Preparation of letter to Court re parties' compliance with orders of June 20, 2008. |
| 18582347 | 14Jul08 | R. L. Mattiaccio | 0.25 | 161.25 | 125.00 | | | | Review and revise letter to magistrate |

**Prebill Number:** 3532932
100743 - Fendi Adele S.r.L.
00005 - Ashley Reed

Single Matter Memorandum
Through 28Feb10

**Billing Atty:** Mattiaccio, Richard L. - (18023)
**Responsible Atty:** Mattiaccio, Richard L. - (18023)

## LEGAL SERVICES

| ID No. | Date | Name | Hours | Standard Fees ($) | Phase | Task | Activity | Billed Fees ($) | Description |
|---|---|---|---|---|---|---|---|---|---|
| 18629962 | 14Jul08 | V. Genecin | 0.20 | 97.00 | | | | 65.00 | Final preparation and attention to transmittal of letter to Court re status of discovery. |
| 18580463 | 14Jul08 | S. Skulnik | 0.25 | 131.25 | | | | 102.50 | Revise letter to Magistrate |
| 18582346 | 17Jul08 | R.L. Mattiaccio | 0.25 | 161.25 | | | | 125.00 | Report to A. Fabbri |
| 18629963 | 22Jul08 | V. Genecin | 1.20 | 582.00 | | | | 390.00 | Review of reports and preparation and transmittal of e-mail with queries to A. Fabbri. |
| 18629969 | 28Jul08 | V. Genecin | 2.10 | 1,018.50 | | | | 682.50 | Receipt and review of letter from counsel to court re expert witnesses; research re ▓▓▓▓ study of ▓▓▓▓ to respond to query from A. Fabbri re same. |
| 18629900 | 29Jul08 | R.L. Mattiaccio | 0.25 | 161.25 | | | | 125.00 | Confer with V. Genecin and review correspondence with court regarding scheduling of expert discovery, dispositive motions |
| 18613385 | 29Jul08 | J.R. Parilla | 1.50 | 292.50 | | | | 225.00 | Reorganize client files. |
| 18680026 | 01Aug08 | R.L. Mattiaccio | 1.25 | 806.25 | | | | 625.00 | Review ▓▓▓▓ and to prepare for contention interrogatories responses |
| 18669108 | 01Aug08 | S. Skulnik | 1.00 | 525.00 | | | | 410.00 | Review ▓▓▓▓ for contention interrogatories responses |
| 18680027 | 05Aug08 | R.L. Mattiaccio | 1.00 | 645.00 | | | | 500.00 | Revise interrogatory answers |
| 18680028 | 06Aug08 | R.L. Mattiaccio | 1.00 | 645.00 | | | | 500.00 | Confer with V. Genecin regarding ▓▓▓▓ review |
| 18691923 | 06Aug08 | S. Skulnik | 0.50 | 262.50 | | | | 205.00 | Confer with Genecin regarding ▓▓▓▓ |
| 18680024 | 07Aug08 | R.L. Mattiaccio | 1.00 | 645.00 | | | | 500.00 | Preparation for expert discovery |
| 18691922 | 07Aug08 | S. Skulnik | 1.50 | 787.50 | | | | 615.00 | Prep for expert discovery |
| 18700287 | 07Aug08 | J.R. Parilla | 2.00 | 390.00 | | | | 300.00 | Communication with Annie Sez counsel regarding return of counterfeit goods. Draft letter to Annie Sez counsel regarding same. |
| 18700286 | 08Aug08 | J.R. Parilla | 4.00 | 780.00 | | | | 600.00 | Communication with Annie Sez counsel regarding return of counterfeit goods. Update and revise client trust account balance sheet, pay outstanding invoices. |
| 18680025 | 11Aug08 | R.L. Mattiaccio | 1.00 | 645.00 | | | | 500.00 | Review ▓▓▓▓ |
| 18680029 | 12Aug08 | R.L. Mattiaccio | 0.40 | 258.00 | | | | 200.00 | Confer with J. Donohue regarding expert discovery and prepare for same |

**Prebill Number: 3532932**
100743 - Fendi Adele S.r.L.
00005 - Ashley Reed

Single Matter Memorandum
Through 28Feb10

Billing Atty:        Mattiaccio, Richard L. - (18023)
Responsible Atty:    Mattiaccio, Richard L. - (18023)

### LEGAL SERVICES

| ID No. | DATE | NAME | HOURS | STANDARD FEES ($) | TASK | PHASE | ACTIVITY | BILLED FEES ($) | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 18692613 | 12Aug08 | J. R. Parilla | 1.00 | 195.00 | | | | 150.00 | Review deposition transcripts of J.Ressler and M.Wolkoff. Prepare letter to opposing counsel with instructions for witness to review transcripts. |
| 18695651 | 13Aug08 | R. L. Mattiaccio | 0.50 | 322.50 | | | | 250.00 | Prepare for and meet with J. Donohue regarding ▓▓▓ |
| 18696207 | 13Aug08 | V. Genecin | 0.30 | 145.50 | | | | 97.50 | Meeting with J. Donohue and R. DeFelice with R. Mattiaccio and S. Skulnik. |
| 18691924 | 13Aug08 | S. Skulnik | 0.50 | 262.50 | | | | 205.00 | Prepare for and meet with J. Donohue regarding ▓▓▓ |
| 18696208 | 14Aug08 | V. Genecin | 0.30 | 145.50 | | | | 97.50 | Preparation of letter to all counsel re expert discovery issues. |
| 18696209 | 15Aug08 | V. Genecin | 0.20 | 97.00 | | | | 65.00 | Final preparation of letter to all counsel re expert discovery issues and attention to transmittal of same |
| 18696182 | 15Aug08 | J. R. Parilla | 1.25 | 243.75 | | | | 187.50 | Review ▓▓▓ send same to CRA for expert damages report along with ▓▓▓ |
| 18748096 | 21Aug08 | M. Rodriguez | 0.25 | 37.50 | | | | 32.50 | Creating redweld file labels for the deposition transcripts of Michael Walkoff and Scott Ressler. |
| 18783376 | 02Sep08 | R. L. Mattiaccio | 0.25 | 161.25 | | | | 125.00 | Confer with V. Genecin regarding ▓▓▓ |
| 18864835 | 02Sep08 | V. Genecin | 1.80 | 873.00 | | | | 585.00 | Telephone conference with chambers and preparation and transmittal of e-mail to all counsel re scheduling of telephone conference with Dolinger, MJ concerning expert testimony issue; receipt of responses and further telephone conference with chambers to schedule same and preparation and transmission of e-mail to all counsel confirming date and time; telephone conference with J. Rodgers; ▓▓▓ |
| 18864836 | 03Sep08 | V. Genecin | 0.40 | 194.00 | | | | 130.00 | Preparation for conference call with Dolinger, MJ scheduled for September 4, 2008. |
| 18783374 | 04Sep08 | R. L. Mattiaccio | 0.50 | 322.50 | | | | 250.00 | Confer with V. Genecin regarding ▓▓▓ confer with V. Genecin regarding ▓▓▓ |
| 18864831 | 04Sep08 | V. Genecin | 0.30 | 145.50 | | | | 97.50 | Conference call with Dolinger, MJ and all counsel resulting in revision of schedule re expert discovery; attention to revision of dockets and notification of expert re same. |

3/17/2010 4:53:28 PM                            For Internal Use Only                             Page 27

**Prebill Number:** 3532932  
100743 - Fendi Adele S.r.L.  
00005 - Ashley Reed  

Single Matter Memorandum  
Through 28Feb10  

**Billing Atty:** Mattiaccio, Richard L. - (18023)  
**Responsible Atty:** Mattiaccio, Richard L. - (18023)  

## LEGAL SERVICES

| ID No. | Date | Name | Hours | Standard Fees ($) | Billed Fees ($) | Task | Phase | Activity | Description |
|---|---|---|---|---|---|---|---|---|---|
| 18783375 | 05Sep08 | R. L. Mattiaccio | 0.25 | 161.25 | 125.00 | | | | meeting with Donohue regarding ▮ |
| 18864832 | 09Sep08 | V. Genecin | 2.10 | 1,018.50 | 682.50 | | | | Review of interrogatory and admission responses of ARTI and S. Ressler; telephone conference with J. Donohue, review of ▮ with J. Donohue, R. DeFelice and S. Skulnik; preparation and transmittal of letter to counsel re expert discovery; . |
| 18793559 | 09Sep08 | S. Skulnik | 0.60 | 315.00 | 246.00 | | | | Conference call with Donohue re ▮ |
| 18783373 | 10Sep08 | R. L. Mattiaccio | 0.50 | 322.50 | 250.00 | | | | Confer with J. Donohue regarding ▮ confer with V. Genecin re: ▮ |
| 18864833 | 10Sep08 | V. Genecin | 0.70 | 339.50 | 227.50 | | | | conference call to review ▮ |
| 18793782 | 10Sep08 | S. Skulnik | 0.75 | 393.75 | 307.50 | | | | Conference call with Donohue ▮ |
| 18812853 | 12Sep08 | R. L. Mattiaccio | 0.25 | 161.25 | 125.00 | | | | Telephone conference with J. Donohue regarding ▮ |
| 18864834 | 12Sep08 | V. Genecin | 0.50 | 242.50 | 162.50 | | | | Conference call with J. Donohue, R. DeFelice. |
| 18793781 | 12Sep08 | S. Skulnik | 0.50 | 262.50 | 205.00 | | | | Conference call with Donohue ▮ |
| 18812852 | 15Sep08 | R. L. Mattiaccio | 0.50 | 322.50 | 250.00 | | | | Review ▮ and discuss same with Genecin, Skulnik; e-mail to client ▮ |
| 18800847 | 15Sep08 | S. Skulnik | 0.50 | 262.50 | 205.00 | | | | Review ▮ and discuss same with Mattiaccio, Genecin. |
| 18812851 | 16Sep08 | R. L. Mattiaccio | 0.25 | 161.25 | 125.00 | | | | Review and comment on ▮ |
| 18864830 | 16Sep08 | V. Genecin | 2.20 | 1,067.00 | 715.00 | | | | Review of ▮ discussion of same with S. Skulnik, conference calls ▮ with J. Donohue and R. DeFelice. |
| 18800848 | 16Sep08 | S. Skulnik | 0.75 | 393.75 | 307.50 | | | | Review and comment on ▮ |
| 18809780 | 16Sep08 | J. R. Parilla | 1.00 | 195.00 | 150.00 | | | | Review and organize trust account disbursement sheet. |
| 18812854 | 17Sep08 | R. L. Mattiaccio | 1.25 | 806.25 | 625.00 | | | | Telephone call with Donohue regarding ▮ review Stratford report; e-mail to client regarding review and revise letter to opposing counsel regarding same ▮ |
| 18864828 | 17Sep08 | V. Genecin | 4.10 | 1,988.50 | 1,332.50 | | | | Final review and approval of expert report; attention to arrangements for service of same.; receipt and initial review of report of M. Stratford, background research re same; preparation of letter objecting to expert report. |

**Prebill Number:** 3532932
100743 - Fendi Adele S.r.L.
00005 - Ashley Reed

Single Matter Memorandum
Through 28Feb10

**Billing Atty:** Mattiaccio, Richard L. - (18023)
**Responsible Atty:** Mattiaccio, Richard L. - (18023)

## LEGAL SERVICES

| ID No. | Date | Name | Hours | Standard Fees ($) | Billed Fees ($) | Phase | Task | Activity | Description |
|---|---|---|---|---|---|---|---|---|---|
| 18810656 | 17Sep08 | S. Skulnik | 0.75 | 393.75 | 307.50 | | | | Telephone call with Donohue regarding ▮ review Stratford report |
| 18810657 | 17Sep08 | S. Skulnik | 0.75 | 393.75 | 307.50 | | | | Review and revise letter to G. Dunne re Expert Report of Mark Stratford |
| 18809778 | 17Sep08 | J.R. Parilla | 2.00 | 390.00 | 300.00 | | | | Review status of Fendi/Consolidated Cases attorney trust account. Update spreadsheet and obtain proforma invoice for client deposit. Discuss ▮ with R. Mattiaccio and draft email to client re: ▮ |
| 18864827 | 18Sep08 | V. Genecin | 3.20 | 1,552.00 | 1,040.00 | | | | Background research re M. Stratford; initial preparation of deposition outline; final preparation and attention to transmittal of letter to counsel objecting to report. |
| 18809779 | 18Sep08 | J.R. Parilla | 2.00 | 390.00 | 300.00 | | | | Review and organize all court transcripts and orders. Review, finalize and serve letter to G.Dunne re: Expert Report of Stafford. |
| 18809781 | 19Sep08 | J.R. Parilla | 0.75 | 146.25 | 112.50 | | | | Review expert reports, discussion with R.Defelice re: |
| 18822056 | 22Sep08 | R.L. Mattiaccio | 0.50 | 322.50 | 250.00 | | | | Review defendants' expert report; confer with V. Genecin regarding ▮ |
| 18864837 | 22Sep08 | V. Genecin | 3.30 | 1,600.50 | 1,072.50 | | | | Receipt and review of response from counsel to our letter re defects in Stratford expert report; preparation of letter to court objecting to witness. |
| 18818392 | 22Sep08 | S. Skulnik | 0.50 | 262.50 | 205.00 | | | | Review of correspondence re experts |
| 18822055 | 23Sep08 | R.L. Mattiaccio | 1.25 | 806.25 | 625.00 | | | | Review BCF/ARTI expert report; confer with V. Genecin regarding response to Bainton as to expenses of expert deposition; review exchanges of e-mails regarding same |
| 18864829 | 23Sep08 | V. Genecin | 3.30 | 1,600.50 | 1,072.50 | | | | Preparation of objections to defendants' expert M. Stratford; legal and internet research re same; preparation for deposition of same; exchange of e-mails with counsel. |
| 18818391 | 23Sep08 | S. Skulnik | 1.25 | 656.25 | 512.50 | | | | Review defendants' expert report; confer with Genecin regarding response to Bainton as to expenses of expert deposition; review exchanges of e-mails regarding same |
| 18864839 | 24Sep08 | V. Genecin | 1.30 | 630.50 | 422.50 | | | | Preparation for Stratford deposition and exchange of e-mails with counsel re same. |
| 18836502 | 24Sep08 | J.R. Parilla | 0.75 | 146.25 | 112.50 | | | | Review ▮ |