Prebill Number: 3532932  
100743 - Fendi Adele S.r.l.  
00005 - Ashley Reed

Single Matter Memorandum  
Through 28Feb10

Billing Atty: Mattiaccio, Richard L. - (18023)  
Responsible Atty: Mattiaccio, Richard L. - (18023)

## LEGAL SERVICES

| ID No. | Date | Name | Hours | Standard Fees ($) | Task | Phase | Billed Fees ($) | Activity | Description |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Prepare binder for attorney review regarding same. |
| 18864840 | 25Sep08 | V. Genecin | 1.20 | 582.00 | | | 390.00 | | Further preparation for Stratford deposition; drafting of letter to defense counsel re demand for fees for defense experts for depositions. |
| 18836503 | 25Sep08 | J. R. Parilla | 1.50 | 292.50 | | | 225.00 | | Review and organize deposition exhibits for attorney review. |
| 18864838 | 26Sep08 | V. Genecin | 1.40 | 679.00 | | | 455.00 | | Discussion o■ with R. Mattiaccio and preparation and transmittal of e-mail to counsel re question of fees to defense experts in connection with depositions; initial preparation of ■ further preparation for Stratford deposition and exchange of e-mails with C. Welu re background investigation for same. |
| 18846860 | 26Sep08 | J. R. Parilla | 0.75 | 146.25 | | | 112.50 | | Review and organize deposition exhibits for attorney review. |
| 18919856 | 28Sep08 | J. P. Rodgers | 0.50 | 207.50 | | | 207.50 | | Continued attention to researching ■ |
| 18845251 | 29Sep08 | R. L. Mattiaccio | 0.50 | 322.50 | | | 250.00 | | Review Donohue report |
| 18864826 | 29Sep08 | V. Genecin | 1.10 | 533.50 | | | 357.50 | | Initial preparation of ■ review of assignment to J.Parilla re same. |
| 18852418 | 29Sep08 | S. Skulnik | 0.50 | 262.50 | | | 205.00 | | Review and discuss ■ |
| 18860769 | 29Sep08 | J. P. Rodgers | 0.75 | 311.25 | | | 311.25 | | Continue researching ■; also research ■ teleconference with V. Genecin to discuss research findings and conclusions; prepare legal memoranda to V. Genecin outlining key cases and decisions regarding ■ |
| 18865098 | 30Sep08 | J. P. Rodgers | 0.25 | 103.75 | | | 103.75 | | Continue researching and analyzing cases addressing ■ |
| 18846861 | 30Sep08 | J. R. Parilla | 0.50 | 97.50 | | | 75.00 | | Review status of Fendi/Consolidated Cases attorney trust account. Update spreadsheet and obtain proforma invoice for client deposit. Discuss ■ with R.Mattiaccio and draft email to client re: |

3/17/2010 4:53:28 PM                    For Internal Use Only                    Page 30

**Prebill Number:** 3532932
100743 - Fendi Adele S.r.l.
00005 - Ashley Reed

Single Matter Memorandum
Through 28Feb10

**Billing Atty:** Mattiaccio, Richard L. - (18023)
**Responsible Atty:** Mattiaccio, Richard L. - (18023)

## LEGAL SERVICES

| ID No. | Date | Name | Hours | Standard Fees ($) | Phase | Task | Activity | Billed Fees ($) | Description |
|---|---|---|---|---|---|---|---|---|---|
| 18886815 | 01Oct08 | R. L. Mattiaccio | 0.50 | 322.50 | | | | 250.00 | Preparation for ▓ confer with V. Genecin regarding same |
| 18877153 | 01Oct08 | J. P. Rodgers | 0.20 | 83.00 | | | | 83.00 | Review decision addressing ▓ |
| 18886816 | 02Oct08 | R. L. Mattiaccio | 0.50 | 322.50 | | | | 250.00 | Preparation of ▓ |
| 18971700 | 02Oct08 | V. Genecin | 0.60 | 291.00 | | | | 195.00 | Review of legal research re ▓ |
| 18883550 | 02Oct08 | J. P. Rodgers | 0.75 | 311.25 | | | | 311.25 | Continue reviewing and analyzing cases ▓ attention also to drafting a supplemental memorandum to V. Genecin outlining ▓ |
| 18893062 | 06Oct08 | R. L. Mattiaccio | 1.00 | 645.00 | | | | 500.00 | Review ▓ issues |
| 18892483 | 06Oct08 | S. Skulnik | 0.75 | 393.75 | | | | 307.50 | Work on ▓ issues |
| 18886908 | 06Oct08 | J. P. Rodgers | 0.10 | 41.50 | | | | 41.50 | Teleconference with V. Genecin regarding additional research |
| 18893061 | 07Oct08 | R. L. Mattiaccio | 1.00 | 645.00 | | | | 500.00 | Review research regarding ▓ |
| 18892481 | 07Oct08 | S. Skulnik | 0.20 | 105.00 | | | | 82.00 | Review and discuss ▓ |
| 18892482 | 07Oct08 | S. Skulnik | 0.75 | 393.75 | | | | 307.50 | Review research regarding ▓ |
| 18910731 | 07Oct08 | J. P. Rodgers | 1.15 | 477.25 | | | | 477.25 | Attention to research pertaining to ▓ |
| 18892484 | 08Oct08 | S. Skulnik | 0.50 | 262.50 | | | | 205.00 | Confer with Genecin regarding ▓ |
| 18893064 | 09Oct08 | R. L. Mattiaccio | 0.75 | 483.75 | | | | 375.00 | Confer with V. Genecin regarding ▓ |
| 18971696 | 09Oct08 | V. Genecin | 2.20 | 1,067.00 | | | | 715.00 | Receipt and review of further documentation from London re Stratford and preparation for deposition. |
| 18913822 | 10Oct08 | J. P. Rodgers | 0.45 | 186.75 | | | | 186.75 | Review e-mail from V. Genecin concerning research ▓ conduct additional research regarding ▓ review |

Prebill Number: 3532932  
100743 - Fendi Adele S.r.L.  
00005 - Ashley Reed

Single Matter Memorandum  
Through 28Feb10

Billing Atty:        Mattiaccio, Richard L. - (18023)  
Responsible Atty:    Mattiaccio, Richard L. - (18023)

## LEGAL SERVICES

| ID No. | Date | Name | Hours | Standard Fees ($) | Task Phase | Billed Fees ($) | Activity Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | also review ▬▬▬ draft e-mail to V. Genecin regarding research. |
| 18916678 | 15Oct08 | R. L. Mattiaccio | 0.50 | 322.50 | | 250.00 | Review ▬▬▬ confer with V. Genecin, telephone call with J. Donohue and V. Genecin regarding same |
| 18971697 | 15Oct08 | V. Genecin | 0.40 | 194.00 | | 130.00 | Receipt and review of ▬▬▬ |
| 18916698 | 15Oct08 | S. Skulnik | 0.50 | 262.50 | | 205.00 | Review ▬▬▬ confer with Genecin. |
| 18916680 | 16Oct08 | R. L. Mattiaccio | 0.50 | 322.50 | | 250.00 | Review draft e-mail to Dunne regarding his defective expert report; confer with V. Genecin ▬▬▬ |
| 18971698 | 16Oct08 | V. Genecin | 0.70 | 339.50 | | 227.50 | Telephone conference with J. Donohue re ▬▬▬ preparation and transmittal of letter to counsel re deficiencies in report. |
| 18916679 | 17Oct08 | R. L. Mattiaccio | 1.00 | 645.00 | | 500.00 | Work on ▬▬▬ |
| 18929903 | 17Oct08 | S. Skulnik | 0.50 | 262.50 | | 205.00 | Work on ▬▬▬ |
| 18928712 | 20Oct08 | R. L. Mattiaccio | 0.50 | 322.50 | | 250.00 | Confer with Genecin regarding ▬▬▬ |
| 18928714 | 20Oct08 | R. L. Mattiaccio | 0.25 | 161.25 | | 125.00 | Telephone call with .A. Fabbri ▬▬▬ |
| 18930589 | 20Oct08 | S. Skulnik | 0.50 | 262.50 | | 205.00 | Confer with Genecin regarding ▬▬▬ |
| 18928709 | 21Oct08 | R. L. Mattiaccio | 0.75 | 483.75 | | 375.00 | Work on ▬▬▬ confer with V. Genecin regarding same |
| 18928710 | 21Oct08 | R. L. Mattiaccio | 0.50 | 322.50 | | 250.00 | Review G. Dunne email re: defendants "not presenting an expert to use a calculator" and discuss ▬▬▬ with V. Genecin |
| 18933190 | 21Oct08 | J. R. Parilla | 0.50 | 97.50 | | 75.00 | Draft Notice of Deposition for Mark Stratford. |
| 18928711 | 22Oct08 | R. L. Mattiaccio | 0.50 | 322.50 | | 250.00 | Work on motion with V. Genecin |
| 18971699 | 22Oct08 | V. Genecin | 0.30 | 145.50 | | 97.50 | Receipt and review of e-mail from counsel replying re deficiencies in expert's report. |
| 18928713 | 23Oct08 | R. L. Mattiaccio | 0.50 | 322.50 | | 250.00 | Work on ▬▬▬ |
| 18968064 | 28Oct08 | J. R. Parilla | 0.75 | 146.25 | | 112.50 | Communication with court reporter in London and draft proposed order to allow UK reporter to administer oaths. |
| 18968065 | 29Oct08 | J. R. Parilla | 2.25 | 438.75 | | 337.50 | Review criminal docket and check status of James Ressler criminal proceedings. Conduct research and gather |

**Prebill Number:** 3532932
100743 - Fendi Adele S.r.L.
00005 - Ashley Reed

Single Matter Memorandum
Through 28Feb10

Billing Atty:      Mattiaccio, Richard L. - (18023)
Responsible Atty:  Mattiaccio, Richard L. - (18023)

## LEGAL SERVICES

| ID No. | Date | Name | Hours | Task | Phase | Activity | Standard Fees ($) | Billed Fees ($) | Description |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | documents regarding ▓ |
| 19043426 | 06Nov08 | J. R. Parilla | 2.00 | | | | 390.00 | 300.00 | Communication with opposing counsel regarding deposition of Mark Stratford in London. Draft stipulation and order regarding same. |
| 19063009 | 07Nov08 | V. Genecin | 2.60 | | | | 1,261.00 | 845.00 | Preparation for Stratford deposition. |
| 19017379 | 10Nov08 | R. L. Mattiaccio | 0.75 | | | | 483.75 | 375.00 | Prepare for Stratford deposition |
| 19112526 | 01Dec08 | R. L. Mattiaccio | 1.75 | | | | 1,128.75 | 875.00 | Work on expert discovery |
| 19112527 | 02Dec08 | R. L. Mattiaccio | 1.00 | | | | 645.00 | 500.00 | Attend deposition of J. Donohue. |
| 19141599 | 02Dec08 | V. Genecin | 1.60 | | | | 776.00 | 520.00 | Final preparation and defense of deposition of J. Donohue. |
| 19110064 | 02Dec08 | S. Skulnik | 1.00 | | | | 525.00 | 410.00 | Confer with V. Genecin regarding ▓ |
| ▓ | | | | | | | ▓ | ▓ | |
| 19197070 | 29Dec08 | R. L. Mattiaccio | 1.00 | | | | 645.00 | 500.00 | Review draft motion for summary judgment |
| 19221501 | 08Jan09 | R. L. Mattiaccio | 1.00 | | | | 695.00 | 550.00 | Work on motion for summary judgment |
| 19233142 | 08Jan09 | S. Skulnik | 0.50 | | | | 290.00 | 225.00 | Meet with team re summary judgment |
| 19228686 | 09Jan09 | R. L. Mattiaccio | 2.00 | | | | 1,390.00 | 1,100.00 | Review ▓ work on motion |
| 19248092 | 11Jan09 | V. Genecin | 0.60 | | | | 324.00 | 240.00 | Study of James Ressler guilty plea documents. |
| 19245624 | 14Jan09 | R. L. Mattiaccio | 1.75 | | | | 1,216.25 | 962.50 | Work on motion for summary judgment |
| 19267479 | 14Jan09 | J. P. Rodgers | 0.38 | | | | 161.50 | 157.70 | Review ▓ begin reviewing and analyzing ▓ focus on ▓ |
| 19245623 | 15Jan09 | R. L. Mattiaccio | 0.75 | | | | 521.25 | 412.50 | Work on motion |
| 19267481 | 15Jan09 | J. P. Rodgers | 0.25 | | | | 106.25 | 103.75 | Office conference with M. Oliver regarding research letters to Judge Berman including prior decisions relating to ▓ |
| 19267487 | 15Jan09 | J. P. Rodgers | 1.37 | | | | 582.25 | 568.55 | Review e-mail from R. Mattiaccio regarding ▓ follow up with associate regarding research |

Prebill Number: 3532932
100743 - Fendi Adele S.r.L.
00005 - Ashley Reed

Single Matter Memorandum
Through 28Feb10

Billing Atty:        Mattiaccio, Richard L. - (18023)
Responsible Atty:    Mattiaccio, Richard L. - (18023)

## LEGAL SERVICES

| ID No. | DATE | NAME | HOURS | STANDARD FEES ($) | BILLED FEES ($) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 19245625 | 16Jan09 | R. L. Mattiaccio | 1.25 | 868.75 | 687.50 | | | | further attention to focus on ███; telephone conference with V. Genecin regarding 56.1 statement and related issues, including affirmative defense by defendants. |
| 19267480 | 16Jan09 | J. P. Rodgers | 0.50 | 212.50 | 207.50 | | | | Prepare for conference with Judge Berman; confer with V. Genecin regarding ███. |
| 19267483 | 16Jan09 | J. P. Rodgers | 1.00 | 425.00 | 415.00 | | | | Teleconference with M. Oliver regarding research ███; review ███; review e-mail from Oliver outlining preliminary analysis of cases. |
| 19257027 | 16Jan09 | S. W. VanDetta | 0.20 | 60.00 | 60.00 | | | | Teleconference with V. Genecin to discuss issues relating to ███; review ███ continue reviewing record to substantiate statements of fact; office conference with associate, S. VanDetta regarding ███. |
| 19313341 | 16Jan09 | M. H. Oliver | 0.50 | 147.50 | 147.50 | | | | Meet with J. Rodgers regarding researching law related to ███. |
| 19313342 | 16Jan09 | M. H. Oliver | 1.40 | 413.00 | 413.00 | | | A103 | Conference with J. Rodgers regarding additional assignment for the Fendi matter; review Fendi research. Research ███ draft memo for the client regarding ███. |
| 19267482 | 17Jan09 | J. P. Rodgers | 0.18 | 76.50 | 74.70 | | | | Complete review of deposition transcript of C. Torre; review portions of L. Bandinelli deposition. |
| 19267485 | 18Jan09 | J. P. Rodgers | 0.93 | 395.25 | 385.95 | | | | Complete review of deposition of L. Bandinelli; continue reviewing other depositions and incorporating citations into 561 statement; focus on hologram(?) and anti-counterfeiting efforts; begin reviewing Barbault deposition. |
| 19313345 | 18Jan09 | M. H. Oliver | 2.75 | 811.25 | 811.25 | | | A103 | Draft client update memo regarding ███. |
| 19267484 | 19Jan09 | J. P. Rodgers | 1.62 | 688.50 | 672.30 | | | | Teleconference with V. Genecin regarding ███; review and revise memo from M. Oliver ███ further review of deposition testimony and continue drafting and revising |

**Prebill Number:** 3532932
100743 - Fendi Adele S.r.L.
00005 - Ashley Reed

Single Matter Memorandum
Through 28Feb10

**Billing Atty:** Mattiaccio, Richard L. - (18023)
**Responsible Atty:** Mattiaccio, Richard L. - (18023)

## LEGAL SERVICES

| ID No. | Date | Name | Hours | Standard Fees ($) | Billed Fees ($) | Phase | Task | Activity | Description |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | statements of fact pertaining to Fendi, including its background, quality control features, and anti-counterfeiting measures; review e-mail from R. Mattiaccio regarding ▓ |
| 19313343 | 19Jan09 | M. H. Oliver | 1.60 | 472.00 | 472.00 | | | | Draft and revise client update memo regarding ▓ |
| 19248093 | 20Jan09 | V. Genecin | 0.80 | 432.00 | 320.00 | | | | Receipt and review of letter from counsel for defendants; preparation for conference before Berman, J. and meeting with R. Mattiaccio. |
| 19271211 | 20Jan09 | J. P. Rodgers | 0.10 | 42.50 | 41.50 | | | | Review ▓ |
| 19271212 | 20Jan09 | J. P. Rodgers | 1.12 | 476.00 | 464.80 | | | | Research issues ▓ meet with S. VanDetta regarding research being conducted ▓ e-mail J. Parilla regarding ▓ review complaint and answers and incorporate citations into initial portions of 56.1 statements; develop statements and review additional portions of depositions for further support; review prior memo ▓ |
| 19257029 | 20Jan09 | S. W. VanDetta | 0.80 | 240.00 | 240.00 | | | | Research regarding ▓ |
| 19313344 | 20Jan09 | M. H. Oliver | 0.15 | 44.25 | 44.25 | | | | Communicate via email with R. Mattiaccio ▓ |
| 19255450 | 21Jan09 | R. L. Mattiaccio | 1.25 | 868.75 | 687.50 | | | | Attend court conference with Judge Berman; report to client ▓ |
| 19301595 | 21Jan09 | V. Genecin | 0.60 | 324.00 | 240.00 | | | | Representation of client at conference before Judge Berman, resulting in setting of schedule for motion for summary judgment; return to office. |
| 19267486 | 21Jan09 | J. P. Rodgers | 0.94 | 399.50 | 390.10 | | | | Teleconference with V. Genecin regarding ▓ continue drafting same; focus on assembly process and contractors employed to assemble the products; office conference with S. VanDetta regarding legal research; review e-mail memorandum from S. VanDetta regarding initial research results; also review accompanying case; update V. Genecin and R. Mattiaccio. |

**Prebill Number: 3532932**
100743 - Fendi Adele S.r.L.
00005 - Ashley Reed

Single Matter Memorandum
Through 28Feb10

Billing Atty:         Mattiaccio, Richard L. - (18023)
Responsible Atty:     Mattiaccio, Richard L. - (18023)

### LEGAL SERVICES

| ID NO. | DATE | NAME | HOURS | STANDARD FEES ($) | BILLED FEES ($) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 19257028 | 21Jan09 | S. W. VanDetta | 1.20 | 360.00 | 360.00 | | | | Research regarding ▬ |
| 19267488 | 22Jan09 | J. P. Rodgers | 1.31 | 556.75 | 543.65 | | | | Teleconference with V. Genecin regarding ▬ and related issues; conduct research pertaining to same; also research and analyze ▬ forward to V. Genecin; review of e-mails from team members; also review e-mail from S. VanDetta regarding research findings ▬ review case cited in e-mail; forward to R. Mattiaccio and V. Genecin; finalize new draft of portion of 56.1 statement pertaining to Fendi and its manufacturing process; include additional record cites; forward to V. Genecin for review. |
| 19257030 | 22Jan09 | S. W. VanDetta | 1.30 | 390.00 | 390.00 | | | | Research regarding whether ▬ |
| 19267489 | 23Jan09 | J. P. Rodgers | 0.37 | 157.25 | 153.55 | | | | Review e-mail between team regarding summary judgment and research related issues; review ▬ office conference with S. VanDetta regarding research ▬ |
| 19262664 | 23Jan09 | S. W. VanDetta | 0.70 | 210.00 | 210.00 | | | | Research regarding whether ▬ |
| 19306771 | 24Jan09 | J. P. Rodgers | 0.03 | 12.75 | 12.45 | | | | Review e-mails from S. VanDetta regarding additional research findings ▬ |
| 19262663 | 24Jan09 | S. W. VanDetta | 1.70 | 510.00 | 510.00 | | | | Research regarding whether ▬ |
| 19269756 | 25Jan09 | J. P. Rodgers | 0.02 | 8.50 | 8.30 | | | | Review further e-mails from S. VanDetta regarding research pertaining to ▬ |
| 19262662 | 25Jan09 | S. W. VanDetta | 0.80 | 240.00 | 240.00 | | | | Research regarding ▬ |
| 19277345 | 27Jan09 | S. W. VanDetta | 0.60 | 180.00 | 180.00 | | | | Research regarding whether ▬ |

Prebill Number: 3532932  
100743 - Fendi Adele S.r.L.  
00005 - Ashley Reed

Single Matter Memorandum  
Through 28Feb10

Billing Atty: Mattiaccio, Richard L. - (18023)  
Responsible Atty: Mattiaccio, Richard L. - (18023)

## LEGAL SERVICES

| ID No. | Date | Name | Hours | Standard Fees ($) | Billed Fees ($) | Task | Phase | Activity | Description |
|---|---|---|---|---|---|---|---|---|---|
| 19292160 | 27Jan09 | C. L. Research Library | 0.25 | 25.00 | 25.00 | | | | Researched ▇▇▇ (S. Van Detta) |
| 19306770 | 28Jan09 | J. P. Rodgers | 0.31 | 131.75 | 128.65 | | | | Teleconference with V. Genecin regarding ▇▇▇ search record for additional citations. |
| 19286810 | 29Jan09 | S. W. VanDetta | 1.90 | 570.00 | 570.00 | | | | Research regarding whether ▇▇▇ |
| 19309575 | 02Feb09 | R. L. Mattiaccio | 1.00 | 695.00 | 550.00 | | | | Work on summary judgment motion |
| 19320872 | 03Feb09 | R. L. Mattiaccio | 1.25 | 868.75 | 687.50 | | | | Work on motion for summary judgment |
| 19323688 | 04Feb09 | R. L. Mattiaccio | 1.00 | 695.00 | 550.00 | | | | Work on summary judgment motion |
| 19323690 | 05Feb09 | R. L. Mattiaccio | 0.50 | 347.50 | 275.00 | | | | Work on summary judgment motion |
| 19328297 | 06Feb09 | M. C. Ducca | 0.30 | 88.50 | 88.50 | | | A102 | Research for S. VanDetta. |
| 19328298 | 08Feb09 | M. C. Ducca | 0.20 | 59.00 | 59.00 | | | | Research for S. VanDetta. |
| 19333634 | 09Feb09 | R. L. Mattiaccio | 1.00 | 695.00 | 550.00 | | | | Work on motion |
| 19342985 | 10Feb09 | J. P. Rodgers | 3.00 | 1,275.00 | 1,245.00 | | | | Attention to chart of counterfeit items; review and revise summaries of indicia of counterfeiting; teleconference with V. Genecin regarding same. |
| 19395767 | 11Feb09 | V. Genecin | 3.60 | 1,944.00 | 1,440.00 | | | | Preparation of motion for summary judgment. |
| 19355021 | 12Feb09 | S. W. VanDetta | 0.10 | 30.00 | 30.00 | | | | Summarize research regarding ▇▇▇ |
| 19366460 | 12Feb09 | J. R. Parilla | 1.00 | 205.00 | 175.00 | | | | Draft insert for summary judgment motion concerning registered trademarks appearing on goods. |
| 19395763 | 13Feb09 | V. Genecin | 2.40 | 1,296.00 | 960.00 | | | | Preparation of motion for summary judgment. |
| 19395766 | 17Feb09 | V. Genecin | 3.50 | 1,890.00 | 1,400.00 | | | | Preparation of motion for summary judgment. |
| 19358899 | 17Feb09 | S. Skulnik | 0.25 | 145.00 | 112.50 | | | | Follow up with DeFelice re declarations. |
| 19366461 | 17Feb09 | J. R. Parilla | 1.00 | 205.00 | 175.00 | | | | Draft insert for summary judgment motion concerning registered trademarks appearing on goods. |
| 19364369 | 18Feb09 | R. L. Mattiaccio | 1.25 | 868.75 | 687.50 | | | | Work on motion for summary judgment |

**Prebill Number:** 3532932  
100743 - Fendi Adele S.r.L.  
00005 - Ashley Reed

Single Matter Memorandum  
Through 28Feb10

**Billing Atty:** Mattiaccio, Richard L. - (18023)  
**Responsible Atty:** Mattiaccio, Richard L. - (18023)

## LEGAL SERVICES

| ID No. | Date | Name | Hours | Standard Fees ($) | Billed Fees ($) | Task | Phase | Activity | Description |
|---|---|---|---|---|---|---|---|---|---|
| 19377380 | 18Feb09 | S. Skulnik | 1.00 | 580.00 | 450.00 | | | | Work on summary judgment motion and discuss with DeFelice |
| 19366462 | 18Feb09 | J. R. Parilla | 1.50 | 307.50 | 262.50 | | | | Draft insert for summary judgment motion concerning registered trademarks appearing on goods. |
| 19395760 | 19Feb09 | V. Genecin | 6.10 | 3,294.00 | 2,440.00 | | | | Attention to statement of uncontested facts, Fabbri declaration. |
| 19366463 | 19Feb09 | J. R. Parilla | 1.00 | 205.00 | 175.00 | | | | Finalize insert for summary judgment motion concerning registered trademarks appearing on goods. |
| 19395765 | 20Feb09 | V. Genecin | 4.70 | 2,538.00 | 1,880.00 | | | | Preparation of statement of uncontested facts in support of motion for summary judgment. |
| 19377381 | 20Feb09 | S. Skulnik | 2.00 | 1,160.00 | 900.00 | | | | Work on damages section for brief |
| 19372527 | 23Feb09 | R. L. Mattiaccio | 1.25 | 868.75 | 687.50 | | | | Meet with V. Genecin regarding summary judgment motion; review 56.1 sections transferable to Ashley Reed motion |
| 19383929 | 23Feb09 | S. Skulnik | 1.50 | 870.00 | 675.00 | | | | Work on motion |
| 19372526 | 24Feb09 | R. L. Mattiaccio | 1.25 | 868.75 | 687.50 | | | | Work on motion for summary judgment; meet with V. Genecin re: same |
| 19395761 | 24Feb09 | V. Genecin | 2.80 | 1,512.00 | 1,120.00 | | | | Preparation of motion for summary judgment. |
| 19415993 | 24Feb09 | J. P. Rodgers | 10.00 | 4,250.00 | 4,150.00 | | | | Draft memorandum regarding issues relating to ▓▓ review and analyze recent case addressing same; office conference with D. Herbe to discuss research issues and background; draft declaration ▓▓▓▓ begin drafting ▓▓▓▓ ▓▓▓▓ review e-mails for team members; significant attention to Rule 56.1 statement; incorporate additional testimony from Quinn, Honig, and Barr relating to willfulness; update T. Carroll on additional testimony to include as an exhibit; teleconference with V. Genecin regarding action items; scrutinize 56.1 for exhibits and testimony that is confidential; draft e-mail outlining confidential testimony and exhibits; incorporate additional testimony of M. Miller into the 56.1 statement. |
| 19379542 | 25Feb09 | R. L. Mattiaccio | 0.75 | 521.25 | 412.50 | | | | Review and revise motion papers; confer with V. Genecin regarding same; |
| 19395768 | 25Feb09 | V. Genecin | 2.20 | 1,188.00 | 880.00 | | | | Preparation of motion for summary judgment. |

3/17/2010 4:53:28 PM       For Internal Use Only       Page 38

Prebill Number: 3532932
100743 - Fendi Adele S.r.L.
00005 - Ashley Reed

Single Matter Memorandum
Through 28Feb10

Billing Atty:          Mattiaccio, Richard L. - (18023)
Responsible Atty:      Mattiaccio, Richard L. - (18023)

## LEGAL SERVICES

| ID NO. | DATE | NAME | HOURS | STANDARD FEES ($) | BILLED FEES ($) | TASK | PHASE | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 19387520 | 26Feb09 | R. L. Mattiaccio | 1.75 | 1,216.25 | 962.50 | | | | Work on summary judgment motion |
| 19395762 | 26Feb09 | V. Genecin | 4.30 | 2,322.00 | 1,720.00 | | | | Preparation of motion for summary judgment. |
| 19385031 | 26Feb09 | S. Skulnik | 4.00 | 2,320.00 | 1,800.00 | | | | Review and revise motion |
| 19415994 | 26Feb09 | J. P. Rodgers | 7.00 | 2,975.00 | 2,905.00 | | | | Draft insert for memorandum in support of summary judgment on adverse inference from invoking the Fifth Amendment; research and analyze case addressing the adverse inference on summary judgment; confer with V. Genecin regarding same; analyze deposition testimony of J. Ressler; prepare memo for V. Genecin regarding key testimony; analyze in detail three volumes of testimony by S. Ressler; develop section of 56.1 pertaining to S. Ressler's testimony; also work in portions of A. Fink's testimony; forward present draft to V. Genecin for review; review ART's affirmation defenses set forth in answer; prepare response to affirmative defense not asserted by Filene's; research issues related to an officer's liability for a company's trademark violations; prepare insert for summary judgment brief regarding same; also analyze prior trademark briefs addressing the issue. |
| 19402518 | 27Feb09 | R. L. Mattiaccio | 0.75 | 521.25 | 412.50 | | | | Final review of motion for summary judgment |
| 19395764 | 27Feb09 | V. Genecin | 7.20 | 3,888.00 | 2,880.00 | | | | Final drafting and revision and attention to arrangements for service and filing of motion for summary judgment. |
| 19415991 | 27Feb09 | J. P. Rodgers | 1.50 | 637.50 | 622.50 | | | | Teleconference with J. Parilla regarding memorandum and 56.1; also confer with V. Genecin regarding research issues pertaining to destruction of documents; research issues relating to a suppliers' destruction of documents or failure to keep adequate records of sales; draft insert for memorandum in support; review and analyze Rule 56.1 statement; revise accordingly; also analyze Donahue declaration; incorporate additional citations into the brief; follow up call with V. Genecin regarding status and action items; incorporate Rule 56.1 citations into memorandum of law. |
| 19396330 | 27Feb09 | T. H. Carroll | 3.25 | 796.25 | 796.25 | | | | Assemble exhibits, deposition excerpts and various pleadings as cited in Rule 56.1 Statement on Ashley Reed. |
| 19388020 | 27Feb09 | J. R. Parilla | 4.25 | 871.25 | 743.75 | | | | Assist with preparation of Motion for Summary Judgment |

Prebill Number: 3532932  
100743 - Fendi Adele S.r.L.  
00005 - Ashley Reed

Single Matter Memorandum  
Through 28Feb10

Billing Atty:        Mattiaccio, Richard L. - (18023)  
Responsible Atty:    Mattiaccio, Richard L. - (18023)

## LEGAL SERVICES

| ID NO. | DATE | NAME | HOURS | STANDARD FEES ($) | BILLED FEES ($) | TASK | PHASE | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 19400490 | 27Feb09 | M. Rodriguez | 1.90 | 313.50 | 247.00 | | | | Assist with preparation of Motion for Summary Judgment re: Ashley Reed |
| 19436972 | 02Mar09 | J.P. Rodgers | 4.00 | 1,700.00 | 1,660.00 | | | | Review 56.1 and memo in support; incorporate 56.1 cites into memo; generally review both documents and revise accordingly; confer with J. Parilla |
| 19504391 | 02Mar09 | J.R. Parilla | 1.25 | 256.25 | 218.75 | | | | Assist with preparation of Summary Judgment documents for filing. |
| 19424475 | 03Mar09 | R. L. Mattiaccio | 0.75 | 521.25 | 412.50 | | | | Review confidentiality issues |
| 19466504 | 03Mar09 | V. Genecin | 0.40 | 216.00 | 160.00 | | | | Communication with counsel concerning parts of motion to be filed under seal. |
| 19436971 | 03Mar09 | J. P. Rodgers | 1.75 | 743.75 | 726.25 | | | | Attention to redacting memo in support of summary judgment and supporting memo; review opposing counsel's description of confidential material; also begin researching ▮ |
| 19504392 | 03Mar09 | J. R. Parilla | 1.00 | 205.00 | 175.00 | | | | Assist with preparation of Summary Judgment documents for filing. |
| 19424474 | 04Mar09 | R. L. Mattiaccio | 0.50 | 347.50 | 275.00 | | | | Confer with V. Genecin, J. Parilla regarding redactions and filings |
| 19466502 | 04Mar09 | V. Genecin | 0.80 | 432.00 | 320.00 | | | | Attention to redactions from motion for public filing without disclosure of sealed matter. |
| 19504393 | 04Mar09 | J. R. Parilla | 1.75 | 358.75 | 306.25 | | | | Assist with preparation of Summary Judgment documents for filing. |
| 19429145 | 05Mar09 | R. L. Mattiaccio | 0.50 | 347.50 | 275.00 | | | | Review redacted versions |
| 19466503 | 05Mar09 | V. Genecin | 1.30 | 702.00 | 520.00 | | | | Attention to redactions from papers and preparation of sealed filing of motion for summary judgment. |
| 19466505 | 06Mar09 | V. Genecin | 0.50 | 270.00 | 200.00 | | | | Final review of sealed filing of motion for summary judgment. |
| 19504394 | 06Mar09 | J. R. Parilla | 1.75 | 358.75 | 306.25 | | | | Assist with preparation of Summary Judgment documents for filing. |
| 19432896 | 09Mar09 | R. L. Mattiaccio | 0.50 | 347.50 | 275.00 | | | | Prepare report to client regarding ▮ |
| 19466501 | 09Mar09 | V. Genecin | 0.20 | 108.00 | 80.00 | | | | Attention to submission of courtesy copy of motion to Judge Berman's chambers with cover letter. |
| 19504390 | 09Mar09 | J. R. Parilla | 1.25 | 256.25 | 218.75 | | | | Draft letter to Judge and cause same to be delivered with courtesy copy of motion for Summary Judgment. |
| 19460392 | 10Mar09 | J. P. Rodgers | 1.00 | 425.00 | 415.00 | | | | Analyze cases addressing |

3/17/2010 4:53:28 PM     For Internal Use Only     Page 40

**Prebill Number:** 3532932
100743 - Fendi Adele S.r.l.
00005 - Ashley Reed

Single Matter Memorandum
Through 28Feb10

Billing Atty:        Mattiaccio, Richard L. - (18023)
Responsible Atty:    Mattiaccio, Richard L. - (18023)

## LEGAL SERVICES

| ID No. | DATE | NAME | HOURS | STANDARD FEES ($) | BILLED FEES ($) | TASK | PHASE | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | develop reply insert regarding same. |
| 19504389 | 11Mar09 | J. R. Parilla | 1.25 | 256.25 | 218.75 | | | | Review, scan and profile motion documents electronically filed with clerk of the court. |
| 19484781 | 13Mar09 | J. P. Rodgers | 0.50 | 212.50 | 207.50 | | | | Revise |
| 19484782 | 17Mar09 | J. P. Rodgers | 0.25 | 106.25 | 103.75 | | | | Revise |
| 19504387 | 19Mar09 | J. R. Parilla | 1.50 | 307.50 | 262.50 | | | | Communication with opposing counsel regarding exhibits used in J.Donohue declaration in support of motion for summary judgment. Scan and serve profile portion of Loehmann's document production relating to defendants. |
| 19504388 | 20Mar09 | J. R. Parilla | 0.25 | 51.25 | 43.75 | | | | Review and update calendar for pending filing and service deadlines. |
| 19514531 | 27Mar09 | J. R. Parilla | 0.25 | 51.25 | 43.75 | | | | Review and update disbursement list for client review. |
| 19568915 | 02Apr09 | J. P. Rodgers | 0.50 | 212.50 | 207.50 | | | | Preparation for reply; begin organizing arguments. |
| 19558523 | 03Apr09 | R. L. Mattiaccio | 1.75 | 1,216.25 | 962.50 | | | | Prepare for and attend meeting with Fendi management and counsel in Rome. |
| 19568916 | 08Apr09 | J. P. Rodgers | 0.50 | 212.50 | 207.50 | | | | Revise inserts to be incorporated into Reply. |
| 19581888 | 17Apr09 | J. R. Parilla | 2.00 | 410.00 | 350.00 | | | | Meet with counsel for Ashley Reed who inspected counterfeit handbags submitted as exhibits. |
| 19591517 | 20Apr09 | R. L. Mattiaccio | 0.10 | 69.50 | 55.00 | | | | Confer regarding scheduling |
| 19583498 | 21Apr09 | J. R. Parilla | 0.25 | 51.25 | 43.75 | | | | Review and update disbursement chart for client. |
| 19596378 | 24Apr09 | R. L. Mattiaccio | 0.25 | 173.75 | 137.50 | | | | Review of cross motion and correspondence re: scheduling |
| 19630935 | 24Apr09 | S. A. Delchin | 3.60 | 1,206.00 | 1,206.00 | | | A104 | Meet with J. Rodgers to discuss drafting of reply brief; initiate review of summary judgment briefing; review Rule 56.1 evidence; review key case law cited in summary judgment brief. |
| 19637174 | 24Apr09 | J. P. Rodgers | 0.25 | 106.25 | 103.75 | | | | Office conference with S. Delchin to discuss draft of reply memorandum. |
| 19630936 | 25Apr09 | S. A. Delchin | 3.50 | 1,172.50 | 1,172.50 | | | A101 | Additional review of summary judgment briefing and record; additional review of key case law relating to plaintiffs' claims. |
| 19630938 | 26Apr09 | S. A. Delchin | 2.80 | 938.00 | 938.00 | | | A104 | Review of case law supporting Fendi's federal and state law claims; additional review of key declarations and deposition |

**Prebill Number:** 3532932
100743 - Fendi Adele S.r.L.
00005 - Ashley Reed

Single Matter Memorandum
Through 28Feb10

**Billing Atty:** Mattiaccio, Richard L. - (18023)
**Responsible Atty:** Mattiaccio, Richard L. - (18023)

## LEGAL SERVICES

| ID NO. | DATE | NAME | HOURS | STANDARD FEES ($) | BILLED FEES ($) | TASK PHASE | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | testimony. |
| 19630937 | 27Apr09 | S. A. Delchin | 3.50 | 1,172.50 | 1,172.50 | | A104 | Draft preliminary statement; review of key deposition testimony; additional review of key case law cited in moving papers; review of Rule 56.1 evidence; review case law relating calculation of damages. |
| 19623492 | 28Apr09 | R. L. Mattiaccio | 0.75 | 521.25 | 412.50 | | | Confer with Rodgers, exchange e-mails with S. Delchin re: reply |
| 19648108 | 28Apr09 | V. Genecin | 3.60 | 1,944.00 | 1,440.00 | | | Receipt and initial review of defendants' response to motion for summary judgment and attention to supervision of preparation of response to same. |
| 19630933 | 28Apr09 | S. A. Delchin | 2.60 | 871.00 | 871.00 | | A104 | Initiate review of defendants' brief in opposition to motion for summary judgment; review supporting declarations. |
| 19637175 | 28Apr09 | J. P. Rodgers | 0.30 | 127.50 | 124.50 | | | Conference with S. Delchin to discuss certain arguments advanced by Ashley Reed with response to summary judgment. |
| 19627217 | 28Apr09 | J. R. Parilla | 1.75 | 358.75 | 306.25 | | | Assist with review of opposition papers received. |
| 19630934 | 29Apr09 | S. A. Delchin | 3.75 | 1,256.25 | 1,256.25 | | A104 | Revisions to draft of reply brief; continue review of defendants' brief in opposition to motion for summary judgment; review defendants' response to Rule 56.1 statements; additional review of key deposition testimony; meet with J. Rodgers to discuss analysis of defendants' arguments; continue review of defendants' response to Rule 56.1 statements; review case law cited by defendants. |
| 19630932 | 30Apr09 | S. A. Delchin | 3.75 | 1,256.25 | 1,256.25 | | A103 | Continue review of case law cited in defendants' brief in opposition to motion for summary judgment; continue review of defendants' response to Rule 56.1 statements; initiate outline of response to defendants' arguments relating to counterfeiting evidence; review case law relating to treble damages; revisions to reply brief. |
| 19633828 | 01May09 | R. L. Mattiaccio | 2.00 | 1,390.00 | 1,100.00 | | | Review opposition papers; confer with S. Delchin re: opposition papers and reply |
| 19695241 | 01May09 | V. Genecin | 3.40 | 1,836.00 | 1,360.00 | | | Study of response of defendants to motion for summary judgment; attention to designation of confidential material and preparation of letter to counsel advising which items must be filed under seal. |
| 19653312 | 01May09 | S. Skulnik | 1.00 | 580.00 | 450.00 | | | Review opposition papers. |

Prebill Number: 3532932
100743 - Fendi Adele S.r.L.
00005 - Ashley Reed

Single Matter Memorandum
Through 28Feb10

Billing Atty:        Mattiaccio, Richard L. - (18023)
Responsible Atty:    Mattiaccio, Richard L. - (18023)

## LEGAL SERVICES

| ID No. | Date | Name | Hours | Standard Fees ($) | Task Phase | Billed Fees ($) | Activity | Description |
|---|---|---|---|---|---|---|---|---|
| 19722365 | 01May09 | S. A. Delchin | 4.00 | 1,340.00 | | 1,340.00 | A103 | Additional review of Minerva testimony; additional review of defendants' reply to plaintiffs' Rule 56.1 statement; revisions to draft of reply brief addressing Minerva's analysis of counterfeit goods; follow up with J. Rodgers and V. Genecin regarding defendants' arguments; revisions to draft of reply brief. |
| 19695478 | 01May09 | J. P. Rodgers | 1.20 | 510.00 | | 498.00 | | Conference with S. Delchin to discuss issues raised in opposition brief; teleconference with V. Genecin regarding same. |
| 19688503 | 01May09 | J. R. Parilla | 2.50 | 512.50 | | 437.50 | | Review and organize opposition papers served by defendants. |
| 19722366 | 02May09 | S. A. Delchin | 3.75 | 1,256.25 | | 1,256.25 | A103 | Continue drafting plaintiffs' reply brief; additional review of Minerva testimony; draft section of reply brief addressing defendants' argument that defendants failed to put forward any evidence showing that the products they supplied were not counterfeit; additional review of key deposition testimony in record. |
| 19722367 | 03May09 | S. A. Delchin | 3.75 | 1,256.25 | | 1,256.25 | A104 | Review Donohue Declaration and testimony; review Fabbri Declaration; draft section of reply brief responding to defendants' arguments regarding disgorgement of profits; revise latest draft of reply brief; review S. Ressler deposition testimony. |
| 19652781 | 04May09 | R. L. Mattiaccio | 1.75 | 1,216.25 | | 962.50 | | Outline additional arguments for reply, collect record references re: same; exchange e-mails with S. Delchin re: Stratford |
| 19722363 | 04May09 | S. A. Delchin | 3.75 | 1,256.25 | | 1,256.25 | A103 | Continue drafting section of reply brief addressing disgorgement of defendants' profits; additional review of S. Ressler deposition; draft additional arguments regarding defendants' failure to produce genuine invoices; review case law addressing infringing defendants' burden to provide evidence of each deduction that defendants claim is appropriate to the calculation of their profits; follow up with J. Rodgers regarding additional arguments in reply brief. |
| 19695481 | 04May09 | J. P. Rodgers | 0.20 | 85.00 | | 83.00 | | Office conference with S. Friedman to discuss reply, including issues relating to profits. |
| 19688501 | 04May09 | J. R. Parilla | 2.50 | 512.50 | | 437.50 | | Assist with preparation of reply to motion for summary judgment. |
| 19654664 | 05May09 | R. L. Mattiaccio | 1.00 | 695.00 | | 550.00 | | Work on MSJ reply; confer with Delchin, Rodgers re: next |

3/17/2010 4:53:28 PM                          For Internal Use Only                              Page 43

Prebill Number: 3532932  
100743 - Fendi Adele S.r.L.  
00005 - Ashley Reed

Single Matter Memorandum  
Through 28Feb10

Billing Atty:       Mattiaccio, Richard L. - (18023)  
Responsible Atty:   Mattiaccio, Richard L. - (18023)

## LEGAL SERVICES

| ID NO. | DATE | NAME | HOURS | STANDARD FEES ($) | BILLED FEES ($) | TASK | PHASE | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | steps |
| 19722361 | 05May09 | S. A. Delchin | 3.25 | 1,088.75 | 1,088.75 | | | A103 | Continue drafting reply brief; additional review of defendants' reply to plaintiffs' Rule 56.1 statement; additional review of key deposition testimony to support plaintiffs' arguments. |
| 19654663 | 06May09 | R. L. Mattiaccio | 0.75 | 521.25 | 412.50 | | | | review materials re: Stratford; review Dunne affidavit regarding Rosenthal; e-mail to Cannatella |
| 19722364 | 06May09 | S. A. Delchin | 3.90 | 1,306.50 | 1,306.50 | | | A103 | Review background relating to Mark Stratford; review testimony relating to existence of secondary market in Fendi branded goods; review case law addressing defendants' affirmative defenses; review of deposition transcript of A. Cannatella; revisions to latest draft of reply brief. |
| 19658393 | 07May09 | R. L. Mattiaccio | 0.75 | 521.25 | 412.50 | | | | Telephone conference with S. Delchin regarding various points for reply |
| 19722362 | 07May09 | S. A. Delchin | 4.00 | 1,340.00 | 1,340.00 | | | A103 | Draft section of reply brief setting forth evidence of defendants' willfulness as it relates to counterfeiting; initiate review of case law addressing affirmative defenses of laches and acquiescence; follow up with V. Genecin and R. Mattiaccio regarding additional research issues and key testimony in record; additional review of key deposition testimony; additional review of defendants' reply to plaintiffs' Rule 56.1 statement; revisions to latest draft of reply brief. |
| 19695480 | 07May09 | J. P. Rodgers | 0.50 | 212.50 | 207.50 | | | | Conference with S. Delchin to discuss response to ARTI's laches argument;discuss with V. Genecin. |
| 19722360 | 08May09 | S. A. Delchin | 4.25 | 1,423.75 | 1,423.75 | | | A103 | Continue research and review of case addressing affirmative defenses of laches and acquiescence in trademark cases; revisions to latest draft of reply brief; initiate plaintiffs' response to defendants' Rule 56.1 statement of facts; draft additional arguments relating to admissibility of Minerva's testimony; additional review of S. Ressler deposition transcript; draft arguments relating to defendants' affirmative defenses; follow up with V. Genecin and J. Rodgers regarding reply brief. |
| 19722369 | 09May09 | S. A. Delchin | 3.50 | 1,172.50 | 1,172.50 | | | A103 | Continue review of case addressing affirmative defenses of laches and acquiescence in trademark cases; continue drafting arguments relating to defendants' affirmative defenses |