**Prebill Number:** 3532932  
100743 - Fendi Adele S.r.L.  
00005 - Ashley Reed

Single Matter Memorandum  
Through 28Feb10

**Billing Atty:** Mattiaccio, Richard L. - (18023)  
**Responsible Atty:** Mattiaccio, Richard L. - (18023)

## LEGAL SERVICES

| ID No. | Date | Name | Hours | Standard Fees ($) | Billed Fees ($) | Task | Phase | Activity | Description |
|---|---|---|---|---|---|---|---|---|---|
| 19695479 | 09May09 | J. P. Rodgers | 0.25 | 106.25 | 103.75 | | | | Review draft of reply circulated by S. Delchin. |
| 19722370 | 10May09 | S. A. Delchin | 3.75 | 1,256.25 | 1,256.25 | | | A103 | Review and revise latest draft of reply brief; continue drafting plaintiffs' response to defendants' Rule 56.1 statement of facts; revisions to additional arguments relating to admissibility of Minerva's testimony; review and revise reply brief. |
| 19667130 | 11May09 | R. L. Mattiaccio | 1.25 | 868.75 | 687.50 | | | | Review and comment on draft reply papers on motion for summary judgment |
| 19727119 | 11May09 | V. Genecin | 3.10 | 1,674.00 | 1,240.00 | | | | Further preparation of summary judgment reply. |
| 19676626 | 11May09 | S. Skulnik | 1.00 | 580.00 | 450.00 | | | | Review and comment on draft reply papers on motion for summary judgment |
| 19722371 | 11May09 | S. A. Delchin | 3.90 | 1,306.50 | 1,306.50 | | | A103 | Revise arguments relating to affirmative defenses of laches and acquiescence; continue drafting plaintiffs' response to defendants' Rule 56.1 statement of facts; draft additional arguments relating to admissibility of Donohue testimony; follow up with V. Genecin regarding additional arguments. |
| 19695482 | 11May09 | J. P. Rodgers | 6.50 | 2,762.50 | 2,697.50 | | | | Review deposition transcript of Minerva to determine issues of waiver by defendants; review of e-mails regarding same; update team on initial findings; office conference with S. Delchin to discuss present draft of reply brief in support of summary judgment; review present draft of reply brief and revise and edit accordingly; special attention to development section pertaining to Minerva's testimony; review and analyze ARTI's opposition brief, its 56.1 reply and statement of additional facts, and various exhibits submitted with defendants' papers; further discussions with S. Delchin regarding same; research case law addressing the gray market/secondary market for goods. |
| 19667131 | 12May09 | R. L. Mattiaccio | 1.25 | 868.75 | 687.50 | | | | Review and revise reply memo of law in support of summary judgment |
| 19727117 | 12May09 | V. Genecin | 6.80 | 3,672.00 | 2,720.00 | | | | Further preparation of reply in further support of motion for summary judgment. |
| 19722372 | 12May09 | S. A. Delchin | 4.25 | 1,423.75 | 1,423.75 | | | A103 | Review and revise latest draft of reply brief; continue review of key deposition testimony to further supporr reply brief arguments; review of case law addressing admissibility of testimony on summary judgment; additional review of S. Ressler deposition transcript; additional review of case law |

3/17/2010 4:53:28 PM                                For Internal Use Only                                Page 45

**Prebill Number:** 3532932
100743 - Fendi Adele S.r.L.
00005 - Ashley Reed

Single Matter Memorandum
Through 28Feb10

**Billing Atty:** Mattiaccio, Richard L. - (18023)
**Responsible Atty:** Mattiaccio, Richard L. - (18023)

## LEGAL SERVICES

| ID No. | Date | Name | Hours | Standard Fees ($) | Billed Fees ($) | Task Phase | Activity | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | cited by defendants in opposition brief; revise and update reply brief. |
| 19695483 | 12May09 | J. P. Rodgers | 4.00 | 1,700.00 | 1,660.00 | | | Continue attention to reply memorandum and response to ARTI's Local Rule 56.1 statement; continue reviewing present draft of reply; discussions with S. Delchin regarding response to 56.1; revise accordingly and circulate suggestions; teleconference with S. Delchin and V. Genecin regarding reply and 56.1 response; discuss, among other things, factual allegations of ARTI and necessary follow up; teleconference with J. Parilla regarding exhibits. |
| 19688502 | 12May09 | J. R. Parilla | 4.25 | 871.25 | 743.75 | | | Assist with preparation of reply Papers. |
| 19673670 | 13May09 | R. L. Mattiaccio | 1.50 | 1,042.50 | 825.00 | | | Work on reply papers |
| 19727118 | 13May09 | V. Genecin | 7.10 | 3,834.00 | 2,840.00 | | | Final preparation and attention to service of reply memo to motion for summary judgment. |
| 19722373 | 13May09 | S. A. Delchin | 4.75 | 1,591.25 | 1,591.25 | | A103 | Review and revise latest draft of reply brief; follow up with V. Genecin regarding review of additional deposition testimony; continue revising plaintiffs' response to defendants' Rule 56.1 statement of facts; continue review of key deposition testimony; cite check latest draft of reply brief; final review of plaintiffs' reply papers; final proofread of reply brief. |
| 19695484 | 13May09 | J. P. Rodgers | 5.00 | 2,125.00 | 2,075.00 | | | Continue revising and editing reply memorandum and response to 56.1 statement of ARTI; conferences with S. Delchin; review and analyze latest draft of Rule 56.1 response; provide comments to S. Delchin; review V. Genecin's comments and suggestions to the reply; follow up with V. Genecin regarding specific revisions; create tables and review citations; teleconference with paralegal J. Parilla regarding exhibit cites and supplemental declaration of V. Genecin; research case law addressing Evidence Rule 612 to address defendants' arguments regarding Minerva's testimony; supply case cites to V. Genecin to incorporate into reply; final review of reply and circulate to S. Delchin. |
| 19688506 | 13May09 | J. R. Parilla | 5.00 | 1,025.00 | 875.00 | | | Assist with preparation and service of Reply in support of motion for summary judgment. |
| 19722368 | 14May09 | S. A. Delchin | 1.50 | 502.50 | 502.50 | | A104 | Review final version of reply brief; review final version of plaintiffs' response to defendants' Rule 56.1 statement of |

**Prebill Number:** 3532932
100743 - Fendi Adele S.r.L.
00005 - Ashley Reed

Single Matter Memorandum
Through 28Feb10

Billing Atty:        Mattiaccio, Richard L. - (18023)
Responsible Atty:    Mattiaccio, Richard L. - (18023)

## LEGAL SERVICES

| ID No. | Date | Name | Hours | Standard Fees ($) | Phase | Task | Activity | Billed Fees ($) | Description |
|---|---|---|---|---|---|---|---|---|---|
| 19688504 | 14May09 | J. R. Parilla | 3.00 | 615.00 | | | | 525.00 | Review all documents for Motion for Summary Judgment. Organize same for file and attorney review. facts. |
| 19894287 | 16Jul09 | R. L. Mattiaccio | 0.25 | 173.75 | | | | 137.50 | Report to client |
| 20203608 | 20Oct09 | R. L. Mattiaccio | 0.10 | 69.50 | | | | 55.00 | Confer with Genecin re: scheduling oral argument |
| 20220598 | 27Oct09 | R. L. Mattiaccio | 0.25 | 173.75 | | | | 137.50 | Review of fee application issues with V. Genecin |
| 20251850 | 29Oct09 | V. Genecin | 0.50 | 270.00 | | | | 200.00 | Preparation of attorneys' fees application. |
| 20251849 | 30Oct09 | V. Genecin | 0.75 | 405.00 | | | | 300.00 | Preparation of attorneys' fees application. |
| 20323769 | 09Nov09 | V. Genecin | 0.50 | 270.00 | | | | 200.00 | Preparation of fee application. |
| 20434364 | 28Dec09 | J. R. Parilla | 1.25 | 256.25 | | | | 218.75 | Review all court transcripts and orders regarding ARTI. |
| 20434365 | 29Dec09 | J. R. Parilla | 0.75 | 153.75 | | | | 131.25 | Finalize review all court transcripts and orders regarding ARTI. |
| 20475583 | 05Jan10 | R. L. Mattiaccio | 1.00 | 730.00 | | | | 550.00 | Prepare with Genecin re: oral argument |
| 20530607 | 05Jan10 | V. Genecin | 2.20 | 1,254.00 | | | | 880.00 | Receipt of telephone call from Judge Berman's law clerk requesting copies of the Minerva reports and setting date for oral argument; telephone conferences with counsel for defendants re same; preparation of e-mail of advice to counsel confirming same; preparation of documents and cover letter for submission. |
| 20484881 | 05Jan10 | J. R. Parilla | 2.00 | 440.00 | | | | 350.00 | Review and organize expert/authentication reports for submission to Court. |
| 20475585 | 06Jan10 | R. L. Mattiaccio | 1.75 | 1,277.50 | | | | 962.50 | Review of expert reports; revision of Genecin letter to Judge Berman re: same; prepare ▓ |
| 20530612 | 06Jan10 | V. Genecin | 2.30 | 1,311.00 | | | | 920.00 | Further assembly of Minerva reports for submission to chambers; initial preparation for redaction of same for public filing. |
| 20484882 | 06Jan10 | J. R. Parilla | 2.00 | 440.00 | | | | 350.00 | Prepare package of expert/authentication reports for submission to Court. |
| 20475584 | 07Jan10 | R. L. Mattiaccio | 1.25 | 912.50 | | | | 687.50 | Report to A. Fabbri re: ▓ meet with J. Parilla re: redaction of expertise reports; confer with V. Genecin re: same |
| 20484876 | 07Jan10 | J. R. Parilla | 1.50 | 330.00 | | | | 262.50 | Review and redactions to expert/authentication reports for |

3/17/2010 4:53:28 PM                 For Internal Use Only                 Page 47

Prebill Number: 3532932
100743 - Fendi Adele S.r.L.
00005 - Ashley Reed

Single Matter Memorandum
Through 28Feb10

Billing Atty:         Mattiaccio, Richard L. - (18023)
Responsible Atty:     Mattiaccio, Richard L. - (18023)

## LEGAL SERVICES

| ID No. | Date | Name | Hours | Standard Fees ($) | Billed Fees ($) | Task Phase | Activity | Description |
|---|---|---|---|---|---|---|---|---|
| 20530613 | 08Jan10 | V. Genecin | 1.90 | 1,083.00 | 760.00 | | | submission to Court for electronic filing and for filing under seal. |
| 20484878 | 08Jan10 | J.R. Parilla | 2.00 | 440.00 | 350.00 | | | Attention to redaction of Minerva reports for public filing. |
| 20484879 | 11Jan10 | J.R. Parilla | 1.50 | 330.00 | 262.50 | | | Review and redactions to expert/authentication reports for submission to Court for electronic filing and for filing under seal. |
| 20530610 | 12Jan10 | V. Genecin | 1.30 | 741.00 | 520.00 | | | Continued review and redactions to expert/authentication reports for submission to Court for electronic filing and for filing under seal. |
| 20484880 | 12Jan10 | J.R. Parilla | 1.25 | 275.00 | 218.75 | | | Review of redactions to Minerva reports and supervision of further redactions. |
| 20530608 | 13Jan10 | V. Genecin | 1.70 | 969.00 | 680.00 | | | Incorporate V.Genecin's changes to redactions to expert/authentication reports for submission to Court for electronic filing and for filing under seal. |
| 20484877 | 13Jan10 | J.R. Parilla | 2.00 | 440.00 | 350.00 | | | Further preparation of Minerva reports for filing; revisions to draft Declaration to accompany filing. |
| 20530611 | 14Jan10 | V. Genecin | 1.60 | 912.00 | 640.00 | | | Finalize incorporation of V.Genecin's changes to redactions to expert/authentication reports for submission to Court for electronic filing and for filing under seal. |
| 20484883 | 14Jan10 | J.R. Parilla | 1.25 | 275.00 | 218.75 | | | Finalization of redactions and attention to supplemental Declaration to be filed in support; preparation of letter to Dolinger, MJ requesting permission to file original reports under seal. |
| 20490520 | 15Jan10 | J.R. Parilla | 2.50 | 550.00 | 437.50 | | | Revise supplemental declaration of Victor Genecin for filing of redacted expert/authentication reports for submission with the Court via electronic filing and for filing under seal. |
| 20492598 | 19Jan10 | J.R. Parilla | 2.75 | 605.00 | 481.25 | | | Revise and finalize supplemental declaration of Victor Genecin for filing of redacted expert/authentication reports for submission with the Court via electronic filing and for filing under seal. File same with the court. |
| 20493768 | 19Jan10 | R.D. Green | 0.60 | 57.00 | 57.00 | | A111 | Revise letter to Judge Dolinger and prepare sealing envelope and package to the clerk of the court. |
| 20496423 | 20Jan10 | J.R. Parilla | 0.50 | 110.00 | 87.50 | | | Filed supplemental declaration under seal at Southern District of New York Courthouse; submitted courtesy copies for Judge Berman. |
| | | | | | | | | Review profile emails regarding to service of supplemental |

**Prebill Number:** 3532932
100743 - Fendi Adele S.r.L.
00005 - Ashley Reed

Single Matter Memorandum
Through 28Feb10

**Billing Atty:** Mattiaccio, Richard L. - (18023)
**Responsible Atty:** Mattiaccio, Richard L. - (18023)

## LEGAL SERVICES

| ID No. | DATE | NAME | HOURS | STANDARD FEES ($) | BILLED FEES ($) | TASK | PHASE | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 20527092 | 29Jan10 | R. L. Mattiaccio | 1.00 | 730.00 | 550.00 | | | | declaration of V. Genecin and scan and profile documents filed with the clerk document (under seal). |
| 20530609 | 29Jan10 | V. Genecin | 4.30 | 2,451.00 | 1,720.00 | | | | Review A. reed filing of Colton declaration; meet with V. Genecin to prepare for oral argument |
| 20566822 | 01Feb10 | R. L. Mattiaccio | 2.75 | 2,007.50 | 1,512.50 | | | | Initial preparation for oral argument of motion for summary judgment, scheduled for February 4, 2010; receipt and review of filing by defendant of Colton Declaration, and preparation of letter to Judge Berman re same. |
| 20622898 | 01Feb10 | V. Genecin | 5.30 | 3,021.00 | 2,120.00 | | | | Preparation for oral argument; confer with V. Genecin re same |
| 20622900 | 02Feb10 | V. Genecin | 5.00 | 2,850.00 | 2,000.00 | | | | Final preparation and attention to submission to Judge Berman of letter objecting to filing by defendant of Colton Declaration; further preparation for oral argument of motion for summary judgment. |
| 20635671 | 02Feb10 | S. Skulnik | 5.00 | 3,050.00 | 2,250.00 | | | | Preparation for oral argument. |
| 20622899 | 03Feb10 | V. Genecin | 4.60 | 2,622.00 | 1,840.00 | | | | Prep for oral argument with Genecin. |
| 20566821 | 04Feb10 | R. L. Mattiaccio | 2.50 | 1,825.00 | 1,375.00 | | | | Preparation for oral argument on motion for summary judgment. |
| 20622895 | 04Feb10 | V. Genecin | 6.10 | 3,477.00 | 2,440.00 | | | | Attend oral argument of motion for summary judgment; prepare and send ▊ |
| 20635670 | 04Feb10 | S. Skulnik | 2.00 | 1,220.00 | 900.00 | | | | Final preparation, travel to US Courthouse, Southern District of New York, and presentation of oral argument to Court on Fendi's motion for summary judgment; return to office |
| 20622901 | 08Feb10 | V. Genecin | 0.60 | 342.00 | 240.00 | | | | Attend oral argument of motion for summary judgment |
| 20579633 | 09Feb10 | R. L. Mattiaccio | 1.25 | 912.50 | 687.50 | | | | Initial preparation of letter to Berman, J. re decision in Fendi v. Burlington Coat Factory. |
| 20579632 | 10Feb10 | R. L. Mattiaccio | 0.50 | 365.00 | 275.00 | | | | Review Judge Sand decision to prepare letter to Judge Berman |
| 20622893 | 10Feb10 | V. Genecin | 1.60 | 912.00 | 640.00 | | | | Revise letter to Judge Berman re: Burlington decision |
| 20622894 | 11Feb10 | V. Genecin | 2.50 | 1,425.00 | 1,000.00 | | | | Further preparation of letter to Judge Berman concerning Judge Sand's decision granting summary judgment against Burlington Coat Factory. |
| | | | | | | | | | Final preparation and attention to arrangements for delivery of letter to Judge Berman concerning Judge Sand's decision |

**Prebill Number:** 3532932
100743 - Fendi Adele S.r.L.
00005 - Ashley Reed

Single Matter Memorandum
Through 28Feb10

**Billing Atty:** Mattiaccio, Richard L. - (18023)
**Responsible Atty:** Mattiaccio, Richard L. - (18023)

## LEGAL SERVICES

| ID No. | Date | Name | Hours | Standard Fees ($) | Billed Fees ($) | Phase | Task | Activity | Description |
|---|---|---|---|---|---|---|---|---|---|
| 20592730 | 16Feb10 | R. L. Mattiaccio | 1.50 | 1,095.00 | 825.00 | | | | granting summary judgment against Burlington Coat Factory. Review Judge Berman's decision; ▓▓▓ |
| 20622897 | 16Feb10 | V. Genecin | 1.40 | 798.00 | 560.00 | | | | Receipt and review of decision of U.S. District Court, S.D.N.Y., Berman, J. granting partial summary judgment against the Ashley Reed defendants and referring the case to Dolinger, MJ for a report and recommendation re willfulness, damages, exchange of e-mails re same with R. Mattiaccio. |
| 20635669 | 16Feb10 | S. Skulnik | 1.00 | 610.00 | 450.00 | | | | Review Berman decision. |
| 20603764 | 16Feb10 | J. P. Rodgers | 1.25 | 562.50 | 518.75 | | | | Review and analyze summary judgment opinion; confer with R. Mattiacio regarding same; attention to ▓▓▓ compile relevant cases. |
| 20598830 | 17Feb10 | R. L. Mattiaccio | 1.50 | 1,095.00 | 825.00 | | | | Prepare for conference |
| 20635674 | 17Feb10 | S. Skulnik | 1.50 | 915.00 | 675.00 | | | | Prep for conference. |
| 20610879 | 17Feb10 | J. P. Rodgers | 1.00 | 450.00 | 415.00 | | | | Conference with D. Ostrach to discuss and review issues related to ▓▓▓ |
| 20597968 | 17Feb10 | D. Ostrach | 5.85 | 1,170.00 | 1,170.00 | | | | Research regarding ▓▓▓ |
| 20603763 | 18Feb10 | J. P. Rodgers | 0.75 | 337.50 | 311.25 | | | | Conference with D. Ostrach regarding research and analysis of ▓▓▓ review draft memo regarding same. |
| 20597967 | 18Feb10 | D. Ostrach | 7.60 | 1,520.00 | 1,520.00 | | | | Research for, and drafted, advocacy memorandum regarding ▓▓▓ |
| 20622889 | 19Feb10 | V. Genecin | 2.30 | 1,311.00 | 920.00 | | | | Study of decision and preparation for conference before Dolinger, MJ; review of legal research re ▓▓▓ |
| 20612022 | 19Feb10 | J. P. Rodgers | 0.50 | 225.00 | 207.50 | | | | Further attention to issues related to ▓▓▓ special attention to ▓▓▓ |
| 20603976 | 19Feb10 | D. Ostrach | 4.95 | 990.00 | 990.00 | | | | Research and drafted advocacy memorandum regarding ▓▓▓ ond |

**Prebill Number:** 3532932  
100743 - Fendi Adele S.r.L.  
00005 - Ashley Reed

Single Matter Memorandum  
Through 28Feb10

**Billing Atty:** Mattiaccio, Richard L. - (18023)  
**Responsible Atty:** Mattiaccio, Richard L. - (18023)

## LEGAL SERVICES

| ID No. | Date | Name | Hours | Standard Fees ($) | Billed Fees ($) | Phase | Task | Activity | Description |
|---|---|---|---|---|---|---|---|---|---|
| 20603762 | 21Feb10 | J. P. Rodgers | 0.30 | 135.00 | 124.50 | | | | phone conference with V. Genecin regarding ▓ |
| 20622892 | 22Feb10 | V. Genecin | 1.60 | 912.00 | 640.00 | | | | Review final draft of memo from D. Ostrach regarding ▓ |
| 20612023 | 22Feb10 | J. P. Rodgers | 1.00 | 450.00 | 415.00 | | | | Preparation for conference before Dolinger, MJ scheduled for February 23, 2010. |
| 20607946 | 23Feb10 | R. L. Mattiaccio | 1.50 | 1,095.00 | 825.00 | | | | Follow up research and analysis of ▓ |
| 20622896 | 23Feb10 | V. Genecin | 1.60 | 912.00 | 640.00 | | | | Meet with V. Genecin, S. Skulnik re: court appearance; work on reference to Dolinger, MJ ▓ |
| | | | | | | | | | Travel to court (50% charged to BCF, 50% to ARTI) and representation of client at conference before Dolinger, MJ, resulting in schedule for submissions concerning willfulness, profits, attorneys' fees and costs; return to office (50% charged to BCF, 50% to ARTI); telephone conference with J. Rodgers re preparation of submissions. |
| 20635676 | 23Feb10 | S. Skulnik | 2.00 | 1,220.00 | 900.00 | | | | Court appearance and discuss possible settlement. |
| 20612024 | 23Feb10 | J. P. Rodgers | 0.80 | 360.00 | 332.00 | | | | Teleconference with V. Genecin regarding ▓ begin ▓ |
| 20627425 | 23Feb10 | D. Ostrach | 2.25 | 450.00 | 450.00 | | | | Discussion with V. Genecin regarding research on ▓ |
| 20620716 | 24Feb10 | J. P. Rodgers | 2.20 | 990.00 | 913.00 | | | | Attention to willfulness argument; review summary e-mail from V. Genecin regarding points to include in the brief to the Court; begin reviewing Ressler's deposition testimony (volume 1) and Berman opinion including statements related to defendants' bad faith. |
| 20627426 | 24Feb10 | D. Ostrach | 2.10 | 420.00 | 420.00 | | | | Collecting cases addressing ▓ |

Prebill Number: 3532932
100743 - Fendi Adele S.r.L.
00005 - Ashley Reed

Single Matter Memorandum
Through 28Feb10

Billing Atty:           Mattiaccio, Richard L. - (18023)
Responsible Atty:       Mattiaccio, Richard L. - (18023)

## LEGAL SERVICES

| ID No. | Date | Name | Hours | Standard Fees ($) | Billed Fees ($) | Phase | Task | Activity | Description |
|---|---|---|---|---|---|---|---|---|---|
| 20622890 | 26Feb10 | V. Genecin | 1.20 | 684.00 | 480.00 | | | | Preparation of submission to Dolinger, M.J. |
| 20622891 | 28Feb10 | V. Genecin | 1.30 | 741.00 | 520.00 | | | | Preparation of submission to Dolinger, M.J. |
| 20628950 | 28Feb10 | J. P. Rodgers | 2.25 | 1,012.50 | 933.75 | | | | Review and analyze Volume 2 of deposition of Ressler in preparation for willfulness brief to Dolinger, M.J. the Court; review e-mail from Genecin regarding Nike decision on on willfulness. |

TOTAL HOURS:        1223.00
TOTAL SERVICES:     518,292.65     425,889.75

## DISBURSEMENTS

| ID No. | Date | Cost Type | Phase | Task | Amount ($) | Session No. | Qty | Unit Cost | Incurring Employee | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 18785549 | 31Aug07 | 500 Delivery Services | | | 19.90 | | | | | VENDOR: AVANT BUSINESS SERVICES; INVOICE#: 164485; DATE: 8/31/2007 - NAC/9/11/07 Local Delivery |
| 19480046 | 09May08 | 026 Online services - Lexis/Nexis | | | 44.59 | 57885 | | | JPR | Online services - Lexis/Nexis |
| 19480047 | 09May08 | 026 Online services - Lexis/Nexis | | | 205.14 | 57885 | | | JPR | Online services - Lexis/Nexis |
| 19480048 | 09May08 | 026 Online services - Lexis/Nexis | | | 222.98 | 57885 | | | JPR | Online services - Lexis/Nexis |
| 19480049 | 09May08 | 026 Online services - Lexis/Nexis | | | 1.98 | 57885 | | | JPR | Online services - Lexis/Nexis |
| 19480050 | 09May08 | 026 Online services - Lexis/Nexis | | | 6.96 | 57885 | | | JPR | Online services - Lexis/Nexis |
| 19480051 | 09May08 | 026 Online | | | 10.53 | 57885 | | | JPR | Online services - Lexis/Nexis |

3/17/2010 4:53:28 PM                    For Internal Use Only                    Page 52

**Prebill Number:** 3532932
100743 - Fendi Adele S.r.L.
00005 - Ashley Reed

Single Matter Memorandum
Through 28Feb10

**Billing Atty:** Mattiaccio, Richard L. - (18023)
**Responsible Atty:** Mattiaccio, Richard L. - (18023)

## DISBURSEMENTS

| ID No. | Date | Cost Type | Phase | Task | Amount ($) | Session No. | Qty | Unit Cost ($) | Incurring Employee | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 19480052 | 09May08 | 026 Online services - Lexis/Nexis | | | 39.72 | 57885 | | | JPR | Online services - Lexis/Nexis |
| 19480053 | 09May08 | 026 Online services - Lexis/Nexis | | | 2.87 | 57885 | | | JPR | Online services - Lexis/Nexis |
| 19480054 | 10May08 | 026 Online services - Lexis/Nexis | | | 11.93 | 57885 | | | JPR | Online services - Lexis/Nexis |
| 19480055 | 10May08 | 026 Online services - Lexis/Nexis | | | 2.87 | 57885 | | | JPR | Online services - Lexis/Nexis |
| 19480056 | 11May08 | 026 Online services - Lexis/Nexis | | | 1.39 | 57885 | | | JPR | Online services - Lexis/Nexis |
| 19480057 | 11May08 | 026 Online services - Lexis/Nexis | | | 14.10 | 57885 | | | JPR | Online services - Lexis/Nexis |
| 19480058 | 11May08 | 026 Online services - Lexis/Nexis | | | 13.92 | 57885 | | | JPR | Online services - Lexis/Nexis |
| 19480059 | 11May08 | 026 Online services - Lexis/Nexis | | | 2.87 | 57885 | | | JPR | Online services - Lexis/Nexis |
| 19493881 | 14May08 | 026 Online services - Lexis/Nexis | | | 8.53 | 57956 | | | JPR | Online services - Lexis/Nexis |
| 19493882 | 14May08 | 026 Online services - Lexis/Nexis | | | 1.55 | 57956 | | | JPR | Online services - Lexis/Nexis |
| 19493883 | 15May08 | 026 Online services - Lexis/Nexis | | | 216.34 | 57956 | | | JPR | Online services - Lexis/Nexis |
| 19493884 | 15May08 | 026 Online services - Lexis/Nexis | | | 47.04 | 57956 | | | JPR | Online services - Lexis/Nexis |

Prebill Number: 3532932  
100743 - Fendi Adele S.r.L.  
00005 - Ashley Reed

Single Matter Memorandum  
Through 28Feb10

Billing Atty: Mattiaccio, Richard L. - (18023)  
Responsible Atty: Mattiaccio, Richard L. - (18023)

### DISBURSEMENTS

| ID NO. | DATE | COST TYPE | PHASE | TASK | AMOUNT ($) | SESSION NO. | QTY | UNIT COST ($) | INCURRING EMPLOYEE | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|
| 19493885 | 15May08 | 026 Online services - Lexis/Nexis | | | 11.71 | 57956 | | | JPR | Online services - Lexis/Nexis |
| 19493886 | 17May08 | 026 Online services - Lexis/Nexis | | | 216.36 | 57956 | | | JPR | Online services - Lexis/Nexis |
| 19493887 | 17May08 | 026 Online services - Lexis/Nexis | | | 47.03 | 57956 | | | JPR | Online services - Lexis/Nexis |
| 19493888 | 17May08 | 026 Online services - Lexis/Nexis | | | 15.12 | 57956 | | | JPR | Online services - Lexis/Nexis |
| 19493889 | 17May08 | 026 Online services - Lexis/Nexis | | | 6.39 | 57956 | | | JPR | Online services - Lexis/Nexis |
| 19493890 | 18May08 | 026 Online services - Lexis/Nexis | | | 16.41 | 57956 | | | JPR | Online services - Lexis/Nexis |
| 19493891 | 18May08 | 026 Online services - Lexis/Nexis | | | 8.52 | 57956 | | | JPR | Online services - Lexis/Nexis |
| 19493892 | 18May08 | 026 Online services - Lexis/Nexis | | | 3.09 | 57956 | | | JPR | Online services - Lexis/Nexis |
| 19493893 | 19May08 | 026 Online services - Lexis/Nexis | | | 235.15 | 57956 | | | JPR | Online services - Lexis/Nexis |
| 19493894 | 19May08 | 026 Online services - Lexis/Nexis | | | 16.40 | 57956 | | | JPR | Online services - Lexis/Nexis |
| 19493895 | 19May08 | 026 Online services - Lexis/Nexis | | | 2.14 | 57956 | | | JPR | Online services - Lexis/Nexis |
| 19513454 | 20May08 | 026 Online services - Lexis/Nexis | | | 15.95 | 58018 | | | JPR | Online services - Lexis/Nexis |
| 19513455 | 20May08 | 026 Online services - Lexis/Nexis | | | 1.65 | 58018 | | | JPR | Online services - Lexis/Nexis |

**Prebill Number:** 3532932  
100743 - Fendi Adele S.r.L.  
00005 - Ashley Reed  

Single Matter Memorandum  
Through 28Feb10  

**Billing Atty:** Mattiaccio, Richard L. - (18023)  
**Responsible Atty:** Mattiaccio, Richard L. - (18023)  

## DISBURSEMENTS

| ID No. | Date | Cost Type | Phase | Task | Amount ($) | Session No. | Qty | Unit Cost ($) | Incurring Employee | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 19513456 | 20May08 | 026 Online services - Lexis/Nexis | | | 49.03 | 58018 | | | JPR | Online services - Lexis/Nexis |
| 19513457 | 20May08 | 026 Online services - Lexis/Nexis | | | 23.47 | 58018 | | | JPR | Online services - Lexis/Nexis |
| 19513458 | 20May08 | 026 Online services - Lexis/Nexis | | | 3.41 | 58018 | | | JPR | Online services - Lexis/Nexis |
| 19513459 | 21May08 | 026 Online services - Lexis/Nexis | | | 11.51 | 58018 | | | JPR | Online services - Lexis/Nexis |
| 19513460 | 21May08 | 026 Online services - Lexis/Nexis | | | 46.93 | 58018 | | | JPR | Online services - Lexis/Nexis |
| 19543320 | 28May08 | 507 Meals | | | 116.86 | | | | | VENDOR: Bistro Cafe; INVOICE#: 11196; DATE: 5/28/2008  - VG/5/29/08 Beverage Setup |
| 19543095 | 29May08 | 507 Meals | | | 19.24 | | | | | VENDOR: Bistro Cafe; INVOICE#: 11205; DATE: 5/29/2008  - KL/06/02/08 Lunch for Victor Genecin |
| 19554032 | 09Jun08 | 501 Express Mail - Fedex | | | 29.08 | | | | | VENDOR: FEDERAL EXPRESS INVOICE#: 274652935 DATE: 6/9/2008 FedEx Delivery; Tracking Number:792711292404; Send By: Joseph Parilla-SSD;  Shipped On: 06052008;  Shipped To:David Schoen, ; 2800 Selda Road MONTGOMERY, AL, 36106; Received On: 06062008; 100743.00005 |
| 19595429 | 23Jun08 | 501 Express Mail - Fedex | | | 16.03 | | | | | VENDOR: FEDERAL EXPRESS INVOICE#: 277112334 DATE: 6/23/2008 FedEx Delivery; Tracking Number:790526524767; Send By: Dina Lambrou-Squire, Sanders;  Shipped On: 06132008; Shipped To:Seth Natter, Esq., Natter and Natter; 501 Fifth Avenue NEW YORK CITY, NY, 10017; Received On: 06162008; 100743.00005 |
| 19595431 | 23Jun08 | 501 Express Mail - Fedex | | | 16.03 | | | | | VENDOR: FEDERAL EXPRESS INVOICE#: 277112334 DATE: 6/23/2008 FedEx Delivery; Tracking Number:791916321986; Send |

**Prebill Number: 3532932**
100743 - Fendi Adele S.r.L.
00005 - Ashley Reed

Single Matter Memorandum
Through 28Feb10

Billing Atty:       Mattiaccio, Richard L. - (18023)
Responsible Atty:   Mattiaccio, Richard L. - (18023)

## DISBURSEMENTS

| ID No. | Date | Cost Type | Phase | Task | Amount ($) | Session No. | Qty | Unit Cost ($) | Incurring Employee | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 19644881 | 23Jun08 | 042 Secretary Overtime | | | 120.00 | 58566 | | | CEH | By: Dina Lambrou-Squire, Sanders; Shipped On: 06132008; Shipped To:Gerard F. Dunne, Esq., Gerard F. Dunne P.C.; 156 Fifth Avenue NEW YORK CITY, NY, 10010; Received On: 06162008; 100743.00005 copying of documents for deposition |
| 19620044 | 24Jun08 | 511 Printing/Duplicating - Outside | | | 2,838.29 | | | | | VENDOR: Thurman, Miguel; INVOICE#: 101; DATE: 6/24/2008 - NC/Outside Duplication |
| 19708127 | 24Jun08 | 511 Printing/Duplicating - Outside | | | 2,838.29 | | | | | VENDOR: ONE HUNDRED PERCENT; INVOICE#: 101; DATE: 6/24/2008 - NC/Outside Duplication |
| 19648384 | 01Jul08 | 507 Meals | | | 65.50 | | | | | VENDOR: Bistro Cafe; INVOICE#: 10645; DATE: 7/1/2008 - Victor Genecin 7/01/08 Beverage Setup |
| 19664295 | 01Jul08 | 042 Secretary Overtime | | | 75.00 | 58658 | | | CEH | request for creation of new matter files for court filing |
| 19698553 | 24Jul08 | 511 Printing/Duplicating - Outside | | | -2,838.29 | | | | | Cancellation of VENDOR: Thurman, Miguel; INVOICE#: 101; DATE: 6/24/2008 - NC/Outside Duplication |
| 19781595 | 07Aug08 | 507 Meals | | | 85.74 | | | | | VENDOR: Bistro Cafe; INVOICE#: 08072008; DATE: 8/7/2008 - NC/Meals |
| 19793356 | 18Aug08 | 501 Express Mail - Fedex | | | 15.06 | | | | | VENDOR: FEDERAL EXPRESS INVOICE#: 286911509 DATE: 8/18/2008 FedEx Delivery; Tracking Number:791939995367; Send By: Mail Room-SSD; Shipped On: 08122008; Shipped To:Gerard F. Dunne, Esq., Gerard F. Dunne PC; 156 5TH AVE . Suite 1223 NEW YORK CITY, NY, 10010; Received On: 08132008; 100743.00005 |
| 19793357 | 18Aug08 | 501 Express Mail - Fedex | | | 14.24 | | | | | VENDOR: FEDERAL EXPRESS INVOICE#: 286911509 DATE: 8/18/2008 FedEx Delivery; Tracking Number:792095411671; Send By: Joe Parilla-SSD; Shipped On: 08122008; Shipped To:Christian D. Carbone, Loeb & Loeb; 345 PARK AVE NEW YORK CITY, NY, 10154; Received On: 08132008; 100743.00005 |
| 20337469 | 11Nov08 | 507 Meals | | | 101.30 | | | | | VENDOR: Bistro Cafe; INVOICE#: 8751; DATE: 11/11/2008 - NY R.Mattiaccio 11/11/08 Meals |

**Prebill Number: 3532932**
100743 - Fendi Adele S.r.L.
00005 - Ashley Reed

Single Matter Memorandum
Through 28Feb10

Billing Atty:        Mattiaccio, Richard L. - (18023)
Responsible Atty:    Mattiaccio, Richard L. - (18023)

### DISBURSEMENTS

| ID NO. | DATE | COST TYPE | PHASE | TASK | AMOUNT ($) | SESSION NO. | QTY | UNIT COST ($) | INCURRING EMPLOYEE | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|
| 20117369 | 12Nov08 | 515 Travel | | | 1,090.20 | | | | | VENDOR: Victor Genecin; INVOICE#: 111208; DATE: 11/12/2008 - NY Trip to London for Mark Stanford Deposition |
| 20189709 | 01Dec08 | 501 Express Mail - Fedex | | | 132.44 | | | | | VENDOR: FEDERAL EXPRESS; INVOICE#: 891784894; DATE: 12/1/2008 - NY JL 11/25/08 FedEx |
| 20170108 | 08Dec08 | 501 Express Mail - Fedex | | | 14.02 | | | | | VENDOR: FEDERAL EXPRESS INVOICE#: 900628059 DATE: 12/8/2008 FedEx Delivery; Tracking Number:796158672135; Send By: miguel rodriguez-Squire, Sanders & Dempsey; Shipped On: 12032008; Shipped To:Gerard F. Dunne, Gerard F. Dunne PC; 156 Fifth Avenue, Suite 1223 NEW YORK CITY, NY, 10010; Received On: 12042008; 100743.00005 |
| 20303052 | 18Jan09 | 026 Online services - Lexis/Nexis | | | 16.07 | 60906 | | | MHO | Online services - Lexis/Nexis |
| 20327012 | 20Jan09 | 026 Online services - Lexis/Nexis | | | 23.26 | 60987 | | | SWV | Online services - Lexis/Nexis |
| 20327013 | 20Jan09 | 026 Online services - Lexis/Nexis | | | 3.32 | 60987 | | | SWV | Online services - Lexis/Nexis |
| 20327014 | 20Jan09 | 026 Online services - Lexis/Nexis | | | 3.72 | 60987 | | | SWV | Online services - Lexis/Nexis |
| 20327015 | 20Jan09 | 026 Online services - Lexis/Nexis | | | 37.23 | 60987 | | | SWV | Online services - Lexis/Nexis |
| 20327016 | 20Jan09 | 026 Online services - Lexis/Nexis | | | 1.91 | 60987 | | | SWV | Online services - Lexis/Nexis |
| 20327040 | 25Jan09 | 026 Online services - Lexis/Nexis | | | 14.90 | 60987 | | | SWV | Online services - Lexis/Nexis |
| 20327041 | 25Jan09 | 026 Online services - Lexis/Nexis | | | 37.48 | 60987 | | | SWV | Online services - Lexis/Nexis |

Prebill Number: 3532932  
100743 - Fendi Adele S.r.L.  
00005 - Ashley Reed

Single Matter Memorandum  
Through 28Feb10

Billing Atty:         Mattiaccio, Richard L. - (18023)  
Responsible Atty:     Mattiaccio, Richard L. - (18023)

### DISBURSEMENTS

| ID No. | Date | Cost Type | Phase | Task | Amount ($) | Session No. | Qty | Unit Cost ($) | Incurring Employee | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 20327042 | 25Jan09 | 026 Online services - Lexis/Nexis | | | 76.46 | 60987 | | | SWV | Online services - Lexis/Nexis |
| 20327043 | 25Jan09 | 026 Online services - Lexis/Nexis | | | 5.79 | 60987 | | | SWV | Online services - Lexis/Nexis |
| 20336754 | 29Jan09 | 026 Online services - Lexis/Nexis | | | 292.55 | 61027 | | | SWV | Online services - Lexis/Nexis |
| 20336755 | 29Jan09 | 026 Online services - Lexis/Nexis | | | 14.89 | 61027 | | | SWV | Online services - Lexis/Nexis |
| 20336756 | 29Jan09 | 026 Online services - Lexis/Nexis | | | 40.42 | 61027 | | | SWV | Online services - Lexis/Nexis |
| 20336757 | 29Jan09 | 026 Online services - Lexis/Nexis | | | 159.56 | 61027 | | | SWV | Online services - Lexis/Nexis |
| 20336758 | 29Jan09 | 026 Online services - Lexis/Nexis | | | 21.20 | 61027 | | | SWV | Online services - Lexis/Nexis |
| 20336759 | 30Jan09 | 026 Online services - Lexis/Nexis | | | 5.57 | 61027 | | | SWV | Online services - Lexis/Nexis |
| 20336760 | 30Jan09 | 026 Online services - Lexis/Nexis | | | 77.94 | 61027 | | | SWV | Online services - Lexis/Nexis |
| 20336761 | 30Jan09 | 026 Online services - Lexis/Nexis | | | 29.90 | 61027 | | | SWV | Online services - Lexis/Nexis |
| 20336762 | 30Jan09 | 026 Online services - Lexis/Nexis | | | 1.92 | 61027 | | | SWV | Online services - Lexis/Nexis |
| 20380387 | 05Feb09 | 026 Online services - Lexis/Nexis | | | 3.50 | 61141 | | | MCD | Online services - Lexis/Nexis |
| 20380388 | 05Feb09 | 026 Online services - Lexis/Nexis | | | 9.35 | 61141 | | | MCD | Online services - Lexis/Nexis |