Prebill Number: 3532932  
100743 - Fendi Adele S.r.L.  
00005 - Ashley Reed

Single Matter Memorandum  
Through 28Feb10

Billing Atty: Mattiaccio, Richard L. - (18023)  
Responsible Atty: Mattiaccio, Richard L. - (18023)

### DISBURSEMENTS

| ID No. | Date | Cost Type | Phase | Task | Amount ($) | Session No. | Qty | Unit Cost ($) | Incurring Employee | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 20380389 | 05Feb09 | 026 Online services - Lexis/Nexis | | | 1.82 | 61141 | | | MCD | Online services - Lexis/Nexis |
| 20380390 | 05Feb09 | 026 Online services - Lexis/Nexis | | | 6.98 | 61141 | | | SWV | Online services - Lexis/Nexis |
| 20380391 | 05Feb09 | 026 Online services - Lexis/Nexis | | | 75.82 | 61141 | | | SWV | Online services - Lexis/Nexis |
| 20380392 | 06Feb09 | 026 Online services - Lexis/Nexis | | | 15.70 | 61141 | | | SWV | Online services - Lexis/Nexis |
| 20380393 | 06Feb09 | 026 Online services - Lexis/Nexis | | | 46.77 | 61141 | | | SWV | Online services - Lexis/Nexis |
| 20380394 | 06Feb09 | 026 Online services - Lexis/Nexis | | | 3.62 | 61141 | | | SWV | Online services - Lexis/Nexis |
| 20380395 | 08Feb09 | 026 Online services - Lexis/Nexis | | | 237.63 | 61141 | | | SWV | Online services - Lexis/Nexis |
| 20380396 | 08Feb09 | 026 Online services - Lexis/Nexis | | | 19.21 | 61141 | | | SWV | Online services - Lexis/Nexis |
| 20380397 | 08Feb09 | 026 Online services - Lexis/Nexis | | | 18.96 | 61141 | | | SWV | Online services - Lexis/Nexis |
| 20380398 | 08Feb09 | 026 Online services - Lexis/Nexis | | | 74.86 | 61141 | | | SWV | Online services - Lexis/Nexis |
| 20380399 | 08Feb09 | 026 Online services - Lexis/Nexis | | | 19.90 | 61141 | | | SWV | Online services - Lexis/Nexis |
| 20406949 | 10Feb09 | 026 Online services - Lexis/Nexis | | | 3.15 | 61216 | | | SWV | Online services - Lexis/Nexis |

**Prebill Number:** 3532932
100743 - Fendi Adele S.r.L.
00005 - Ashley Reed

Single Matter Memorandum
Through 28Feb10

**Billing Atty:** Mattiaccio, Richard L. - (18023)
**Responsible Atty:** Mattiaccio, Richard L. - (18023)

## DISBURSEMENTS

| ID No. | Date | Cost Type | Phase | Task | Amount ($) | Session No. | Qty | Unit Cost ($) | Incurring Employee | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 20406950 | 10Feb09 | 026 Online services - Lexis/Nexis | | | 2.82 | 61216 | | | SWV | Online services - Lexis/Nexis |
| 20406951 | 10Feb09 | 026 Online services - Lexis/Nexis | | | 6.56 | 61216 | | | SWV | Online services - Lexis/Nexis |
| 20406952 | 11Feb09 | 026 Online services - Lexis/Nexis | | | 9.50 | 61216 | | | SWV | Online services - Lexis/Nexis |
| 20406953 | 11Feb09 | 026 Online services - Lexis/Nexis | | | 31.84 | 61216 | | | SWV | Online services - Lexis/Nexis |
| 20406954 | 11Feb09 | 026 Online services - Lexis/Nexis | | | 103.35 | 61216 | | | SWV | Online services - Lexis/Nexis |
| 20406955 | 11Feb09 | 026 Online services - Lexis/Nexis | | | 2.82 | 61216 | | | SWV | Online services - Lexis/Nexis |
| 20406956 | 11Feb09 | 026 Online services - Lexis/Nexis | | | 22.60 | 61216 | | | SWV | Online services - Lexis/Nexis |
| 20406957 | 11Feb09 | 026 Online services - Lexis/Nexis | | | 11.45 | 61216 | | | SWV | Online services - Lexis/Nexis |
| 20450086 | 26Feb09 | 026 Online services - Lexis/Nexis | | | 1.64 | 61369 | | | JPR | Online services - Lexis/Nexis |
| 20450087 | 26Feb09 | 026 Online services - Lexis/Nexis | | | 119.73 | 61369 | | | JPR | Online services - Lexis/Nexis |
| 20450088 | 26Feb09 | 026 Online services - Lexis/Nexis | | | 38.14 | 61369 | | | JPR | Online services - Lexis/Nexis |
| 20450089 | 26Feb09 | 026 Online services - Lexis/Nexis | | | 1.69 | 61369 | | | JPR | Online services - Lexis/Nexis |
| 20450090 | 27Feb09 | 026 Online services - Lexis/Nexis | | | 4.93 | 61369 | | | JPR | Online services - Lexis/Nexis |

Prebill Number: 3532932  
100743 - Fendi Adele S.r.L.  
00005 - Ashley Reed

Single Matter Memorandum  
Through 28Feb10

Billing Atty: Mattiaccio, Richard L. - (18023)  
Responsible Atty: Mattiaccio, Richard L. - (18023)

## DISBURSEMENTS

| ID No. | DATE | COST TYPE | PHASE | TASK | AMOUNT ($) | SESSION NO. | QTY | UNIT COST ($) | INCURRING EMPLOYEE | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Lexis/Nexis | | | | | | | | |
| 20450091 | 27Feb09 | 026 Online services - Lexis/Nexis | | | 8.82 | 61369 | | | JPR | Online services - Lexis/Nexis |
| 20473519 | 27Feb09 | 042 Secretary Overtime | E100 | E124 | 30.00 | 61458 | | | KL | finalized documents for summary judgment motion |
| 20525066 | 27Feb09 | 507 Meals | | | 22.03 | | | | | VENDOR: Victor Genecin; INVOICE#: 022709; DATE: 2/27/2009 - Dinner for Team Assembling Motions |
| 20525067 | 27Feb09 | 507 Meals | | | 22.03 | | | | | VENDOR: Victor Genecin; INVOICE#: 022709; DATE: 2/27/2009 - Dinner for Team Assembling Motions |
| 21120062 | 03Mar09 | 500 Delivery Services | E100 | E124 | 11.25 | CommonInvoice: 8483 | | | | VENDOR: Deluxe Delivery System, Inc. INVOICE#: 83188 DATE: 3/31/2009 Doretta Smith 03/03/09 / MESSENGER SERVICE |
| 20566837 | 06Mar09 | 506 Local Transportation | E100 | E124 | 107.10 | CommonInvoice: 6143 | | | | VENDOR: ELITE LIMOUSINE PLUS INC. INVOICE#: 1354703 DATE: 3/6/2009 VG-02/28/09-LOCAL TRANSPORATION |
| 20478929 | 09Mar09 | 501 Express Mail - Fedex | E100 | E124 | 15.20 | | | | | VENDOR: FEDERAL EXPRESS INVOICE#: 911452205 DATE: 3/9/2009 FedEx Delivery; Tracking Number:797383679496; Send By: Joe Parilla-Squire, Sanders & Dempsey L.L.; Shipped On: 03032009; Shipped To:Gerard F. Dunne, Esq. Gerard F. Dunne P.C.; 156 Fifth Avenue NEW YORK CITY, NY, 10010; Received On: 03042009; 100743.00005 |
| 20502902 | 16Mar09 | 501 Express Mail - Fedex | E100 | E124 | 16.67 | | | | | VENDOR: FEDERAL EXPRESS INVOICE#: 912282062 DATE: 3/16/2009 FedEx Delivery; Tracking Number:796417725520; Send By: Richard L. Mattiaccio-Squire, Sanders & Dempsey L.L.; Shipped On: 03112009; Shipped To:Richard L. Mattiaccio. ; 204 Bedford Road PLEASANTVILLE, NY, 10570; Received On: 03122009; 100743.00005 |
| 20502852 | 17Mar09 | 501 Express Mail - Fedex | E100 | E124 | 32.80 | | | | | VENDOR: FEDERAL EXPRESS INVOICE#: 895969143 DATE: 3/17/2009 FedEx Delivery; Tracking Number:796413116465; Send By: RICHARD L. MATTIACCIO-SQUIRE, SANDERS & DEMPSEY L.L.P.; Shipped On: 03102009; Shipped To:MICHAEL BURKE, FENDI S.R.L.; VIA FLAMINIA, 968   .ROMA., 00189; Received |

**Prebill Number: 3532932**
100743 - Fendi Adele S.r.L.
00005 - Ashley Reed

Single Matter Memorandum
Through 28Feb10

Billing Atty:        Mattiaccio, Richard L. - (18023)
Responsible Atty:    Mattiaccio, Richard L. - (18023)

## DISBURSEMENTS

| ID No. | Date | Cost Type | Phase | Task | Amount ($) | Session No. | Qty | Unit Cost ($) | Incurring Employee | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | On: 03122009; 100743.00005 |
| 20712088 | 07May09 | 026 Online services - Lexis/Nexis | E100 | E124 | 6.06 | 62307 | | | SAD | Online services - Lexis/Nexis |
| 20712089 | 08May09 | 026 Online services - Lexis/Nexis | E100 | E124 | 24.22 | 62307 | | | SAD | Online services - Lexis/Nexis |
| 20712090 | 08May09 | 026 Online services - Lexis/Nexis | E100 | E124 | 1.76 | 62307 | | | SAD | Online services - Lexis/Nexis |
| 20712091 | 09May09 | 026 Online services - Lexis/Nexis | E100 | E124 | 57.51 | 62307 | | | SAD | Online services - Lexis/Nexis |
| 20712092 | 09May09 | 026 Online services - Lexis/Nexis | E100 | E124 | 1.76 | 62307 | | | SAD | Online services - Lexis/Nexis |
| 20734636 | 12May09 | 026 Online services - Lexis/Nexis | E100 | E124 | 9.19 | 62379 | | | SAD | Online services - Lexis/Nexis |
| 20734641 | 12May09 | 026 Online services - Lexis/Nexis | E100 | E124 | 154.41 | 62379 | | | JPR | Online services - Lexis/Nexis |
| 20734642 | 12May09 | 026 Online services - Lexis/Nexis | E100 | E124 | 18.64 | 62379 | | | JPR | Online services - Lexis/Nexis |
| 20734643 | 12May09 | 026 Online services - Lexis/Nexis | E100 | E124 | 3.07 | 62379 | | | JPR | Online services - Lexis/Nexis |
| 20734644 | 12May09 | 026 Online services - Lexis/Nexis | E100 | E124 | 1.78 | 62379 | | | JPR | Online services - Lexis/Nexis |
| 20727540 | 13May09 | 042 Secretary Overtime | E100 | E124 | 52.50 | 62352 | | | KL | Finalized Fendi Reply to Motion for Summary Judgment |
| 20734637 | 13May09 | 026 Online services - Lexis/Nexis | E100 | E124 | 52.14 | 62379 | | | SAD | Online services - Lexis/Nexis |
| 20734638 | 13May09 | 026 Online services - Lexis/Nexis | E100 | E124 | 37.33 | 62379 | | | SAD | Online services - Lexis/Nexis |

Prebill Number:: 3532932
100743 - Fendi Adele S.r.l.
00005 - Ashley Reed

Single Matter Memorandum
Through 28Feb10

Billing Atty: Mattiaccio, Richard L. - (18023)
Responsible Atty: Mattiaccio, Richard L. - (18023)

## DISBURSEMENTS

| ID NO. | DATE | COST TYPE | PHASE | TASK | AMOUNT ($) | SESSION NO. | QTY | UNIT COST ($) | INCURRING EMPLOYEE | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|
| 20734645 | 13May09 | 026 Online services - Lexis/Nexis | E100 | E124 | 32.36 | 62379 | | | JPR | Online services - Lexis/Nexis |
| 20734646 | 13May09 | 026 Online services - Lexis/Nexis | E100 | E124 | 6.15 | 62379 | | | JPR | Online services - Lexis/Nexis |
| 20734647 | 13May09 | 026 Online services - Lexis/Nexis | E100 | E124 | 1.78 | 62379 | | | JPR | Online services - Lexis/Nexis |
| 20860612 | 13May09 | 506 Local Transportation | E100 | E124 | 97.92 | CommonInvoice : 6143 | | | | VENDOR: ELITE LIMOUSINE PLUS INC. INVOICE#: 1364852 DATE: 5/22/2009 J. PARILLA 5/13/09-LOCAL TRANSPORTATION |
| 20734639 | 14May09 | 026 Online services - Lexis/Nexis | E100 | E124 | 9.19 | 62379 | | | SAD | Online services - Lexis/Nexis |
| 20894971 | 14May09 | 500 Delivery Services | E100 | E124 | 26.50 | CommonInvoice : 8483 | | | | VENDOR: Deluxe Delivery System, Inc. INVOICE#: 086397 DATE: 5/31/2009 V. GENECIN/5-14-09/DELIVERY SERVICE |
| 20734640 | 15May09 | 026 Online services - Lexis/Nexis | E100 | E124 | 6.11 | 62379 | | | SAD | Online services - Lexis/Nexis |
| 21244378 | 11Sep09 | 506 Local Transportation | E100 | | 99.79 | | | | | VENDOR: ELITE LIMOUSINE PLUS INC.; INVOICE#: 1378445; DATE: 9/11/2009 - NY/NC/ J Parilla- 09/02/09-LOCAL TRANSPORTATION |
| 21482966 | 13Oct09 | 500 Delivery Services | E100 | E124 | 26.50 | CommonInvoice : 8483 | | | | VENDOR: Deluxe Delivery System, Inc. INVOICE#: 095171 DATE: 10/31/2009 V Genecin/ 10-13-09-MESSENGER/DELIVERY SERVICE |
| 21627706 | 06Jan10 | 501 Express Mail - Fedex | E100 | E124 | 11.34 | | | | JRP | VENDOR: FEDERAL EXPRESS INVOICE#: 946431857 DATE: 1/13/2010 FedEx Delivery; Tracking :792815505879 Send By: Joseph R Parilla-Squire, Sanders & Dempsey LLP Shipped On: 01062010; Shipped to: Gerard Dunne, Gerard F Dunne PC. ; 156 5th Ave, NEW YORK CITY, NY 10010; Received On: 01072010: 100743.00005 |

3/17/2010 4:53:28 PM                    For Internal Use Only                    Page 63

**Prebill Number:** 3532932  
100743 - Fendi Adele S.r.L.  
00005 - Ashley Reed

Single Matter Memorandum  
Through 28Feb10

Billing Atty: Mattiaccio, Richard L. - (18023)  
Responsible Atty: Mattiaccio, Richard L. - (18023)

## DISBURSEMENTS

| ID No. | Date | Cost Type | Phase | Task | Amount ($) | Session No. | Qty | Unit Cost ($) | Incurring Employee | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 21792500 | 06Jan10 | 500 Delivery Services | E100 | E124 | 14.50 | CommonInvoice: 8483 | | | | VENDOR: Deluxe Delivery System, Inc. INVOICE#: 100294 DATE: 1/31/2010 V Genecin/ 01-06-10/ MESSENGER/DELIVERY SERVICE |
| 21721977 | 01Feb10 | 026 Online services - Lexis/Nexis | E100 | E124 | 5.10 | 65632 | | | VG | Online services - Lexis/Nexis |
| 21721978 | 01Feb10 | 026 Online services - Lexis/Nexis | E100 | E124 | 43.74 | 65632 | | | VG | Online services - Lexis/Nexis |
| 21721979 | 01Feb10 | 026 Online services - Lexis/Nexis | E100 | E124 | 2.65 | 65632 | | | VG | Online services - Lexis/Nexis |
| 21728166 | 01Feb10 | 501 Express Mail - Fedex | E100 | E124 | 21.30 | | | | JRP | VENDOR: FEDERAL EXPRESS INVOICE#: 949526337 DATE: 2/10/2010 FedEx Delivery: Tracking :791255191757 Send By: Joseph R Parilla-Squire, Sanders & Dempsey LLP Shipped On: 02012010; Shipped to: Gerard Dunne, INFORMATION NOT SUPPLIED, ; 156 5TH AVE STE 122, NEW YORK CITY, NY 10010; Received On: 02022010; 100743.00005 |
| 21774179 | 16Feb10 | 026 Online services - Lexis/Nexis | E100 | E124 | 4.50 | 65795 | | | JPR | Online services - Lexis/Nexis |
| 21774180 | 16Feb10 | 026 Online services - Lexis/Nexis | E100 | E124 | 23.44 | 65795 | | | JPR | Online services - Lexis/Nexis |
| 21774181 | 16Feb10 | 026 Online services - Lexis/Nexis | E100 | E124 | 7.56 | 65795 | | | JPR | Online services - Lexis/Nexis |
| 21774182 | 16Feb10 | 026 Online services - Lexis/Nexis | E100 | E124 | 10.09 | 65795 | | | JPR | Online services - Lexis/Nexis |
| 21774183 | 16Feb10 | 026 Online services - Lexis/Nexis | E100 | E124 | 15.78 | 65795 | | | JPR | Online services - Lexis/Nexis |
| 21774184 | 16Feb10 | 026 Online services - Lexis/Nexis | E100 | E124 | 1.29 | 65795 | | | JPR | Online services - Lexis/Nexis |

**Prebill Number:** 3533932  
100743 - Fendi Adele S.r.L.  
00005 - Ashley Reed

Single Matter Memorandum  
Through 28Feb10

**Billing Atty:** Mattiaccio, Richard L. - (18023)  
**Responsible Atty:** Mattiaccio, Richard L. - (18023)

## DISBURSEMENTS

| ID No. | Date | Cost Type | Phase | Task | Amount ($) | Session No. | Qty | Unit Cost ($) | Incurring Employee | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 21774153 | 17Feb10 | 026 Online services - Lexis/Nexis | E100 | E124 | 2.52 | 65795 | | | DO | Online services - Lexis/Nexis |
| 21774154 | 17Feb10 | 026 Online services - Lexis/Nexis | E100 | E124 | 4.51 | 65795 | | | DO | Online services - Lexis/Nexis |
| 21774155 | 17Feb10 | 026 Online services - Lexis/Nexis | E100 | E124 | 7.57 | 65795 | | | DO | Online services - Lexis/Nexis |
| 21774156 | 17Feb10 | 026 Online services - Lexis/Nexis | E100 | E124 | 24.76 | 65795 | | | DO | Online services - Lexis/Nexis |
| 21774157 | 17Feb10 | 026 Online services - Lexis/Nexis | E100 | E124 | 9.02 | 65795 | | | DO | Online services - Lexis/Nexis |
| 21774158 | 17Feb10 | 026 Online services - Lexis/Nexis | E100 | E124 | 5.24 | 65795 | | | DO | Online services - Lexis/Nexis |
| 21774159 | 18Feb10 | 026 Online services - Lexis/Nexis | E100 | E124 | 0.73 | 65795 | | | DO | Online services - Lexis/Nexis |
| 21774160 | 18Feb10 | 026 Online services - Lexis/Nexis | E100 | E124 | 1.27 | 65795 | | | DO | Online services - Lexis/Nexis |
| 21774161 | 18Feb10 | 026 Online services - Lexis/Nexis | E100 | E124 | 2.26 | 65795 | | | DO | Online services - Lexis/Nexis |
| 21774162 | 18Feb10 | 026 Online services - Lexis/Nexis | E100 | E124 | 6.29 | 65795 | | | DO | Online services - Lexis/Nexis |
| 21774163 | 18Feb10 | 026 Online services - Lexis/Nexis | E100 | E124 | 10.09 | 65795 | | | DO | Online services - Lexis/Nexis |
| 21774164 | 18Feb10 | 026 Online services - Lexis/Nexis | E100 | E124 | 29.30 | 65795 | | | DO | Online services - Lexis/Nexis |

**Prebill Number:** 3532932  
100743 - Fendi Adele S.r.L.  
00005 - Ashley Reed

Single Matter Memorandum  
Through 28Feb10

**Billing Atty:** Mattiaccio, Richard L. - (18023)  
**Responsible Atty:** Mattiaccio, Richard L. - (18023)

### DISBURSEMENTS

| ID No. | Date | Cost Type | Phase | Task | Amount ($) | Session No. | Qty | Unit Cost ($) | Incurring Employee | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 21774165 | 18Feb10 | 026 Online services - Lexis/Nexis | E100 | E124 | 6.75 | 65795 | | | DO | Online services - Lexis/Nexis |
| 21774166 | 18Feb10 | 026 Online services - Lexis/Nexis | E100 | E124 | 2.25 | 65795 | | | DO | Online services - Lexis/Nexis |
| 21774167 | 18Feb10 | 026 Online services - Lexis/Nexis | E100 | E124 | 5.21 | 65795 | | | DO | Online services - Lexis/Nexis |
| 21774168 | 19Feb10 | 026 Online services - Lexis/Nexis | E100 | E124 | 10.09 | 65795 | | | DO | Online services - Lexis/Nexis |
| 21774169 | 19Feb10 | 026 Online services - Lexis/Nexis | E100 | E124 | 12.98 | 65795 | | | DO | Online services - Lexis/Nexis |
| 21774170 | 19Feb10 | 026 Online services - Lexis/Nexis | E100 | E124 | 29.27 | 65795 | | | DO | Online services - Lexis/Nexis |
| 21774171 | 19Feb10 | 026 Online services - Lexis/Nexis | E100 | E124 | 8.11 | 65795 | | | DO | Online services - Lexis/Nexis |
| 21774172 | 19Feb10 | 026 Online services - Lexis/Nexis | E100 | E124 | 2.27 | 65795 | | | DO | Online services - Lexis/Nexis |
| 21774173 | 19Feb10 | 026 Online services - Lexis/Nexis | E100 | E124 | 5.22 | 65795 | | | DO | Online services - Lexis/Nexis |
| 21774174 | 20Feb10 | 026 Online services - Lexis/Nexis | E100 | E124 | 4.49 | 65795 | | | DO | Online services - Lexis/Nexis |
| 21774175 | 20Feb10 | 026 Online services - Lexis/Nexis | E100 | E124 | 52.64 | 65795 | | | DO | Online services - Lexis/Nexis |
| 21774176 | 20Feb10 | 026 Online services - Lexis/Nexis | E100 | E124 | 11.28 | 65795 | | | DO | Online services - Lexis/Nexis |
| 21774177 | 20Feb10 | 026 Online services - Lexis/Nexis | E100 | E124 | 38.75 | 65795 | | | DO | Online services - Lexis/Nexis |

**Prebill Number:** 3532932  
100743 - Fendi Adele S.r.L.  
00005 - Ashley Reed

Single Matter Memorandum  
Through 28Feb10

**Billing Atty:** Mattiaccio, Richard L. - (18023)  
**Responsible Atty:** Mattiaccio, Richard L. - (18023)

## DISBURSEMENTS

| ID NO. | DATE | COST TYPE | PHASE | TASK | AMOUNT ($) | SESSION NO. | QTY | UNIT COST ($) | INCURRING EMPLOYEE | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|
| 21774178 | 20Feb10 | 026 Online services - Lexis/Nexis | E100 | E124 | 18.02 | 65795 | | | DO | Online services - Lexis/Nexis |
| 21793121 | 23Feb10 | 026 Online services - Lexis/Nexis | E100 | E124 | 17.41 | 65898 | | | DO | Online services - Lexis/Nexis |
| 21793122 | 23Feb10 | 026 Online services - Lexis/Nexis | E100 | E124 | 79.96 | 65898 | | | DO | Online services - Lexis/Nexis |
| 21793123 | 23Feb10 | 026 Online services - Lexis/Nexis | E100 | E124 | 1.31 | 65898 | | | DO | Online services - Lexis/Nexis |
| 21793124 | 24Feb10 | 026 Online services - Lexis/Nexis | E100 | E124 | 2.22 | 65898 | | | DO | Online services - Lexis/Nexis |
| 21793125 | 24Feb10 | 026 Online services - Lexis/Nexis | E100 | E124 | 9.97 | 65898 | | | DO | Online services - Lexis/Nexis |
| 21793126 | 24Feb10 | 026 Online services - Lexis/Nexis | E100 | E124 | 29.32 | 65898 | | | DO | Online services - Lexis/Nexis |
| 21793127 | 24Feb10 | 026 Online services - Lexis/Nexis | E100 | E124 | 24.43 | 65898 | | | DO | Online services - Lexis/Nexis |
| 21793128 | 24Feb10 | 026 Online services - Lexis/Nexis | E100 | E124 | 15.98 | 65898 | | | DO | Online services - Lexis/Nexis |
| 21793129 | 24Feb10 | 026 Online services - Lexis/Nexis | E100 | E124 | 5.16 | 65898 | | | DO | Online services - Lexis/Nexis |
| N/A | Summarize | 002 Binding Charges - Binding Paper | | | 7.50 | | 5 | 1.50 | | |
| N/A | Summarize | 012 Faxes - Outgoing | | | 63.00 | | 42 | 1.50 | | |
| N/A | Summarize | 031 Printing/duplicating-in-house | | | 2,648.70 | | 14715 | 0.18 | | |

3/17/2010 4:53:28 PM

For Internal Use Only

Page 67

**Prebill Number: 3532932**
100743 - Fendi Adele S.r.L.
00005 - Ashley Reed

Single Matter Memorandum
Through 28Feb10

Billing Atty:       Mattiaccio, Richard L. - (18023)
Responsible Atty:   Mattiaccio, Richard L. - (18023)

## DISBURSEMENTS

| ID NO. | DATE | COST TYPE | PHASE | TASK | AMOUNT ($) | SESSION NO. | QTY | UNIT COST ($) | INCURRING EMPLOYEE | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|
| N/A | Summarize | 036 Supplies | | | 7.00 | | 20 | 0.35 | | |
| N/A | Summarize | 037 Telephone | | | 19.82 | | 0 | 0.00 | | |

**TOTAL DISBURSEMENTS:** 12,509.47

For Internal Use Only

3/17/2010 4:53:28 PM