# EXHIBIT 3

**Ashley Reed Trading Disbursements from Trust Accounts**

| Date | Invoice No. | Payee | Amount |
|---|---|---|---|
| 2/21/2006 | 87445 | Keating & Walker Attorney Service | $147.50 |
| 11/15/2006 | 19624-1 | Greenhouse Reporting | $1,271.65 |
| 11/16/2006 | 19630-1 | Greenhouse Reporting | $1,733.00 |
| 11/16/2006 | 19625-1 | Greenhouse Reporting | $1,069.65 |
| 12/12/2006 | 19657-1 | Greenhouse Reporting | $928.25 |
| 8/7/2007 | 50140 | CRA International, Inc. | $966.43 |
| 9/11/2007 | ny175585 | Veritext NY Reporting Co. | $409.70 |
| 9/11/2007 | 50690 | CRA International, Inc | $775.49 |
| 9/20/2007 | 183625 | Veritext NY Reporting Co. | $125.00 |
| 1/10/2008 | 55433 | CRA International, Inc | $3,690.64 |
| 4/22/2008 | NY213859 | Veritext NY Reporting Co. | $106.56 |
| 4/25/2008 | 58188 | CRA International, Inc | $9,641.30 |
| 5/27/2008 | NY218337 | Veritext NY Reporting Co. | $173.13 |
| 6/5/2008 | 210131 | Greenhouse Reporting, Inc. | $1,940.00 |
| 6/8/2008 | 8608 | Verbum Linguistic Services | $275.00 |
| 6/16/2008 | NY220856 | Veritext NY Reporting Co. | $78.73 |
| 6/17/2008 | 59490 | CRA International, Inc | $10,191.79 |
| 7/7/2008 | 210711 | Greenhouse Reporting, Inc. | $1,393.22 |
| 7/16/2008 | 210941 | Greenhouse Reporting, Inc. | $554.95 |
| 7/22/2008 | 211131 | Greenhouse Reporting, Inc. | $1,221.15 |
| 8/5/2008 | 211521 | Greenhouse Reporting, Inc. | $1,716.70 |
| 9/25/2008 | 61879 | CRA International, Inc | $19,570.65 |
| 11/21/2008 | 13162 | Anglo-American Court Reporters | $816.90 |
| 2/18/2009 | 64757 | CRA International, Inc | $3,470.25 |
| 4/8/2009 | 65763 | CRA International, Inc | $597.86 |
| 2/26/2010 | 105884 | Keating & Walker | $120.74 |
| 3/8/2010 | 14344-IN | Southern District Court Reporters | $306.54 |
| | | Total | $62,021.13 |

| INVOICE NO. | NOTES FOR INVOICES | |
|---|---|---|
| NY213859 | Cannatella Deposition-Total is $426.25 only $106.56 applies to ARTI | |
| NY218337 | Fontanesi Deposition-Total is $692.55 only $173.13 applies to ARTI | |
| 8608 | Fontanesi Interpreting-Total is $1,100 only $275.00 applies to ARTI | |
| NY220856 | Torre Deposition-Total is $314.95 only $78.73 applies to ARTI | |

# *Keating* & *Walker*

**ATTORNEY SERVICE, INC.**

Federal Tax ID No. 13-3673785

*TERMS-PAYMENT IN FULL UPON RECEIPT OF INVOICE.*

February 3, 2006

**Joseph R. Parilla**
**Pavia & Harcourt LLP**
**600 Madison Avenue**
**New York, NY 10022**

| | |
|---|---|
| Invoice Number: | 87445 |
| Date Requested: | |

In Re:   Fendi v Ashley Reed

Customer Reference:   Fendi v Ashley Reed

| MAN | Attempted Service of a Summons, Complaint, etc. upon 1.) James Ressler, 2.) Scott Ressler & 3.) Ashley Reed Trading at 463 Seven Avenue, New York, NY on 1-1-06. (They moved.) | 70.00 |
|---|---|---|
| MAN | Service of a Summons, Complaint, etc. upon 1.) James Ressler, 2.) Scott Ressler & 3.) Ashley Reed Trading by their Attorney, Gerard F. Dunne, P.C. at 156 Fifth Avenue, New York, New York on 1-25-06. | 70.00 |
| DEL-d | Delivered documents by hand. | 7.50 |

|  | |
|---|---|
| Subtotal | 147.50 |
| Sales Tax | |
| **Total Invoice Amount** | **147.50** |

## Please return the pink copy with your payment.

*Michael J. Keating*                                      *John J. Walker*

# GREENHOUSE REPORTING, INC.
## 363 SEVENTH AVENUE - 20TH FLOOR
### NEW YORK,  NY 10001
### Phone: 212-279-5108

Fax 212-279-5431

INFO@GREENHOUSEREPORTING.COM

**ANTHONY S. CANNATELLA, ESQ.**
**PAVIA & HARCOURT**
**600 MADISON AVENUE**
**NEW YORK,  NY  10022**

## INVOICE

| | |
|---|---|
| Invoice Date | **11/06/2006** |
| Invoice Number | **19624-1** |
| Tax ID | **13  3400861** |

RE:  **FENDI ADELE, S.R.L. ET AL VS. ASHLEY REED TRADING, INC.**
     **06 CIV 0243 (JES)**

| Date Taken | | Charges |
|---|---|---|
| 10/16/06 | DEPOSITION OF: SCOTT RESSLER | |
| | PAGES: 233 | |
| | | |
| | ORIGINAL & 1 COPY | 1,176.65 |
| | MINUSCRIPT & ASCII DISK - NO CHARGE | |
| | SESSIONS - A.M. & P.M. | 80.00 |
| | DELIVERY | 15.00 |
| | Subtotal--> | $1,271.65 |

| | |
|---|---|
| **Total Balance Due** | **$1,271.65** |

GREENHOUSE NOW OFFERS VIDEOCONFERENCING.
THANK YOU !

Greenhouse Reporting

# GREENHOUSE REPORTING, INC.
## 363 SEVENTH AVENUE - 20TH FLOOR
## NEW YORK, NY 10001
### Phone: 212-279-5108

Fax 212-279-5431

INFO@GREENHOUSEREPORTING.COM

ANTHONY S. CANNATELLA, ESQ.
PAVIA & HARCOURT
600 MADISON AVENUE
NEW YORK, NY 10022

### INVOICE

| | |
|---|---|
| Invoice Date | **11/06/2006** |
| Invoice Number | **19630-1** |
| Tax ID | **13 3400861** |

RE: **FENDI ADELE, S.R.L. ET AL VS. ASHLEY REED TRADING, INC.**
   **06 CIV 0243 (JES)**

| Date Taken | | Charges |
|---|---|---|
| 10/20/06 | DEPOSITION OF: SCOTT RESSLER | |
| | PAGES: 260 | |
| | | |
| | ORIGINAL & 1 COPY | 1,313.00 |
| | MINUSCRIPT & ASCII DISK - NO CHARGE | |
| | SESSIONS - A.M. & P.M. | 80.00 |
| | IMMEDIATE ASCII SURCHARGE | 325.00 |
| | DELIVERY | 15.00 |
| | Subtotal--> | $1,733.00 |

| | Total Balance Due | $1,733.00 |
|---|---|---|

GREENHOUSE NOW OFFERS VIDEOCONFERENCING.
THANK YOU !
Greenhouse Reporting

# GREENHOUSE REPORTING, INC.
363 SEVENTH AVENUE - 20TH FLOOR
NEW YORK, NY 10001
Phone: 212-279-5108

Fax 212-279-5431

INFO@GREENHOUSEREPORTING.COM

ANTHONY S. CANNATELLA, ESQ.
PAVIA & HARCOURT
600 MADISON AVENUE
NEW YORK, NY 10022

## INVOICE

| | |
|---|---|
| Invoice Date | 11/06/2006 |
| Invoice Number | 19625-1 |
| Tax ID | 13 3400861 |

RE: FENDI ADELE, S.R.L. ET AL VS. ASHLEY REED TRADING, INC.
06 CIV 0243 (JES)

| Date Taken | | Charges |
|---|---|---|
| 10/19/06 | DEPOSITION OF: MARY BETH BUCKLEY | |
| | PAGES: 193 | |
| | | |
| | ORIGINAL & 1 COPY | 974.65 |
| | MINUSCRIPT & ASCII DISK - NO CHARGE | |
| | SESSIONS - A.M. & P.M. | 80.00 |
| | DELIVERY | 15.00 |
| | Subtotal--> | $1,069.65 |

| Total Balance Due | $1,069.65 |
|---|---|

GREENHOUSE NOW OFFERS VIDEOCONFERENCING.
THANK YOU !

Greenhouse Reporting

# GREENHOUSE REPORTING, INC.
## 363 SEVENTH AVENUE - 20TH FLOOR
## NEW YORK, NY 10001
### Phone: 212-279-5108

Fax 212-279-5431



INFO@GREENHOUSEREPORTING.COM

ANTHONY S. CANNATELLA, ESQ.
PAVIA & HARCOURT
600 MADISON AVENUE
NEW YORK, NY 10022

## INVOICE

| | |
|---|---|
| Invoice Date | **11/15/2006** |
| Invoice Number | **19657-1** |
| Tax ID | **13  3400861** |

RE:  FENDI ADELE, S.R.L. ET AL VS. ASHLEY REED TRADING, INC.
06 CIV 0243 (JES)

| Date Taken | | Charges |
|---|---|---|
| 10/31/06 | DEPOSITION OF: AIMEE FINK | |
| | PAGES: 165 | |
| | | |
| | ORIGINAL AND ONE COPY | 833.25 |
| | MINUSCRIPT & ASCII DISK - NO CHARGE | |
| | SESSIONS - A.M. & P.M. | 80.00 |
| | DELIVERY | 15.00 |
| | Subtotal--> | $928.25 |

| | |
|---|---|
| Total Balance Due | **$928.25** |

GREENHOUSE NOW OFFERS VIDEOCONFERENCING.
THANK YOU !
Greenhouse Reporting



CRA No. D-11016

Payment by **wire** may be made, as follows:          Payment by **check** may be made, as follows:
Citizens Bank                                         CRA International, Inc.
1 Citizens Drive                                      PO Box 845960
Riverside, RI 02915                                   Boston, MA 02284-5960
ABA #011500120
CRA International, inc.
Account #1139714659

June 12, 2007

Richard L. Mattiaccio, Esq.
Pavia & Harcourt LLP
600 Madison Avenue
New York, NY 10022

**Invoice Number:**        050140

Re:     Fendi Adele, S.r.l.; Fendi S.r.l.; and Fendi North America v. Ashley Reed Trading, Inc.;
        Scott Ressler; and James Ressler

Activity Dates:        Through May 25, 2007

Professional Services              $885.00

Expenses                             81.43

Total this Invoice:                **$966.43**

NOTE:        CRA International, Inc. is not subject to backup withholding.
             Our corporate Federal Taxpayer Identification Number is 04-2372210.

Invoices are due and payable upon receipt. CRA International reserves the option to charge interest on invoices
that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate
permitted under applicable law.

June 12, 2007
CRA No. D-11016

Richard L. Mattiaccio, Esq.
Pavia & Harcourt LLP
600 Madison Avenue
New York, NY 10022

Re:   Fendi Adele, S.r.l.; Fendi S.r.l.; and Fendi North America v. Ashley Reed Trading, Inc.;
      Scott Ressler; and James Ressler

PROFESSIONAL SERVICES FOR THE PERIOD THROUGH MAY 25, 2007

| PROFESSIONAL SERVICES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Stec, Jeffery | 1.50 | 400.00 | 600.00 |
| Becker, Joshua | 1.50 | 190.00 | 285.00 |
| TOTAL SERVICES | 3.00 | | 885.00 |

EXPENSES

| | | | |
|---|---|---|---|
| Computer Network Services | | | 48.00 |
| Misc. Reimbursable Expenses | | | 33.43 |
| EXPENSES | | | 81.43 |
| **TOTAL SERVICES** | | | **966.43** |

# INVOICE

**Veritext New York Reporting Co.,**
**A Veritext Company**

1350 Broadway, Suite 1407
New York, NY 10018
Tel. (212) 267-6868
Fax (212) 608-1616

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

*100743 - 3 Ashley Reed -*

**Bill To:** Richard L Mattiaccio Esq
Pavia & Harcourt LLP
600 Madison Ave Flr 12
New York, NY 10022

| | |
|---|---|
| **Invoice #:** | NY175585 |
| **Invoice Date:** | 07/06/2007 |
| **Balance Due:** | $409.70 |

| | |
|---|---|
| **Case:** | Fendi Adele S.R.L. v. Burlington Coat Factory |
| **Job #:** | 150806   \|   Job Date: 6/22/2007   \|   Delivery:   Normal |
| **Billing Atty:** | **Richard L Mattiaccio Esq** |
| **Location:** | Pavia & Harcourt Esqs. |
| | 600 Madison Avenue \| New York, NY 10022 |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Lorenzo Bandinelli | Transcript - copy | Page | 113.00 | $3.15 | $355.95 |
| 2 | | Transcripts/Exhibits (if applicable) on CD | | 1.00 | $30.00 | $30.00 |
| 3 | | Exhibit - copying | Per page | 19.00 | $0.25 | $4.75 |
| 4 | | Shipping & handling | Package | 1.00 | $19.00 | $19.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $409.70 |
| | **Payment:** | |
| | **Credits:** | |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $409.70 |

| Fed. Tax ID: 20-3132569 | Term: Net 30 |
|---|---|

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.  Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

- - -

**Please tear off stub and return with payment.**

Make check payable to: Veritext New York Reporting Co.

☐ Visa   ☐ MC   ☐ Amex   ☐ Discover

**Credit Card #** _____   **Exp. Date** _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

| | |
|---|---|
| **Invoice #:** | NY175585 |
| **Job #:** | 150806 |
| **Invoice Date:** | 07/06/2007 |
| **Balance :** | $409.70 |

**Please remit payment to:**
Veritext New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501



INTERNATIONAL

CRA No. D-11016

Payment by **wire** may be made, as follows:
Citizens Bank
1 Citizens Drive
Riverside, RI 02915
ABA #011500120
CRA International, Inc.
Account #1139714659

Payment by **check** may be made, as follows:
CRA International, Inc.
PO Box 845960
Boston, MA 02284-5960

July 5, 2007

Richard L. Mattiaccio, Esq.
Squire, Sanders & Dempsey LLP
350 Park Avenue
New York, NY 10022-6022

| Invoice Number: | 050690 |
|---|---|

Re:   Fendi Adele, S.r.l.; Fendi S.r.l.; and Fendi North America v. Ashley Reed Trading, Inc.;
Scott Ressler; and James Ressler

Activity Dates:   May 26, 2007 through June 22, 2007

| Professional Services | $709.00 |
|---|---|
| Expenses | 66.49 |
| Total this Invoice: | **$775.49** |

NOTE:      CRA International, Inc. is not subject to backup withholding.
Our corporate Federal Taxpayer Identification Number is 04-2372210.

Invoices are due and payable upon receipt. CRA International reserves the option to charge interest on invoices
that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate
permitted under applicable law.

July 5, 2007
CRA No. D-11016

Richard L. Mattiaccio, Esq.
Squire, Sanders & Dempsey LLP
350 Park Avenue
New York, NY 10022-6022

Re:   Fendi Adele, S.r.l.; Fendi S.r.l.; and Fendi North America v. Ashley Reed Trading, Inc.;
      Scott Ressler; and James Ressler

PROFESSIONAL SERVICES FOR THE PERIOD MAY 26, 2007 THROUGH JUNE 22, 2007

| PROFESSIONAL SERVICES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Stec, Jeffery | 1.35 | 400.00 | 540.00 |
| Becker, Joshua | 0.60 | 190.00 | 114.00 |
| Iocco, Monica | 0.50 | 110.00 | 55.00 |
| TOTAL SERVICES | 2.45 | | 709.00 |

EXPENSES

| | |
|---|---|
| Computer Network Services | 39.20 |
| Misc. Reimbursable Expenses | 27.29 |
| EXPENSES | 66.49 |
| **TOTAL SERVICES** | **775.49** |



CRA No.  D-12448

Please Remit in US Dollars by Check To:

CRA International, Inc.
P.O. Box 845960
Boston, MA  02284-5960 USA

Payable Via Wire Transfer To:

CRA International, Inc.
Account #: 1139714659
ABA #: 011500120

Citizens Bank
1 Citizens Drive
Riverside, RI 02915 USA

January 10, 2008

Steven Skulnick, Esq.
Squire Sanders & Dempsey, LLP
350 Park Avenue
15th Floor
New York, NY 10022

| **Invoice Number** | **055433** |
| --- | --- |
| Re: | Fendi Adele S.R.L. v. Ashley Reed Trading |
| Activity Dates: | November 24, 2007 through January  4, 2008 |

| | |
| --- | --- |
| Professional Staff | $3,416.25 |
| Expenses | 274.39 |
| Total This Invoice: | **$3,690.64** |

Submitted in original and one copy.

NOTE:    CRA International, Inc. is not subject to backup withholding.
         Our corporate Federal Taxpayer Identification Number is 04-2372210.

Invoices are due and payable upon receipt. CRA reserves the option to charge interest on invoices
that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the
maximum rate permitted under applicable law.

January 10, 2008
Invoice Number 055433
Job No.:   D-12448

Steven Skulnick, Esq.
Squire Sanders & Dempsey, LLP
350 Park Avenue
15th Floor
New York, NY 10022

**RE: Fendi Adele S.R.L. v. Ashley Reed Trading**

Activity Dates:        November 24, 2007 through January  4, 2008

| PROFESSIONAL STAFF | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Donohue, James | 5.25 | 475.00 | 2,493.75 |
| DeFelice, Richard | 4.50 | 205.00 | 922.50 |
| TOTAL SERVICES | 9.75 | | 3,416.25 |
| EXPENSES | | | |
| Computer Network Services | | 165.75 | |
| Misc. Reimbursable Expenses | | 108.64 | |
| EXPENSES | | | 274.39 |

**TOTAL INVOICE AMOUNT**                    3,690.64

# INVOICE

## Veritext  New York Reporting Co.,
## A Veritext  Company

1350 Broadway, Suite 1407
New York, NY 10018
Tel. (212) 267-6868
Fax (212) 608-1616

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

**Bill To:** Joe Parilla Esq.
Squire Sanders & Dempsey LLP
350 Park Ave  Flr 15
New York, NY 10022

| | |
|---|---|
| **Invoice #:** | NY213859 |
| **Invoice  Date:** | 04/22/2008 |
| **Balance Due:** | $426.25 |

| | |
|---|---|
| **Case:** | Fendi Adele Srl et al v. Burlington Coat Factory et al |
| **Job #:** | 174481   |  Job Date: 3/18/2008   |  Delivery:    Normal |
| **Billing Atty** | **Joe Parilla Esq.** |
| **Location:** | Squire Sanders & Dempsey |
| | 350 Park Avenue | New York, NY 10022 |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Anthony Cannatella | Transcript - copy | Page | 147.00 | $2.75 | $404.25 |
| 2 | | Shipping & handling | Package | 1.00 | $22.00 | $22.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $426.25 |
| **Payment:** | |
| **Credits:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $426.25 |

| Fed. Tax ID: 20-3132569 | Term: Net 30 |
|---|---|

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.  Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to:  Veritext  New York Reporting Co.

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover

Credit Card #                                    Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| **Invoice #:** | NY213859 |
| **Job #:** | 174481 |
| **Invoice  Date:** | 04/22/2008 |
| **Balance :** | $426.25 |

**Please remit payment to:**
Veritext  New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501



CRA No.  D-12448

Please Remit in US Dollars by Check To:

CRA International, Inc.
P.O. Box 845960
Boston, MA  02284-5960 USA

Payable Via Wire Transfer To:

CRA International, Inc.
Account #: 1139714659
ABA #: 011500120

Citizens Bank
1 Citizens Drive
Riverside, RI 02915 USA

April 25, 2008

Steven Skulnick, Esq.
Squire Sanders & Dempsey, LLP
350 Park Avenue
15th Floor
New York, NY 10022

| | |
|---|---|
| **Invoice Number** | **058188** |
| Re: | Fendi Adele S.R.L. v. Ashley Reed Trading |

| | |
|---|---|
| Activity Dates: | January  5, 2008 through April 18, 2008 |

| | |
|---|---|
| Professional Staff | $8,882.50 |
| Expenses | 758.80 |
| **Total This Invoice:** | **$9,641.30** |

Submitted in original and one copy.

NOTE:     CRA International, Inc. is not subject to backup withholding.
          Our corporate Federal Taxpayer Identification Number is 04-2372210.

Invoices are due and payable upon receipt. CRA reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.

# INVOICE

### Veritext  New York Reporting Co.,
### A Veritext  Company

1350 Broadway, Suite 1407
New York, NY 10018
Tel.  (212) 267-6888
Fax  (212) 608-1616

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel.  (516) 608-2400
Fax  (516) 608-2450

Bill To: Joe Parilla Esq.
Squire Sanders & Dempsey LLP
350 Park Ave  Flr 15
New York, NY 10022

| | |
|---|---|
| Invoice #: | NY218337 |
| Invoice Date: | 05/27/2008 |
| Balance Due: | $692.55 |

| | |
|---|---|
| Case: | Fendi Adele Srl et al v. Burlington Coat Factory et al |
| Job #: | 178065   |   Job Date: 5/8/2008   |   Delivery:   Normal |
| Billing Atty: | Joe Parilla Esq. |
| Location: | Bainton McCarthy LLC |
| | 26 Broadway | Suite #2400 | New York, NY 10004 |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Marta Fontanesi | Transcript - copy | Page | 191.00 | $3.15 | $601.65 |
| 2 | | Exhibit - copying | Per page | 94.00 | $0.35 | $32.90 |
| 3 | | Transcripts/Exhibits (if applicable) on CD | | 1.00 | $36.00 | $36.00 |
| 4 | | Shipping & handling | Package | 1.00 | $22.00 | $22.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $692.55 |
| Payment: | |
| Credits: | |
| Interest: | $0.00 |
| Balance Due: | $692.55 |

Fed. Tax ID: 20-3132569        Term: Net 30

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.  Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

---

**Please tear off stub and return with payment.**

Make check payable to:  Veritext  New York Reporting Co.

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover

Credit Card #_____  Exp. Date_____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| Invoice #: | NY218337 |
| Job #: | 178065 |
| Invoice  Date: | 05/27/2008 |
| Balance : | $692.55 |

Please remit payment to:
Veritext  New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

# GREENHOUSE REPORTING, INC.

875 SIXTH AVENUE

SUITE 1716

NEW YORK,  NY 10001

Phone: 212-279-5108

INFO@GREENHOUSEREPORTING.COM

Fax 212-279-5431

VICTOR GENECIN, ESQ.
SQUIRE, SANDERS & DEMPSEY      NY
350 PARK AVENUE
NEW YORK,  NY  10022

## INVOICE

| | |
|---|---|
| Invoice Date | 06/05/2008 |
| Invoice Number | 21013-1 |
| Tax ID | 13  3400861 |

RE:  **FENDI ADELE, S.R.L. ET AL VS. ASHLEY REED TRADING, INC.**
06 CIV 0243 (JES)

| Date Taken | | Charges |
|---|---|---|
| 05/29/08 | DEPOSITION OF: JAMES RESSLER | |
| | PAGES: 246 | |
| | | |
| | ORIGINAL AND ONE COPY - 4 DAY DELIVERY | 1,845.00 |
| | MINUSCRIPT & ASCII DISK - NO CHARGE | |
| | SESSIONS - A.M. & P.M. | 80.00 |
| | DELIVERY | 15.00 |
| | Subtotal--> | $1,940.00 |

| | Total Balance Due | $1,940.00 |
|---|---|---|

GREENHOUSE NOW OFFERS VIDEOCONFERENCING.
THANK YOU !

Greenhouse Reporting

*Verbum Linguistic Services, Inc.*
**Rosanna M. Giammanco Frongia, Ph.D.**
OB 3944 — Grand Central Station • New York NY 10163 - 3944
vox 212/599-3275 • 718/727-7728 • fax 718/727-0770
e-mail RosannaGiammanco@earthlink.net

ATA Certified: English > Italian & Italian > English
Translators' Guild Accredited: English > & Italian > English
U.S. Department of State Clearance & Translator
U.S. Federal Court Interpreter & Translator
Past President, New York Circle of Translators
Member, Italy-America Chamber of Commerce
Listed, Bowker's *Literary Market Place* and
*International Who's Who in Translation & Terminology*

*EIN No. 13-3804662*

INVOICE: No. 8608

DATE:    June 8, 2008

Squire, Sanders & Dempsey LLP
350 Park Avenue, 15th fl.
New York, NY 10022

Attn: Richard Mattiaccio, Esq.          Fax: 212– 872-9815 – Phone 212 – 872-9800

**Re: Your Client Matter FENDI – No. 990014-00888**

| LANGUAGE | SERVICE DESCRIPTION | HOURS | UNIT/ PRICE | AMOUNT |
|---|---|---|---|---|
| Interpreting Italian < > English | Interpreting at the deposition of Attorney Marta Fontanesi at the offices of Attorney Quattrocchi, NTCM in Rome, Italy. On May 8, 2008. | Flat fee | $800 | $ 800 |
| Interpreting Italian < > English | Interpreting at the deposition of a Fendi witness at the offices of Squire, Sanders & Dempsey LLP, 350 Park Avenue, New York, NY. Interpreter: Manfredi E. Giammanco. On May 14, 2008. | 1/2 day | $300 | $300 |
| | Total | | | **$ 1,100.-** |

Please note that Verbum is a New York State Corporation.

Thank you.

Rosanna M. Giammanco Frongia, Ph.D.

# INVOICE

**Veritext New York Reporting Co.,**
**A Veritext Company**

1350 Broadway, Suite 1407
New York, NY 10018
Tel. (212) 267-6868
Fax (212) 608-1616

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

**Bill To:** Attn Joseph R Parilla
Squire Sanders & Dempsey LLP
350 Park Ave Flr 15
New York, NY 10022

| | |
|---|---|
| **Invoice #:** | NY220856 |
| **Invoice Date:** | 06/16/2008 |
| **Balance Due:** | $314.95 |

| | |
|---|---|
| **Case:** | Fendi Adele Srl et al v. Burlington Coat Factory et al |
| **Job #:** | 179573   \|   Job Date: 5/14/2008   \|   Delivery:   Normal |
| **Billing Atty:** | |
| **Location:** | Squire Sanders & Dempsey |
| | 350 Park Avenue \| New York, NY 10022 |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Cristiana Torre | Transcript - copy | Page | 93.00 | $3.15 | $292.95 |
| 2 | | Shipping & handling | Package | 1.00 | $22.00 | $22.00 |

| | |
|---|---|
| **Notes:** Subsequent client request | |

| | |
|---|---|
| **Invoice Total:** | $314.95 |
| **Payment:** | |
| **Credits:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $314.95 |

Fed. Tax ID: 20-3132569          Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

**Please tear off stub and return with payment.**

---

Make check payable to: **Veritext New York Reporting Co.**

☐ Visa   ☐ MC   ☐ Amex   ☐ Discover

Credit Card #                          Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| **Invoice #:** | NY220856 |
| **Job #:** | 179573 |
| **Invoice Date:** | 06/16/2008 |
| **Balance :** | $314.95 |

**Please remit payment to:**
Veritext New York Reporting Co.,
200 Old Country Road, Suite 580



**INTERNATIONAL**

CRA No.  D-12448

| | |
|---|---|
| Please Remit in US Dollars by Check To: | Payable Via Wire Transfer To: |
| CRA International, Inc.<br>P.O. Box 845960<br>Boston, MA  02284-5960 USA | CRA International, Inc.<br>Account #: 1139714659<br>ABA #: 011500120 |
| | Citizens Bank<br>1 Citizens Drive<br>Riverside, RI 02915 USA |

June 17, 2008

Steven Skulnick, Esq.
Squire Sanders & Dempsey, LLP
350 Park Avenue
15th Floor
New York, NY 10022

| | |
|---|---|
| **Invoice Number** | **059490** |
| Re: | Fendi Adele S.R.L. v. Ashley Reed Trading |

| | |
|---|---|
| Activity Dates: | April 19, 2008 through June 13, 2008 |

| | |
|---|---|
| Professional Staff | $9,121.25 |
| Expenses | 1,070.54 |
| **Total This Invoice:** | **$10,191.79** |

Submitted in original and one copy.

NOTE:    CRA International, Inc. is not subject to backup withholding.
    Our corporate Federal Taxpayer Identification Number is 04-2372210.

Invoices are due and payable upon receipt. CRA reserves the option to charge interest on invoices
that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the
maximum rate permitted under applicable law.

June 17, 2008
Invoice Number 059490
Job No.:   D-12448

Steven Skulnick, Esq.
Squire Sanders & Dempsey, LLP
350 Park Avenue
15th Floor
New York, NY 10022

**RE: Fendi Adele S.R.L. v. Ashley Reed Trading**

Activity Dates:        April 19, 2008 through June 13, 2008

| PROFESSIONAL STAFF | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Donohue, James | 7.95 | 475.00 | 3,776.25 |
| DeFelice, Richard | 19.50 | 205.00 | 3,997.50 |
| Bodner, Nicole | 2.50 | 220.00 | 550.00 |
| Franciosa, Richard | 0.50 | 110.00 | 55.00 |
| Goldberg, Adam | 6.75 | 110.00 | 742.50 |
| TOTAL SERVICES | 37.20 | | 9,121.25 |
| EXPENSES | | | |
| Meals | | 23.68 | |
| Computer Network Services | | 632.40 | |
| Misc. Reimbursable Expenses | | 414.46 | |
| EXPENSES | | | 1,070.54 |

**TOTAL INVOICE AMOUNT**                10,191.79

# GREENHOUSE REPORTING, INC.

875 SIXTH AVENUE
SUITE 1716
NEW YORK, NY 10001
Phone: 212-279-5108
INFO@GREENHOUSEREPORTING.COM

Fax 212-279-5431

| VICTOR GENECIN, ESQ. | |
|---|---|
| SQUIRE, SANDERS & DEMPSEY    NY | |
| 350 PARK AVENUE | |
| NEW YORK, NY 10022 | |

### INVOICE

| | |
|---|---|
| Invoice Date | 07/07/2008 |
| Invoice Number | 21071-1 |
| Tax ID | 13 3400861 |

RE: FENDI ADELE, S.R.L. ET AL VS. ASHLEY REED TRADING, INC.
06 CIV 0243 (JES)

| Date Taken | | Charges |
|---|---|---|
| 05/29/08 | VIDEO DEPOSITION OF: JAMES RESSLER | |
| | FIRST TWO HOURS | 300.00 |
| | 5.50 ADDITIONAL HOURS | 467.50 |
| | CD-ROM PRODUCTION (4) | 500.00 |
| | NYS SALES TAX | 110.72 |
| | DELIVERY | 15.00 |
| | Subtotal--> | $1,393.22 |

| Total Balance Due | $1,393.22 |
|---|---|

GREENHOUSE NOW OFFERS VIDEOCONFERENCING.
THANK YOU !

Greenhouse Reporting



# GREENHOUSE REPORTING, INC.
## 875 SIXTH AVENUE
## SUITE 1716
## NEW YORK,  NY 10001
### Phone: 212-279-5108
INFO@GREENHOUSEREPORTING.COM

Fax 212-279-5431

---

VICTOR GENECIN, ESQ.
SQUIRE, SANDERS & DEMPSEY     NY
350 PARK AVENUE
NEW YORK,  NY  10022

**INVOICE**

| | |
|---|---|
| Invoice Date | 07/16/2008 |
| Invoice Number | 21094-1 |
| Tax ID | 13  3400861 |

---

RE:  FENDI ADELE, S.R.L. ET AL VS. ASHLEY REED TRADING, INC.
06 CIV 0243 (JES)

| Date Taken | | Charges |
|---|---|---|
| 06/25/08 | DEPOSITION OF: MICHAEL WOLKOFF | |
| | PAGES: 99 | |
| | | |
| | ORIGINAL & 1 COPY | 499.95 |
| | MINUSCRIPT & ASCII DISK - NO CHARGE | |
| | SESSIONS - A.M. | 40.00 |
| | DELIVERY | 15.00 |
| | Subtotal--> | $554.95 |

| | |
|---|---|
| Total Balance Due | $554.95 |

GREENHOUSE NOW OFFERS VIDEOCONFERENCING.
THANK YOU !

Greenhouse Reporting

# GREENHOUSE REPORTING, INC.
## 875 SIXTH AVENUE
## SUITE 1716
## NEW YORK, NY 10001
### Phone: 212-279-5108
INFO@GREENHOUSEREPORTING.COM

Fax 212-279-5431

VICTOR GENECIN, ESQ.
SQUIRE, SANDERS & DEMPSEY     NY
350 PARK AVENUE
NEW YORK,  NY  10022

## INVOICE

| | |
|---|---|
| Invoice Date | 07/22/2008 |
| Invoice Number | 21113-1 |
| Tax ID | 13  3400861 |

RE:  **FENDI ADELE, S.R.L. ET AL VS. ASHLEY REED TRADING, INC.
06 CIV 0243 (JES)**

| Date Taken | | Charges |
|---|---|---|
| 07/01/08 | DEPOSITION OF: SCOTT RESSLER | |
| | PAGES: 223 | |
| | | |
| | ORIGINAL & 1 COPY | 1,126.15 |
| | MINUSCRIPT & ASCII DISK - NO CHARGE | |
| | SESSIONS - A.M. & P.M. | 80.00 |
| | DELIVERY | 15.00 |
| | Subtotal--> | $1,221.15 |

| | |
|---|---|
| Total Balance Due | **$1,221.15** |

GREENHOUSE NOW OFFERS VIDEOCONFERENCING.
THANK YOU !

Greenhouse Reporting

DID YOU KNOW…WE'VE MOVED☺
GREENHOUSE REPORTING, INC.
875 SIXTH AVENUE, SUITE 1716
NEW YORK, NY 10001
Our telephone and fax #'s remain the same ☺

# GREENHOUSE REPORTING, INC.

## 875 SIXTH AVENUE
## SUITE 1716
## NEW YORK, NY 10001
### Phone: 212-279-5108
INFO@GREENHOUSEREPORTING.COM

Fax 212-279-5431

---

VICTOR GENECIN, ESQ.
SQUIRE, SANDERS & DEMPSEY     NY
1095 AVENUE OF THE AMERICAS
31ST FLOOR
NEW YORK, NY 10036

### INVOICE

| | |
|---|---|
| Invoice Date | 08/05/2008 |
| Invoice Number | 21152-1 |
| Tax ID | 13 3400861 |

---

RE: **FENDI ADELE, S.R.L. ET AL VS. ASHLEY REED TRADING, INC.**
    **06 CIV 0243 (JES)**

| Date Taken | | Charges |
|---|---|---|
| 07/01/08 | VIDEO DEPOSITION OF: SCOTT RESSLER | |
| | FIRST TWO HOURS | 300.00 |
| | 3 ADDITIONAL HOURS | 255.00 |
| | CD-ROM PRODUCTION (6) | 750.00 |
| | VIDEO SYNCHRONIZATION | 260.00 |
| | NYS SALES TAX | 136.70 |
| | DELIVERY | 15.00 |
| | Subtotal--> | $1,716.70 |

DID YOU KNOW... WE'VE MOVED ☺
GREENHOUSE REPORTING, INC.
875 SIXTH AVENUE, SUITE 1716
NEW YORK, NY 10001
Our telephone and fax #s remain the same ☺

| Total Balance Due | **$1,716.70** |
|---|---|

GREENHOUSE NOW OFFERS VIDEOCONFERENCING.
THANK YOU !

Greenhouse Reporting

September 25, 2008
Invoice Number 061879
Job No.:   D-12448

Steven Skulnick, Esq.
Squire Sanders & Dempsey LLP
1095 Avenue of the Americas
31st Floor
New York, NY 10036

**RE: Fendi Adele S.R.L. v. Ashley Reed Trading**

Activity Dates:          June 14, 2008 through September 19, 2008

| PROFESSIONAL STAFF | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Donohue, James | 15.20 | 475.00 | 7,220.00 |
| DeFelice, Richard | 35.25 | 205.00 | 7,226.25 |
| Franciosa, Richard | 5.50 | 110.00 | 605.00 |
| Medina, Robert | 13.50 | 190.00 | 2,565.00 |
| TOTAL SERVICES | 69.45 | | 17,616.25 |

| EXPENSES | | |
|---|---|---|
| Computer Network Services | 1,180.65 | |
| Misc. Reimbursable Expenses | 773.75 | |
| EXPENSES | | 1,954.40 |

| **TOTAL INVOICE AMOUNT** | 19,570.65 |
|---|---|



**ANGLO~AMERICAN
COURT REPORTERS**

150 Minories
London EC3N 1LS
Tel: +44 (0) 20 7264 2088
Fax: +44 (0) 20 7265 1703
info@a-acr.com

# INVOICE

**To:**     Victor Genecin Esq            **Date:**    November 21, 2008
          Squire Sanders              **Invoice:**      13162
          1095 Ave of the Americas      **Your Ref**    100743-00005
          New York               **Our Ref:**      1017
          NY 10036

**Re:**       **Fendi vs Ashley Reed et al**
**Date:**     **Description:**

| Nov. 11, 2008 | Witness: Mark Stratford | Quantity | Unit Price | Total |
|---|---|---|---|---|
| | Attendance of court reporter | 1 | $235.00 | $235.00 |
| | Original + 1 full size transcript | 82 | $6.20 | $508.40 |
| | Mini transcript and word index <150 pages | 1 | $60.00 | $60.00 |
| | Email ASCII final version | | $0.00 | $0.00 |
| | Exhibits & page count | 27 | $0.50 | $13.50 |

**Total in US Dollars**                                          **$816.90**

VAT EXEMPT
(evidence required for use in foreign court)
Total in Pound Sterling £1 = $1.58                      £517.03

HSBC Bank - A/C Number: 71425994  ·  Bank Sort Code: 40-20-09  ·  A/C Name: Anglo-American Court Reporters Ltd
Swift Code: MIDLGB2111W  ·  IBAN No: GB42MIDL40200971425994 Please quote our invoice number as reference
Anglo-American will not accept deductions of bank charges incurred in payments or transfers
VAT Reg. No GB 810 0584 71

February 18, 2009
Invoice Number 064757
Job No.:   D-12448

Steven Skulnick, Esq.
Squire Sanders & Dempsey LLP
1095 Avenue of the Americas
31st Floor
New York, NY 10036

**RE: Fendi Adele S.R.L. v. Ashley Reed Trading**

Activity Dates:      September 20, 2008 through February 13, 200

| PROFESSIONAL STAFF | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Donohue, James | 3.75 | 475.00 | 1,781.25 |
| DeFelice, Richard | 6.00 | 205.00 | 1,230.00 |
| TOTAL SERVICES | 9.75 | | 3,011.25 |

EXPENSES

| | | |
|---|---|---|
| Travel | 184.62 | |
| Computer Network Services | 165.75 | |
| Misc. Reimbursable Expenses | 108.63 | |
| EXPENSES | | 459.00 |

**TOTAL INVOICE AMOUNT**                3,470.25

April 08, 2009
Invoice Number 065763
Job No.:   D-12448

Steven Skulnick, Esq.
Squire Sanders & Dempsey LLP
1095 Avenue of the Americas
31st Floor
New York, NY 10036

**RE: Fendi Adele S.R.L. v. Ashley Reed Trading**

| Activity Dates: | February 14, 2009 through March 27, 2009 | | |
|---|---|---|---|
| PROFESSIONAL STAFF | HOURS | RATE | AMOUNT |
| DeFelice, Richard | 1.50 | 205.00 | 307.50 |
| Breitman, Adam | 1.00 | 220.00 | 220.00 |
| TOTAL SERVICES | 2.50 | | 527.50 |
| EXPENSES | | | |
| Computer Network Services | | 42.50 | |
| Misc. Reimbursable Expenses | | 27.86 | |
| EXPENSES | | | 70.36 |
| **TOTAL INVOICE AMOUNT** | | | 597.86 |



**ATTORNEY SERVICE, INC.**

Federal Tax ID No. 13-3673785

*TERMS-PAYMENT IN FULL UPON RECEIPT OF INVOICE.*

February 26, 2010

Joseph Parilla
Squire Sanders & Dempsey LLP
30 Rockefeller Plaza
22nd Floor
New York, NY 10112

Invoice Number:       105884

In Re:   <u>Fendi v Ashley Reed</u>

Date Requested:

Customer Reference:   100743-00005

| | | |
|---|---|---|
| R-SDF | Obtained a copy of a Transcript from the Court Reporter's Office in the Southern District of New York's Manhattan Office on 2-24-10. | 32.50 |
| DISB-COURT | Disbursement of Court Fee for a Transcript. (Includes Disbursement Charge) | 80.74 |
| DEL-d | Delivered documents by hand. | 7.50 |

Subtotal            120.74
Sales Tax

Total Invoice Amount        **120.74**

<u>Please return the pink copy with your payment.</u>

*Michael J. Keating*        email: service@keatingandwalker.com        *John J. Walker*

ONE BEEKMAN STREET, SUITE 406 • NEW YORK, NEW YORK 10038 • TEL: (212) 964-6444 • FAX: (212) 964-5508

# INVOICE

## SOUTHERN DISTRICT REPORTERS PC
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

| | INVOICE NO. | 0142344-IN |
|---|---|---|
| | INVOICE DATE | 3/8/2010 |

Squire, Sanders & Dempsey LLP
30 Rockefeller Plaza, 23 Floor
New York, NY 10112

| | CUSTOMER NO. | 1020846 |
|---|---|---|
| | WORK ORDER NO. | 91615 |
| | SALESPERSON | MJOH |

Attention: Joseph Parilla

**\*PAYMENT IS DUE UPON RECEIPT\***

| Job Date | FENDI ADELE S.R.L. V ASHLEY REED TRADING CASE NO. 06CV00243 | | | | | |
|---|---|---|---|---|---|---|
| 2/4/2010 | Original | 39 | PGES | at | 6.66 | 259.74 |
| 2/4/2010 | Diskette | 39 | PGES | at | 1.20 | 46.80 |

| | |
|---|---|
| Total: | 306.54 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 306.54 |

WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER CARDS
PLEASE MAKE CHECKS PAYABLE TO THE SOUTHERN DISTRICT REPORTERS