# Exhibit 4





### RICHARD L. MATTIACCIO
Partner
rmattiaccio@ssd.com

Download vCard

New York
+1.212.872.9858

Also See...

**Practices**
Litigation

Intellectual Property

International Dispute Resolution & Non-US Litigation

Intellectual Property Litigation

**Events**

Richard L. Mattiaccio leads the litigation practice group in New York and is the professional ethics partner for the New York office. He focuses his practice on the litigation and arbitration of complex cases involving commercial transactions, corporate acquisitions, securities, intellectual property rights, licensing, distribution, franchising and retail operations, and the supply of goods and services. He has handled unfair competition claims, shareholder and partnership disputes, class action and product liability defense, and executive compensation matters in the federal and state courts of New York. His litigation experience includes acting as national coordinating counsel in the defense of automotive products liability cases.

Mr. Mattiaccio has more than 20 years of experience in arbitration. He has represented claimants and respondents in international, commercial and large, complex cases under American Arbitration Association (AAA), International Centre of Dispute Resolution (ICDR) and United Nations Commission on International Trade Law (UNCITRAL) rules.

Mr. Mattiaccio serves as a panel arbitrator with the ICDR and AAA under their international and commercial rules, and with the International Institute for Conflict Prevention & Resolution (CPR) on the CPR banking, accounting and financial services, franchise and trademark panels. He is active at the New York City Bar Association as a member of the City Bar's In House/Outside Litigation Counsel Group, and has served as chair of its Product Liability Committee and as a member of its Committees on Arbitration, Judiciary, Professional and Judicial Ethics, Professional Responsibility and Civil Rights. He is a sustaining member of the New York State Bar Association.

Mr. Mattiaccio has acted as the AAA's observer at the Working Group (III) for the preparation of the UNIDROIT Principles of International Commercial Contracts.

Representative Experience
- Representing plaintiffs and defendants in cases involving wrongful termination or non-renewal of exclusive licensing, distribution and franchise agreements in a variety of fields.
- Representing a high-fashion trademark owner and its licensee

**Industries**
Automotive

**Education**
Columbia University, J.D., articles editor, *Columbia Journal of Law and Social Problems*, 1978
Columbia College, B.A., 1975

**Admissions**
New York, 1979

**Courts**
U.S. Supreme Court
U.S. Ct. of App., Second Circuit
U.S. Ct. of App., Federal Circuit
U.S. Ct. of App., District of

- manufacturer in trademark anticounterfeiting cases brought against major discount retailers and their suppliers in civil litigation in the United States District Court, Southern District of New York.
- Defending a non-US bank in purported class actions brought against bank defendants and their manufacturer-customers pursuant to US antitrust and terrorism laws.
- Representing a plaintiff shareholder-officer of an employee-owned advertising agency in a multimillion-dollar, individual federal securities fraud case that proceeded to a jury trial and verdict in the amount of the claim.
- Defending Lanham Act, RICO and common law claims brought by alleged New Jersey and Florida franchises of a supplier of high-fashion leather goods, clothing and accessories.
- Serving as sole arbitrator in a claim brought by a terminated patent agent for declaratory judgment that it had earned nine-figure contingent fees in connection with worldwide software patent litigation.
- Serving as arbitrator in complex contract dispute between hedge fund manager and founders of the fund.
- Representing an oppressed minority shareholder of an industrial textiles manufacturer in litigation settled by the client's buyout of the majority shareholder.
- Representing executives and employers in various contract disputes arising from the termination of an executive's employment.
- Serving as New York trial counsel and as national coordinating counsel for an auto importer in the defense of product liability cases.
- Defending machine tool, industrial equipment and medical device manufacturers in product liability litigation.
- Representing the Republic of Italy in obtaining the repatriation of antiquities from museums and collectors in the United States.

Columbia Circuit
U.S. Dist. Ct., E. Dist. of New York

U.S. Dist. Ct., S. Dist. of New York

**Languages**
English
Italian

http://www.ssd.com/vgenecin/





## VICTOR GENECIN
Of Counsel
vgenecin@ssd.com

**Events** • **Publications**

Victor Genecin is a trial lawyer who acts as US counsel in international matters involving judicial proceedings or arbitration in multiple countries. His practice includes complex commercial contract disputes involving withdrawal from strategic business combinations, securities litigation and arbitration, and the enforcement of intellectual property rights. He also handles internal investigations of allegations of fraud. Mr. Genecin has extensive jury trial experience and represents clients in federal and state trial courts and on appeal.

Mr. Genecin is an active member of the Association of the Bar of the City of New York.

Representative Experience
- Securing, as lead trial counsel, a successful jury verdict for the plaintiff in a multimillion-dollar securities fraud case in federal court after obtaining reversal by the Second Circuit of summary judgment granted by the district court.
- Obtaining, as lead trial counsel, a successful jury verdict for a multinational corporation headquartered in Italy in a multimillion-dollar action in federal court alleging unfair competition.
- Securing, as lead appellate counsel, a decision of the First Circuit reversing the district court and compelling arbitration in China.
- Defending a multinational corporation headquartered in France against the efforts of a rejected merger partner to enjoin the client's merger with a competitor.
- Serving as a court-appointed Special Examiner in numerous matters to compel document production and testimony in the United States in aid of civil proceedings pending before courts in European nations and in China.
- Representing the owner of high-fashion trademarks and its licensee manufacturer in anticounterfeiting cases against major discount retailers and their suppliers in multiple lawsuits in federal court.

Download vCard

New York
+1.212.872.9889

Also See...

**Practices**
International Dispute Resolution & Non-US Litigation

Litigation

Intellectual Property

Intellectual Property Litigation

**Education**
Georgetown University, J.D., 1981
Columbia College, B.A., 1974

**Admissions**
New York, 1982
Massachusetts, 1995

**Courts**
U.S. Ct. of App., First Circuit
U.S. Ct. of App., Second Circuit
U.S. Dist. Ct., E. Dist. of New York

U.S. Dist. Ct., S. Dist. of New York

U.S. Dist. Ct., Dist. of

http://www.ssd.com/vgenecin/

Massachusetts

**Languages**
English
French
Italian

http://www.ssd.com/sskulnik/





AV RATED

Received the highest ranking for legal ability and professional ethics from the Martindale-Hubbell Peer Review Ratings.



# STEVEN SKULNIK
Of Counsel
sskulnik@ssd.com

**News** · **Publications**

Steven Skulnik focuses his practice on litigation and arbitration matters. He has trial and appellate experience in many areas including commercial contracts, art and antiquities law, banking, employment law, real estate, shareholder and partnership disputes, trade secret, trademark, information technology and unfair competition. He has tried actions in federal and state courts and in international and US arbitrations.

Mr. Skulnik represents employers in all aspects of employment law including discrimination, wrongful discharge, retaliation and sexual harassment matters. He also assists clients in maintaining policies and procedures consistent with antidiscrimination and other employment laws.

Mr. Skulnik is a member of the Panels of Arbitrators of the American Arbitration Association (AAA), International Institute for Conflict Prevention & Resolution (CPR) and Federal Arbitration (FedArb) and is also a court-appointed mediator for the Commercial Division of the Supreme Court of the State of New York.

Representative Experience
- Defending the owner of a hotel in various lawsuits brought by a France-based bank claiming to hold a valid mortgage loan in excess of US$200 million and successfully obtaining reversal of the bank's summary judgment on appeal.
- Defending a retailer of high-fashion clothing and accessories in a dispute with a competitor seeking damages in excess of US$15 million under Section 43(a) of the Lanham Act, and defending and arguing the successful judgment on appeal.
- Prosecuting claims of a Spain-based oil drilling company against a Venezuela-based affiliate by attaching a large bank account found in New York.
- Defending a purchaser of all of the stock of a corporation engaged in the chemical business in an arbitration seeking to recover for unanticipated tax liability.
- Defending a company in a claim brought under a stock repurchase agreement in which the parties disputed the valuation method of the company.
- Defending a claim seeking damages against a licensee of luxury

Download vCard

New York
+1.212.872.9836

Also See...

**Practices**

Litigation

Labor & Employment

Intellectual Property

Bankruptcy & Restructuring

Intellectual Property Litigation

**Education**

Yeshiva University, J.D., 1983
Brandeis University, B.A., 1980

**Admissions**

New York, 1984

**Courts**

U.S. Ct. of App., Second Circuit
U.S. Dist. Ct., E. Dist. of New York
U.S. Dist. Ct., S. Dist. of New York
U.S. Dist. Ct., W. Dist. of New York

- goods brought by a high-fashion design house in which it was claimed that purchase targets set forth in the contract should be interpreted as a guaranteed minimum royalty.
- Defending management against a claim by an executive seeking severance pay on the ground that he resigned with "good reason."
- Representing the government of the Republic of Italy in the United States District Court and in the United States Court of Appeals for the Second Circuit to support its effort to repatriate a rare and historically significant item of cultural property that was illegally imported into the United States.
- Defending a hedge fund against a claim by an investor concerning Securities and Exchange Commission approval of Standby Equity Distribution Agreements.
- Defending a national television network in Poland in a dispute with its US distributor.





**RISING STAR** Super Lawyers

Selected by peers as a rising star, the top 2.5 percent of lawyers age 40 or less, or in practice 10 years or less, and listed in the 2010 edition of *Ohio Super Lawyers– Rising Stars.*

## JOSEPH P. RODGERS
Principal
jrodgers@ssd.com

News · Awards & Distinctions · Events · Publications

Joseph P. Rodgers' practice is focused on corporate and commercial litigation and related advocacy matters. Mr. Rodgers has represented clients in federal and state courts in jurisdictions throughout the United States.

Mr. Rodgers has significant experience in complex securities and fiduciary duty litigation, with an emphasis in defending shareholder class actions. He also has experience in the areas of toxic torts, unfair competition and trade secrets, corporate fraud, general contract disputes, commercial landlord tenant disputes and the enforcement of intellectual property rights.

Mr. Rodgers was selected for inclusion in the 2010 edition of *Ohio Super Lawyers – Rising Stars,* a distinction that recognizes lawyers under the age of 40 or those in practice for 10 years or less.

Prior to joining the firm, he completed externships with The Honorable Karen Nelson Moore of the United States Court of Appeals for the Sixth Circuit and The Honorable Ann Aldrich of the United States District Court, Northern District of Ohio. Mr. Rodgers was awarded the William A. Galpin Award for General Excellence in College Work from The College of Wooster.

Representative Experience
- Defending a company and its board of directors in a Delaware class action arising out of a reverse stock split.
- Serving as part of the Squire Sanders team that defended a leading global producer of technology-based performance materials and its officers in securities, derivative and ERISA litigation.
- Serving as part of the Squire Sanders team that represented a major international tire manufacturer against claims of securities fraud.
- Defending a former corporate officer in New York federal court against claims of securities fraud.
- Representing the world's largest integrated oil concern in state-court toxic tort litigation.
- Representing an engineering and construction services provider in Taiwan in international arbitration.
- Defending numerous financial institutions in putative class

Download vCard

Cleveland
+1.216.479.8465

Also See...
**Practices**
Litigation
Class Actions

**Education**
Cleveland State University, J.D., *summa cum laude*, associate editor, *Cleveland State Law Review,* 1998
The College of Wooster, B.A., Phi Beta Kappa, 1994

**Admissions**
Ohio, 1998

**Courts**
U.S. Ct. of App., Sixth Circuit
U.S. Dist. Ct., N. Dist. of Ohio
U.S. Dist. Ct., S. Dist. of Ohio

- actions in Ohio federal court arising out of an alleged Ponzi scheme.
* Prevailing at trial and on appeal in a significant commercial landlord/tenant dispute.

http://www.ssd.com/sdelchin/





### STEVEN A. DELCHIN
Senior Attorney
sdelchin@ssd.com

**Events · Publications**

Steven A. Delchin is highly experienced in general litigation matters and concentrates on product liability, legal ethics, e-discovery, securities defense, and intellectual property. He has a special focus on appellate and Supreme Court practice.

Prior to joining the firm, Mr. Delchin served as a law clerk to The Honorable Alan E. Norris at the United States Court of Appeals for the Sixth Circuit. Mr. Delchin also interned with The Honorable John M. Manos at the United States District Court for the Northern District of Ohio.

Mr. Delchin has an active appellate practice and has represented clients before numerous courts across the country including the Supreme Court of Ohio, the United States Court of Appeals for the Sixth Circuit and the United States Supreme Court. In addition to guest lecturing on effective appellate advocacy, he has organized and served as chair for an Ohio Appellate CLE seminar held at an annual bar association convention. Mr. Delchin also moderated a judicial panel discussion made up of judges from the Ohio Court of Appeals and the Sixth Circuit Court of Appeals, as well as a justice from the Supreme Court of Ohio.

Mr. Delchin is a member of the firm's E-Discovery & Data Management Team, which serves as a resource for assisting lawyers on a full range of e-discovery matters. Mr. Delchin counsels numerous international and domestic clients on compliance with preservation obligations and assists these clients with implementing effective litigation hold procedures. He has written about the recent spotlight on electronic document retention policies in the age of electronic discovery, and he frequently lectures on anticipating and preparing for the myriad pitfalls confronting litigators in the digital age. Mr. Delchin has aggressively and successfully defended clients accused of Internet computer hacking.

Mr. Delchin has spent a substantial portion of his career focused on the field of professional ethics, counseling the firm's lawyers in 32 offices worldwide. He is a frequent lecturer on legal ethics issues and a regular participant in the firm's annual program on ethics and professionalism, presented every December.

Mr. Delchin has significant and extensive experience on personal

Download vCard

Cleveland
+1.216.479.8278

Also See...
**Practices**
Litigation
Appellate & Supreme Court

**Education**
Case Western Reserve University, J.D., *summa cum laude*, valedictorian, Order of the Coif, contributing editor, *Case Western Reserve Law Review*, 1997
John Carroll University, B.A., *summa cum laude*, 1994

**Admissions**
Ohio, 1997

**Courts**
U.S. Dist. Ct., N. Dist. of Ohio
U.S. Supreme Court
U.S. Ct. of App., Sixth Circuit

jurisdiction matters. He has successfully represented a broad array of international clients from Japan, Hong Kong, Germany, and Canada on jurisdictional matters all across the United States including issues relating to jurisdictional discovery and parent-subsidiary relationships. Mr. Delchin also counsels clients on effective strategies for maintaining legal separateness among related corporations, and he is the co-author of a paper on managing corporate communications.

Mr. Delchin has several publications to his credit including the article "Show Me Your Wares: The Use of Sexually Provocative Ads to Attract Clients," published in the *Seton Hall Law Review,* and "Scalia 18:22: Thou Shall Not Lie With the Academic and Law School Elite; It Is an Abomination – *Romer v. Evans* and America's Culture War," published in the *Case Western Reserve Law Review.* He is also co-author of a paper exploring the challenges associated with "going green" in today's legal environment.

Mr. Delchin is a member of The Federalist Society and the Federal Bar Association. He has served as assistant editor of *Inter Alia,* the newsletter of the Federal Bar Association, Northern District of Ohio Chapter.

Representative Experience
**Appellate**
- Securing a summary judgment reversal in a rare unanimous opinion from the Supreme Court of Ohio on behalf of an S&P 500 company in a protracted contract dispute involving several former employees.
- Obtaining a unanimous appellate reversal and judgment in favor of one of the largest real estate companies in the United States in a premises liability action involving serious injuries sustained by a worker at an Ohio shopping mall.
- Obtaining a ruling from the Sixth Circuit Court of Appeals in a complicated appeal remanding a high-profile murder case to the district court based on claims of ineffective assistance of counsel.
- Successfully securing habeas relief before the Sixth Circuit Court of Appeals on behalf of an indigent client who improperly was shackled at trial in plain view of the jury.
- Appearing and arguing before the United States Court of Appeals for the Sixth Circuit pursuant to the Criminal Justice Act in various appeals involving habeas petitions and federal sentencing claims.

**Litigation**
- Representing one of the world's largest tire manufacturers in a groundbreaking US$8 billion class action lawsuit alleging global securities fraud.
- Advising as a key member of a national counsel team to a Fortune Global 500 tire and rubber products manufacturer in hundreds of product liability suits and class actions filed across the United States.
- Successfully representing a local businessman and his company in a federal lawsuit asserting numerous claims based on extensive charges of Internet computer hacking.
- Acting as conflicts counsel to an official committee of unsecured creditors in one of the largest bankruptcies in US history.
- Successfully defending a major metropolitan school district in a US$4 million personal injury lawsuit.

http://www.ssd.com/sdelchin/

- Providing aggressive and successful defense of several trademarks of an industry-leading health insurance company.
- Defending successfully an innovative marine electronics company headquartered in Hong Kong in a highly contentious copyright dispute in Florida.
- Obtaining dismissal of all claims on personal jurisdiction grounds on behalf of a German subsidiary of one of the world's largest automotive suppliers.