UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
FENDI ADELE S.R.L., FENDI S.R.L., and
FENDI NORTH AMERICA, INC.,                  :

      Plaintiffs,                          :

   -against-                                  :  Case No. 06-CV-0243 (RMB)(MHD)

ASHLEY REED TRADING, INC.,                  :  **NOTICE OF MOTION FOR PARTIAL**
SCOTT RESSLER and                              **RECONSIDERATION OR**
JAMES RESSLER,                              :  **REARGUMENT**
                                            :
      Defendants.                         :
                                            :
                                            :
----------------------------------------- X

      **PLEASE TAKE NOTICE,** that upon Plaintiffs' Memorandum of Law In Support Of their Motion for Reconsideration or Reargument, plaintiffs FENDI ADELE S.R.L., FENDI S.R.L. and FENDI NORTH AMERICA, INC. will move this Court before the Honorable Richard M. Berman, *United States District Judge*, at the United States Courthouse, 500 Pearl Street, Courtroom: 21B, New York, New York on November 15, 2010 or as soon thereafter as the parties may be heard, for an Order pursuant to Fed R. Civ. P 60 (a) and (b) and Local Civil Rule 6.3 granting reconsideration or reargument of the Court's Decision and Order filed October 19, 2010 (Docket No. 150) limited to correcting the *October 19 Order* to rule concerning the

2

appropriate remedy and the calculation thereof with regard to the $6,499,682 in sales of counterfeit Fendi products that Defendants made during the years 2000 through 2004; and granting plaintiffs such other and further relief as may be just and proper.

New York, New York
October 26, 2010

Respectfully submitted,

SQUIRE, SANDERS & DEMPSEY L.L.P.

By _____
   Richard L. Mattiaccio (RM 4764)
   Victor Genecin (VG 9733)
   Steven Skulnik (SS 7821)
   30 Rockefeller Plaza, 23rd floor
   New York, NY  10112
   (212) 872-9800
   *Attorneys for Plaintiffs*
   FENDI ADELE S.r.l., FENDI S.r.l., and
   FENDI NORTH AMERICA, INC.