USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/11

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
FENDI ADELE S.R.L., FENDI S.R.L., and
FENDI NORTH AMERICA,
        Plaintiffs,

    -against-

ASHLEY REED TRADING, INC., SCOTT
RESSLER, and JAMES RESSLER,
        Defendants.
------------------------------------------------------------X

06 CIVIL 0243 (RMB)(MHD)

**JUDGMENT**

# 11, 1265

    Whereas on October 19, 2010, the Court having adopted a report and recommendation ("First Report") of the United States Magistrate Judge Michael H. Dolinger, dated August 12, 2010, which concluded that no triable issue of fact existed with respect to the willfulness of trademark infringement by Ashley Reed Trading, Inc., Scott Ressler, and James Ressler (collectively, "Defendants"), and also having concluded that Fendi Adele S.r.l., Fendi S.r.l., and Fendi North America, Inc. (collectively, "Plaintiffs") should be awarded $11,457,337.20 in damages and prejudgment interest; the Court having referred the matter to Judge Dolinger "for a determination of Plaintiffs' costs and attorney's fees;" on May 12, 2011, Judge Dolinger having issued a second report and recommendation ("Second Report") recommending, among other things, that Plaintiffs are entitled to attorneys' fees in the amount of $778,068.11 and costs in the amount of $88,657.35, and also having recommended that Plaintiffs be awarded an additional $19,368,501.00 representing trebled profits from Defendants' infringement, and the matter having come before the Honorable Richard M. Berman, United States District Judge, and the Court, on June 30, 2011, having rendered its Decision and Order adopting the Second Report in part and rejecting in part, and directing the Clerk of Court to enter judgment in favor of Plaintiffs in the total amount of $866,725.46

($778,068.11 in attorneys' fees and $88,657.35 in costs), and to close this case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Orders dated October 19, 2010 and June 30, 2011, judgment is entered awarding Plaintiffs $11,457,337.20 in damages and prejudgment interest (combined) and $866,725.46 ($778,068.11 in attorneys' fees and $88,657.35 in costs), for a total sum of $12,324,062.66; accordingly, the case is closed.

**Dated:** New York, New York
June 30, 2011

RUBY J. KRAJICK

Clerk of Court

BY: _____

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____