U.S. DISTRICT COURT
FILED
JUL 25 2011
D.S.
S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FENDI ADELE S.R.L., FENDI S.R.L., and FENDI NORTH AMERICA,

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

06 Civ. 0243 (RMB) (MHD)

- against -

ASHLEY REED TRADING, INC., SCOTT RESSLER, and JAMES RESSLER

**NOTICE OF APPEAL IN A CIVIL CASE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

Notice is hereby given that Defendants, ASHLEY REED TRADING, INC. and SCOTT RESSLER
*(party)*

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment against Defendants for willful trademark infringement, and an award for Damages, Prejudgment Interest and Costs, including Attorneys Fees, totalling $12,324,062.66.
*(describe the judgment)*

entered in this action on the 30th day of June, 2011.
*(date)   (month)   (year)*

*Signature*

156 Fifth Avenue, Suite 1223
*Address*

New York, NY 10010
*City, State & Zip Code*

DATED: July 20, 2011

(212) 645 - 2410
*Telephone Number*

NOTE: To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

*Rev. 05/2007*