USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2 5 JUL 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FENDI ADELE S.R.L., FENDI S.R.L., and FENDI NORTH AMERICA
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

06 Civ. 0243 (RMB) (mhd)

- against -

ASHLEY REED TRADNG, INC.,
_____

SCOTT RESSLER, and JAMES RESSLER
_____

**NOTICE OF APPEAL
IN A CIVIL CASE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

Notice is hereby given that  JAMES RESSLER
*(party)*

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment

awarding Plaintiffs a total of $12,324,062.66 in damages, interest, fees and costs - DE167.

*(describe the judgment)*

James Ressler also appeals from all prior Decisions, Orders, and Reports and Recommendations entered

in this case which affect him (e.g. DE25, 67, 68, 70, 115, 116, 137, 143, 150, 163, and 166).

entered in this action on the 30th day of June, 2011.
  *(date)* *(month)* *(year)*

s/David I. Schoen, Attorney at Law
*Signature*

2800 Zelda Road, Suite 100-6
*Address*

Montgomery, AL 36106
*City, State & Zip Code*

DATED: July 22, 2011    (334) 395 - 6611
*Telephone Number*

**NOTE:** To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

*Rev. 05/2007*