UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ X
FENDI ADELE S.R.L., FENDI S.R.L., and
FENDI NORTH AMERICA, INC.,

        Plaintiffs,

  -against-

ASHLEY REED TRADING, INC.,
SCOTT RESSLER and
JAMES RESSLER,

        Defendants.
------------------------------------------------ X

Case No. 06-CV-0243 (RMB)(MHD)

**NOTICE OF CROSS-APPEAL
IN A CIVIL CASE**

    NOTICE IS HEREBY GIVEN, that plaintiffs Fendi Adele S.R.L., Fendi S.R.L. and Fendi North America, Inc. hereby cross-appeal from that part of the Judgment against defendants Ashley Reed Trading, Inc., Scott Ressler and James Ressler entered June 30, 2011 that awarded "treble damages and prejudgment interest with respect to all counterfeit goods at issue" and prejudgment interest against defendants and in favor of plaintiffs, on the ground that such damages and prejudgment interest were fixed by the district court in less than the statutorily-required amounts.

New York, New York
July 28, 2011

Respectfully submitted,

SQUIRE, SANDERS & DEMPSEY (US) LLP

By: *[signature]*
Richard L. Mattiaccio (RM 4764)
Victor Genecin (VG 9733)
30 Rockefeller Plaza, 23rd floor
New York, NY 10112
(212) 872-9800
*Attorneys for Cross-Appellants/Appellees*
FENDI ADELE S.r.l., FENDI S.r.l., and
FENDI NORTH AMERICA, INC.

NEWYORK/142502.1